1    straight-through processing.  They call it STP.

2         Q.    Is that a proprietary Streamingedge --

3         A.    Exactly.  And, also, there are also like

4    software development I was told I may be required

5    from time to time to test them to see the functions

6    and everything else.  And, also, I remember very

7    well what I was also told that time was -- I would

8    also have to brush up on my financial information

9    on -- it's not just software; it is also

10   finance-based, so you have to understand.  So one

11   is not more important than the other.  I remember

12   exactly, that was the phrase they were telling me

13   too, that once you come in, we would have to get

14   you a quick training on exactly what we offer and

15   everything there.

16        Q.    All right.  And after you had the

17   interview with Mr. Okubo, did you interview with

18   anybody else?

19        A.    On that same day?

20        Q.    Or at any other time.

21        A.    Let me see.  No, I think it was -- it

22   was     not -- it was not an interview anymore.

23   It was a salary discussion.

24        Q.    You had the salary discussion with whom?



1          A.    Mr. Okubo.

2          Q.    And did you have the salary discussion

3     with Mr. Okubo on the day that you met with him

4     individually following that group meeting, or did

5     the salary discussion happen at some other time?

6          A.    It was after the group meeting.  Maybe

7     several hours after the group meeting I was told to

8     leave and come back.

9     Q.    Right.

10    A.    And once I had that discussion, I think he

11    told me that he had to get an approval of some --

12    so at some point towards the end of the day before

13    there was an agreement, I also met with HR

14    personnel.

15         Q.    Who did you meet within HR?

16         A.    I don't recall the lady's name.

17         Q.    Was it at the Tradition offices?

18         A.    That is correct.  Tradition, by the way,

19    it's housed in the same office area, the same

20    fourth floor as Tradition, so it's housed within --

21    it's an office within an office.

22         Q.    Right.  When you say "it's an office

23    within an office," do the Streamingedge -- are the

24    Streamingedge employees at time, were the

1    Streamingedge employees headquartered in one place

2    within the fourth floor or somewhere else?

3         A.    I'm sorry.  I don't get it.

4         Q.    Let me rephrase it.  So Tradition,

5    during the time period you worked for them, was

6    located on the fourth floor at 75 Park Place?

7         A.    Uh-huh.

8         Q.    And was Streamingedge also located on

9    the fourth floor at 75 Park Place?

10        A.    Yes.

11        Q.    So to enter the offices of

12   Streamingedge, would you walk through some type of

13   door or sets of doors on the front has the word

14   "Streamingedge"?

15             MR. MCDONALD:  Could we just get a time

16        frame?

17        Q.    During the time that you were employed

18   by Streamingedge.

19        A.    That said Streamingedge?

20        Q.    Yes.

21        A.    I don't recall, but there was a specific

22   location.  It depends on what you mean by that,

23   because if you're asking me for a physical area

24   where you can call Streamingedge area within the



1   setting, within the whole fourth floor, yes, there

2   is an area, which we jokingly called the command

3   center.

4       Q.    Command center?

5       A.    Right.  And also --

6       Q.    I'm sorry to interrupt you.  When you

7   say "command center," does that mean the

8   Streamingedge command center or something else?

9       A.    Yes, it meant that's where authority --

10  it's also -- at the head of it is where Wilson's

11  office is located, Mr. Nweke's office is located,

12  so, in essence, it's looked upon as where

13  directions come from.

14      Q.    And --

15           MR. MCDONALD:  Can you finish your prior

16      answer.  I think you were in the middle of an

17      answer.

18      A.    I'm sorry.  Can you read the previous

19  question for me.

20

21           (The requested testimony was read back.)

22

23           MR. MCDONALD:  Were you complete with

24      your answer?



1     A.    The question was if there was some kind

2  of physical area where.  Yes, there's limitations

3  as to where Streamingedge area within the whole

4  office setting is, but it does not mean that's the

5  only limitations as to where we report for work.

6  You understand?  So we're dispersed throughout the

7  trading floor, depending on what desk you support

8  for easy access by some of the users, so we -- yes,

9  the office is there; Wilson's office is back there;

10  programmers' and developers' office is in that

11  area.  However, the support people and some other

12  Streamingedge employees are located throughout the

13  fourth floor.

14     Q.    And when you say "located throughout the

15  fourth floor," so you worked primarily for certain

16  desks; would that be accurate?

17     A.    I worked for every desk that has

18  something -- that Streamingedge has something to do

19  with deployed in it.

20     Q.    Okay.  Did you have a workstation or a

21  cubicle or something on the fourth floor?

22     A.    Yes.

23     Q.    And where was that located?

24     A.    It depends on what time.  It depends on



1    what period you are referring to, because I've been

2    moved from one place to the other.

3        Q.    Okay.  So after you were originally

4    hired by Streamingedge --

5        A.    Yes, sir.

6        Q.    -- did you receive a cubicle or a

7    workstation or someplace where you primarily sat?

8        A.    Yes.

9        Q.    And where was that?

10       A.    Like I said to you, sir, at different

11   locations at different periods.

12       Q.    No, I understand.  So immediately after

13   you became employed, where did you receive your

14   first office cubicle, whatever your location?

15       A.    I was never -- when you refer to

16   cubicle, what do you mean by that, sir?

17       Q.    A desk, a chair, a computer, a

18   telephone, and some little walls that probably

19   don't go all the way up to the ceiling.

20       A.    There is no such thing.  It's a trading

21   floor.  There is no cubicle.  Basically it's -- I

22   think this is an accurate description of what most

23   of the desk look like.  It's usually a scene of a

24   table that allows up to 20 people to sit at the



1   same time, and where there's chairs surrounding it,

2   so as long as there's a port that you can plug your

3   computer in, you just sat.  So when I first started

4   there, I used to sit right in the middle, in the

5   middle of the trading floor, I would say.  I can't

6   give an accurate description, so I would have to

7   say 20 feet in or --

8          Q.   You don't have to.

9          A.   But I sat there among the brokers.

10  That's primarily where I reported every morning.

11         Q.   Okay.  And when you say you reported

12  every morning, when you first started there, were

13  you required to sign in when you came to work?

14         A.   No.

15         Q.   Were you required to let anybody know

16  that you had arrived at work?

17         A.   Yes.  Part of what I did entailed that

18  you knew I was at work.  It was that critical to

19  the operation of Streamingedge at that time,

20  because when I arrived there was a specific e-mail

21  that had to go out by 7:00 or 7:45 or 7:00 every

22  morning.

23         Q.   An e-mail --

24         A.   There was no way around it.  You had to



1    be there after your inspections, after your morning

2    checks you would call it, you have to check -- I'm

3    using that as an indication of how you would know

4    that I'm there.

5         Q.    Right.

6         A.    So you would have to check the employee

7    systems to make sure -- basically, all the live

8    systems that we have deployed, which are realtime

9    trading systems, both from the server side to the

10   user side.  We have to also go around different

11   desks and check to make sure that once we input --

12   there are some tests that I have to conduct

13   starting at 6:15 in the morning and has to be

14   completed by a certain period of time.

15           So once you were done, there was an

16   e-mail sent out, called a morning check e-mail,

17   which indicates that these systems we are going to

18   be using for the trading day have been checked and

19   trading day can proceed.

20        Q.    All right.  And the trading day would

21   begin at what time?

22        A.    7:00.

23        Q.    And would the trading day end at any

24   particular time?



1        A.    Depends.  But most of the time they
2    usually end at -- depends on what securities has
3    been traded.  Usually, there are also -- it depends
4    on what region you are trading with.  There are
5    times where we have people, for instance, on the
6    treasury or some other desk that traded with people
7    located in a different time zone, so even while all
8    the other people -- while majority might have left,
9    they tend to hang around to maybe like 6 p.m.
10        Q.    And when you say "they," you're talking
11    about the traders?
12        A.    The brokers, yes.
13        Q.    Okay.  I'm sorry.  The brokers employed
14    by Tradition?
15        A.    Exactly.
16        Q.    Okay.  Did -- did Streamingedge, during
17    the time that you were employed there, have any
18    regular business hours?
19        A.    I'm sorry.  Can you rephrase that so I
20    understand exactly.
21        Q.    Sure.  Did the Streamingedge company
22    offices open at any particular time of day during a
23    typical trading day?
24        A.    Yes.

800.DAL.8779
dalcoreporting.com

DALCO

1          Q.    And at what time?

2          A.    6:00 in the morning.

3          Q.    And did the Streamingedge offices close

4     at any particular time of day during a typical

5     trading day?

6          A.    Okay.  If you're asking me about close,

7     I think the understood -- the closest answer are

8     [several] to me, sir.  I'm trying to -- I don't

9     want to guess what you mean by "close."

10         Q.    Okay.  So was there a particular time of

11    day when the administrative assistants employed by

12    Streamingedge would go home at the end of a

13    particular trading day?

14         A.    Yes, 5.

15         Q.    And was there a particular time of day

16    when the software developers would go home at the

17    end of a typical trading day?

18         A.    5:00.

19         Q.    And was there a particular time of day

20    when the systems support analysts would go home at

21    the end of a typical trading day?

22         A.    Yes, 5.

23         Q.    And were there any people employed by

24    Streamingedge during the time that you were



124                          **TAIWO OLORODE**

```
1   employed there who would typically go home at any
2   time other than 5:00?
3        A.   I don't know of a lot of people that
4   went home past 5.  I know that I spent an awful lot
5   of time going home at 7 p.m., sometimes 6:30 p.m.
6   very well, because --
7        Q.   When you say you, can you tell me
8   approximately beginning when you typically went
9   home after 6 p.m. or even 7 p.m., and if at any
10  point in time your practice of leaving after 6 or 7
11  p.m. changed in any way?
12       MR. MCDONALD:  Note my objection to the
13       form, but answer if you can.
14       MR. REISMAN:  Why don't we read it back,
15       because I want to make sure he understands.
16       If you don't, tell me.
17
18       (The requested testimony was read back.)
19
20  A.   When you say "my practice" --
21       MR. MCDONALD:  Tai, do you understand the
22       question or not?
23       THE WITNESS:  I think generally what I
24       understand it to be.
```



```
 1              MR. MCDONALD:  No, Tai, that wasn't --
 2         the issue is do you understand it or not.  If
 3         not, we have to have it rephrased.  Do you
 4         understand the question.
 5              THE WITNESS:  I think it's in two parts.
 6         I would refer taking one at a time, sir.
 7         Q.   Sure.  Why don't we do it this way:  I
 8    believe you indicated earlier, correct me if I'm
 9    wrong, that there were many times where you would
10    go home after 6 or 7 p.m.; is that accurate?
11         A.   Yes, sir.
12         Q.   So beginning in approximately what month
13    or year would you typically go home after 6 or 7
14    p.m.?
15         A.   From the day one I started.
16         Q.   And when did that end?
17              MR. MCDONALD:  Objection to form.
18              MR. REISMAN:  I'll rephrase it.
19         Q.   Did there come a time, if at all, when
20    your schedule, for lack of a better word, of
21    leaving the Streamingedge office after 6 or even 7
22    p.m. ended?
23         A.   I think towards -- maybe at one point
24    when I was sick, maybe when I came back from my
```



1   sick leave, but it was only for -- I think it was

2   towards my employment at Streamingedge -- maybe on

3   occasions where there was something I needed also.

4   You were saying that -- let me get this right, sir.

5   If I recall times where I left before 6 p.m.,

6   you're saying, sir.  There were times where maybe I

7   had to do something for Mr. Nweke, maybe -- which

8   involved leaving even during a business day, and if

9   it dragged much past closing hours, there would be

10  no reason to come back to the office, unless I left

11  my bag at the office.  And there are rare

12  occasions, but I think, like, most of the time,

13  most of the time, I have never left that office

14  before 6 p.m.

15      Q.    All right.  So would it be fair to say

16  then that between the time that your employment at

17  Streamingedge began and the time that it ended, you

18  almost never left the Streamingedge office to go

19  home from work after 6 p.m.?

20          MR. MCDONALD:  Objection to form.  That

21      misstates the testimony.

22          THE WITNESS:  You said before 6 p.m.

23          MR. MCDONALD:  No.  Read the question

24      back if you're not sure.



1

2              (The requested testimony was read back.)

3

4       A.    I almost never leave to go home after 6

5    p.m.; that's a correct statement.  What I'm saying

6    is -- let me rephrase that.  What I'm saying is --

7    I don't want to say it exactly.  I will answer it

8    the way I understand it to be.  I think I've said

9    that before, and I'm going to reiterate that again.

10   Most of my employment duration while I was at -- my

11   tenure at Streamingedge, it is -- I rarely go home

12   before 6 p.m.  It's rare that I go home before 6

13   p.m.  A good portion of my employment while I was

14   there meant I typically leave after 6 p.m.

15   Sometimes it dragged on to 8.

16       Q.    When you had the interview with Mr.

17   Okubo that we were talking about a few minutes

18   earlier, did you and he have a discussion about

19   what your salary would be?

20       A.    Yes, we did.

21       Q.    And did he tell you what your salary

22   would be?

23       A.    Yes, he did.

24       Q.    And what did he tell you?



1       A.    We agreed upon was $60,000 a year.  When

2    you mean "salary," what else -- you mean just the

3    monetary value or --

4       Q.    Well, let me just start with that.  In

5    other words, did he tell you how much you would be

6    paid per year by the company?

7       A.    Yes.

8       Q.    And you're saying that that was a salary

9    of $60,000 per year?

10      A.    That is correct.

11      Q.    Okay.  Did he indicate to you ever that

12   you would be paid by the hour?

13      A.    At some point he said that we -- he said

14   we are salary, but then you're not expected to work

15   more than 40 hours.  Our operation is 40 hours a

16   week.  And that we also do compensate handsomely

17   when it comes to bonuses based on your performance.

18      Q.    Well, let's just talk about the salary

19   for now.  The discussion about the $60,000 per year

20   salary, did that discussion happen when you had the

21   one-on-one interview with Mr. Okubo after you had

22   the group meeting with the other --

23      A.    Right.

24      Q.    -- people?

1       A.    This was after Mr. Okubo went and

2    checked.  He said I had to get authorization,

3    because I'm not going to be able to offer you --

4    the first line of the question was what are you

5    asking for, and I would not be able to offer you

6    what you're asking for.

7       Q.    And did you tell Mr. Okubo what you were

8    asking for?

9       A.    I believe so.

10      Q.    How much did you tell him you wanted?

11      A.    Either I believe around -- I think it

12   was around 70 grand, 70 a year.  But he said to me,

13   I am not going to be able to make a determination

14   on this.  I would have to check with Mr. Nweke.

15      Q.    And he said that during that first

16   one-on-one meeting?

17      A.    Yes.  And then after he said, hold on,

18   just wait for me.  He went and then he came back,

19   and I think when he came back Mr. Nweke followed

20   him into the room.

21      Q.    And when you -- now, do you specifically

22   recall Mr. Nweke coming back into the room on the

23   same day that you and Mr. Okubo had that one-on-one

24   meeting?



1        A.    Yes.

2        Q.    And at some point in time, did you and

3    -- did you, Mr. Okubo, and Mr. Nweke have a

4    discussion about what your annual rate of pay would

5    be?

6        A.    I'm sorry.  Can you rephrase that

7    question, sir.

8        Q.    Do you not understand it?

9        A.    I'm trying to understand.  I think it's

10   -- you said -- I think I already answered it

11   before; that's why I was --

12       Q.    Okay.  What I'm asking you is this:  Did

13   there come a time when in the presence of yourself

14   and Mr. Okubo, Mr. Nweke told you, and this is,

15   again, before you began your employment at

16   Streamingedge, that you would be paid a salary of

17   $60,000 per year?

18       A.    When we agreed upon it, yes.

19       Q.    And when you say "when we agreed upon

20   it," were you, Mr. Okubo, and Mr. Nweke in the room

21   together when it was agreed that you would receive

22   a starting annual salary of $60,000?

23       A.    Yes.

24       Q.    And did you notice whether anybody took



1  any notes about what the salary would be?

2      A.   I don't remember, but what I can tell

3  you is that Mr. Okubo was adamant that he had to

4  check to make sure that it was okay with Mr. Nweke.

5  So I expected him to come back to talk to me by

6  himself, but he was followed into the room by Mr.

7  Nweke.

8      Q.   And other than with the three of you,

9  was anybody else there in the room?

10     A.   Not that I can recall right now.

11     Q.   Did you take any notes of any kind

12  either during or at some point after that meeting?

13         MR. MCDONALD:   Objection --

14     A.   No.

15         MR. MCDONALD:   -- to form.

16     A.   No.

17     Q.   Did you ever send any communication to

18  Mr. Okubo or Mr. Nweke at any point in time, either

19  during or following this conversation that you've

20  indicated that you, Mr. Nweke, and Mr. Okubo had?

21     A.   I don't recall, but there might have

22  been a phone call to say thank you for bringing me

23  on board.

24     Q.   Okay.   Now, in addition to the



1    discussion that -- where you say that there was

2    some type of agreement before you were brought on

3    board that would you start at $60,000 per year,

4    were there any other discussions that occurred

5    between Mr. Nweke, Mr. Okubo, and yourself during

6    the time when the three of you were in that room --

7         A.    Right.

8         Q.    -- having the discussion that you just

9    told me about?

10        A.    I think we talked about the whole

11   package in terms of benefit package, health

12   insurance, the 401(k).  We also talked about which

13   department I would be working.

14        Q.    And when you say "which department" --

15        A.    Systems support department.  The other

16   part also was they were telling me the nature of

17   the industry and how -- they were preparing me that

18   I would have to be very calm in terms of dealing

19   with broker personalities, that it's a very irate

20   environment, meaning people that -- so it was more

21   like a refresher trying to prepare me when I'm

22   coming in.  It's also -- they also talked about my

23   starting time and closing hour.  Meaning, time that

24   I would start in the morning and I would -- so a



1   lot of what they also talked about was a lot of our

2   software here is proprietary, so you would have to

3   learn quickly.  Once you get on board, you would

4   have to pick up as soon as you get on board,

5   because everything else that we have here is

6   closely held proprietary trade secret.  So you will

7   not deal with these things in other place.  So once

8   you start, I think you will be on the trading

9   floor, you will be helping.

10          So it was more like a verbal refresher,

11   what my job would entail after the interview with

12   the group.

13       Q.   Okay.  And so all these discussions that

14   you've just told me about, are you saying that all

15   of those discussions happened when you and Mr.

16   Nweke and Mr. Okubo were together?

17       A.   Yes.

18

19          (An off-the-record discussion was held.)

20

21   BY MR. REISMAN:

22       Q.   At some -- so other than this discussion

23   that you've indicated that you had first with Mr.

24   Okubo alone and then with both Mr. Okubo and Mr.



1   Nweke, were there any discussions about your job

2   circumstances that occurred -- withdrawn.

3          Other than the discussion that we just

4   talked about that occurred between Mr. Hideki,

5   Okubo, then yourself, Mr. Nweke, and Mr. Okubo, did

6   -- were there any other discussions that happened

7   at any other time between yourself and those two

8   individuals prior to the time that you were offered

9   a job at Streamingedge?

10         MR. MCDONALD:  Objection to form, but

11      answer if you understand the question.

12      A.   If I spoken to them prior to them hiring

13   me?

14      Q.   Right.  Any other discussions that the

15   three of you had together prior to you being hired?

16      A.   Specifically the three of us?

17      Q.   Yes.

18      A.   No, I think maybe -- specifically, no.

19      Q.   All right.  Did there come a time when

20   you received any type of a written offer in

21   writing?

22      A.   Yes.

23      Q.   And, approximately, when did you receive

24   that?



800.DAL.8779
dalcoreporting.com

1       A.    My second or third day on the job when I
2  already started working.
3       Q.    So you're saying that -- how much time
4  went by between the time that you had the group
5  interview and then the discussion with Mr. Okubo
6  and then with Mr. Okubo and Nweke?
7       A.    Same day.
8       Q.    No.  No.
9       A.    Sorry.
10      Q.    The date that you actually started work.
11      A.    I apologize.
12            MR. MCDONALD:  Listen carefully, and let
13      him finish.
14      A.    I'm sorry.  Can you repeat that.
15
16            (The requested testimony was read back.)
17
18      A.    I think you're referring to my interview
19  date and the day I actually started working.
20      Q.    Yes.
21      A.    It must have been several weeks.
22      Q.    Okay.  And when you say that it must
23  have been several weeks, you're basing that on what
24  information?



1      A.    From -- this is just from rough

2   recollection because I know that even -- after I

3   gave my employment notice leaving my previous

4   employer.

5      Q.    And that notice was given to whom, I'm

6   sorry?

7      A.    It was given to my manager at the time.

8      Q.    At what company?

9      A.    At DecisionOne.

10      Q.    At the time you gave the notice to your

11   manager at DecisionOne, were you a full-time

12   employee there?

13      A.    I might have been, because I think once

14   my -- I might have been.  I might have been, yes.

15      Q.    When you say that you might have been,

16   do you recall specifically that you were a

17   full-time employee at DecisionOne at the time that

18   you gave notice to your manager that you were

19   leaving that company?

20      A.    Right.  I think from -- I can't say

21   that, because from a consultant's perspective, you

22   make your own hours.  You're not -- sometimes --

23   how do I say this -- you can say full time, you

24   know, but I wouldn't necessarily call it full time



1    at the time.  I was -- there are times where most

2    of the time it's usually sometimes 40, depending on

3    what project I'm working on for that amount of

4    time, so they kept me busy at the time, so you can

5    say full time.

6         Q.   So -- but -- but when you were employed

7    by DecisionOne as a consultant, were you paid

8    hourly or on some other basis?

9         A.   I was paid both hourly and also based on

10   maybe some type of expenses accrued along the way.

11            MR. REISMAN:  All right.  Why don't we

12       take a break.

13            MR. MCDONALD:   Okay.

14

15       (A lunch recess was taken.)

16

17

18

19

20

21

22

23

24



```
 1            A F T E R N O O N   S E S S I O N

 2                 (Time noted:  2:41 p.m.)

 3

 4    TAIWO OLORODE, resumed and testified as follows:

 5    CONTINUED EXAMINATION

 6    BY MR. REISMAN:

 7         Q.    In the approximately three months prior

 8    to the time that you stopped working for

 9    DecisionOne Incorporated, can you tell me

10    approximately how much money you made on a weekly

11    or monthly basis or whatever interval works for

12    you?

13         A.    It fluctuates.

14         Q.    I'm sorry?

15    A.    It fluctuates.

16    Q.    It fluctuated?

17         A.    Yes.

18         Q.    Okay.  Was there a typical amount that

19    you made on a weekly basis?

20         A.    Before taxes or after taxes?

21         Q.    Well, I guess before taxes.

22         A.    I can't put a figure on it.  It's like

23    around 1200 --

24    Q.    $1200 a week?
```



```
 1   A.    -- or less.  It depends, but I think the
 2   highest was 1200.
 3        Q.    And what was the lowest, approximately?
 4             MR. MCDONALD:  Just during that
 5        three-month period?
 6             MR. REISMAN:  Yes.
 7        A.    I can't recall, but I think it's
 8   probably maybe 600.  It depends.
 9        Q.    Were you -- what was your hourly rate of
10   pay during the time you were a consultant at
11   DecisionOne Incorporated?
12        A.    I don't recall exactly.
13        Q.    Do you know if it was more or less than
14   $40 an hour?
15        A.    Probably less.
16        Q.    Do you know if it was more or less than
17   $30 an hour?
18        A.    Probably less.
19        Q.    Going back briefly to this meeting that
20   you say happened first with Mr. Okubo and then with
21   yourself, Mr. Okubo, and Mr. Nweke --
22        A.    Yes, sir.
23        Q.    -- between the time that that discussion
24   happened and the time that you began working at
```



```
 1    Streamingedge, did you have any more in-person
 2    meetings with anyone?
 3         A.    In person?
 4         Q.    Yes.
 5         A.    I don't think it was a meeting per se.
 6    It was just an introduction to HR personnel at the
 7    time.
 8         Q.    And when did you have that meeting with
 9    the HR personnel in relation to the date that you
10    started working at Streamingedge?
11         A.    The same day I had an interview.  The
12    same day my interview was concluded, after the
13    salary portion of the discussion was done, was when
14    I was then walked around the hallway.  It was less
15    than two minutes, oh, hi, this is Taiwo, our new
16    hire.
17         Q.    Okay.
18         A.    You will be starting soon, along that
19    line.  Just said welcome aboard and shook my hand,
20    and that was it.
21         Q.    Fine.  And did anybody in particular
22    walk you over to the HR office?
23         A.    It was along the way while I was with
24    Hideki, walked out of the room, it was a very -- I
```

800.DAL.8779
dalcoreporting.com



```
 1   think we ran into the HR personnel and just say,
 2   oh, hi.  It was very short and brief, and we
 3   proceeded to walk away.  And Hideki was the one I
 4   continued with.
 5        Q.   So did Hideki actually stay in the HR
 6   office while you spoke to the people at HR?
 7        A.   This was not in the office.  It was a
 8   discussion along the hallway.
 9        Q.   Okay.  And do you recall the name of the
10   person or people from HR that you spoke to during
11   this discussion?
12        A.   It was a middle-aged woman, but I
13   suspect it must be Lyudmilla at the time, because I
14   remember that it was, because Lyudmilla was the HR
15   manager for Tradition at the time.
16        Q.   And so do you -- was it Lyudmilla that
17   you spoke with along with Hideki that day?
18        A.   You know what, I'm inclined to think
19   she's the one -- I'm inclined to think that she's
20   the one that I spoke with, I think.
21        Q.   And was her last name -- do you recall
22   her last name being something like Faymann,
23   F-A-Y-M-A-N-N; do you recall?
24        A.   Yeah.
```



1      Q.    All right.  And can you just describe
2  her appearance briefly.
3      A.    She's about five-foot-five.
4          MR. MCDONALD:  Objection to the form.  Do
5      you mean the person that he ran into the
6      hallway, or do you mean Lyudmilla Faymann?
7      Because it's not clear.
8          MR. REISMAN:  I understand.
9      Q.    I guess what I'm trying to understand
10  is:  Do you specifically recall speaking with
11  Lyudmilla Faymann in the hallway on the day that we
12  were talking about?
13      A.    I don't specifically recall, but I know
14  that it was a woman about her size, but I think
15  eventually what made me conclude that it must be
16  her was that once I started working there, I don't
17  recall any other person around that age or her
18  build, that particular, so it must be her.  I was
19  just --
20      Q.    I understand.
21      A.    -- too happy to be starting working
22  there, so I didn't --
23          MR. MCDONALD:  You've answered the
24      question.



1          THE WITNESS:   Okay.

2      Q.   So just, if you could, give me the

3  physical description of the woman that you saw in

4  the hallway on the day that we've been discussing.

5      A.   Five-foot-five possibly; either dark

6  brunette or dark hair color; skin tone, I think

7  it's maybe possible like a tan.  I can't say more.

8  What else -- what kind of other description can I

9  use?

10     Q.   Whatever you recall.  That's all I can

11 ask you to do.

12     A.   I think age-wise, around maybe 45 to

13 50 years old, but I'm not certain it was Lyudmilla.

14     Q.   I understand.

15     A.   Because we didn't talk too long.

16     Q.   All right.  So I think you have just

17 answered my next question.  During that meeting in

18 the hallway where you said you encountered this

19 woman from HR, were any specifics about the terms

20 of your employment discussed in the hallway?

21     A.   As we were walking out of the office --

22 if there were, I am not privy to it.  I know that

23 passing by, it was a very short, 30 to one minute

24 -- 30 seconds to one minute conversation, this is



1  blah-blah-blah-blah, new hire, but after that I

2  proceeded -- Wilson proceeded to walk away.  I

3  think this person -- I stayed with Hideki until I

4  left the building that day.

5       Q.   All right.  And how soon after you

6  walked out into the hall and encountered this woman

7  did you leave the building?

8       A.   I think about an extra 30 minutes.

9       Q.   And during that extra 30-minute time,

10 did you have any discussions with anyone about the

11 conditions of your employment at your new job at

12 Streamingedge?

13      A.   I think the terms -- what the job

14 entails itself were discussed in the group setting,

15 the initial group setting during that time, but I

16 think all the other aspects, like miscellaneous

17 aspect, I will call them, once the salary is agreed

18 upon, starting date, which was to be two weeks

19 after.

20           MR. MCDONALD:  Tai, please just answer

21      his question.

22           THE WITNESS:  Okay.

23      A.   I don't recall any other detailed

24 discussions.  I don't remember.



800.DAL.8779
dalcoreporting.com    DALCO

```
 1        Q.    Okay.   Between the time that you had

 2   these meetings on the day that we've already talked

 3   about and the time that you started work at

 4   Streamingedge, did you have any contact of any type

 5   with anyone employed by Streamingedge?

 6        A.    I think I mentioned that there were --

 7   the day that came to mind specifically was the day

 8   I was to start working.   I got a phone call like

 9   around maybe 11 or 12, sometime in the morning

10   turning into the afternoon, from Hideki.   And the

11   first thing he said to me was, I'm on my way to

12   Hong Kong, but you will be working with George

13   Grievas [ph.], and some other support team.   I

14   won't be there, but everything that you need to do

15   you will -- it's pretty fast, you learn it quickly.

16   It's not going to be hard at all, but -- oh, by the

17   way, the main reason I called you was to tell you

18   that there's been a change in the negotiated and

19   agreed-upon salary.

20        Q.    And Hideki told you this?

21        A.    Yes.

22        Q.    And this was during a phone call?

23        A.    Yes.

24        Q.    All right.   And did he say anything else
```

800.DAL.8779
dalcoreporting.com



1    after he said what you just told me?

2           A.    He told me that the salary will now be

3    either 48 or around ballpark of 48.  Whatever

4    salary he gave me at that time was not what we

5    agreed upon, and I proceeded to tell him that it

6    would have been better to have known this prior to

7    giving my prior employer notice that I was leaving

8    and that why so late since I was to start working

9    tomorrow morning.  I said to him that -- the one

10   thing I said was, let me think about this.  I think

11   even toward the end of the conversation I just let

12   him know, I can't -- because I've been put in a

13   situation where I would have a certain

14   understanding, and at the last minute everything

15   else I was basing my salary on was exactly

16   everything we agreed upon.

17          And he said, well, I will have to tell

18   you, I think -- okay.  I will have to tell you that

19   don't worry about the numbers here.  We increase

20   the salary.  We expedite salaries based on

21   performance.  We compensate salaries very well.  He

22   was telling me how beneficial it would be for me to

23   come on board.  He was negotiating and telling me

24   the reasons why I was coming on board and why I



1  shouldn't worry about the numbers, the new salary

2  number I had been quoted.

3  I think -- so I said to him, I'm sorry, I think --

4  it didn't go well with me, and he hung up the

5  phone.  He said, okay, let me call you back.

6        Q.   And this is Hideki?

7        A.   Yes.  Let me call you back.  I have to

8  talk to Mr. Nweke.  About a half an hour later he

9  calls me back, and says, okay, how about 53.

10 Actually, how about 53.  Yes.  And I think I

11 agreed.  I said, okay, but he said this -- whatever

12 we are -- whatever we are giving you now, be

13 mindful that we will bring it back to what we

14 agreed upon.  We just want to see how you are as an

15 employee and how you fit into our day-to-day

16 operations.  Don't worry about it.  Don't even get

17 hung up on the numbers.  Once you start, we'll

18 remunerate you based on, you know, your

19 performance.

20       Q.   And did Hideki say anything else?

21       A.   That he was going to talk to Wilson, I

22 think, so I think, like I told you, sir, before, he

23 called me back later and said we also had periodic

24 training.  So if you wanted to school and apply --



1    additional package, if you wanted to go to school

2    afterwards.  We also have programs that give an

3    employee an opportunity to brush up their career.

4           He told me this is not a job, this is a

5    career, which I think you can excel in, and

6    everything that you need, make sure you stay on

7    track.  As long as you, you know -- but you have to

8    prove yourself once you start.

9        Q.    And other than the phone discussions

10   that you've already told me about, did you have any

11   other phone discussions with Hideki on the day

12   before you started work at Streamingedge?

13       A.    Did I have prior to that?

14       Q.    No.   Other than having the phone

15   discussions with Hideki on the day before you

16   started work at Streamingedge which you've just

17   discussed with me, did you have any other

18   discussions on the phone or otherwise with anyone

19   else on the day prior to the date that you started

20   work at Streamingedge?

21       A.    Yes.

22       Q.    Who?

23       A.    I believe it was Hideki also, because

24   the day -- the starting date also was changed.  I



1   was to start immediately within two weeks, because

2   they told me how much time you need to give to your

3   employer.  I told him two weeks' notice.  He said,

4   look, can you start -- they quoted a particular

5   date to me.  I don't remember exactly what they

6   quoted to me.  I said, well, it will be based on

7   what I discussed with my former employer, my boss.

8   He said, I don't want you to leave until I'm able

9   to find somebody to help out on the project I'm

10  working on.  He said, okay, just get back to me

11  soon.  When I called back we agreed on a starting

12  date.  They still told me that there was still a

13  few things they need to iron out.

14          So I think from the date I was hired, I

15  remember -- I don't know exactly how long it took

16  for me to -- from the day there was a verbal

17  agreement that I was now hired.  It was not exactly

18  the same day that my expected date, starting date

19  that I started.  And I suspect that my

20  conversations prior to my starting date must have

21  been around, okay, when am I coming, when am I

22  starting, just now -- just trying to ascertain what

23  day exactly my starting day is.  I think that's

24  what -- that's what the conversation was about.



**TAIWO OLORODE**

1      Q.    And those discussions about when exactly

2  your starting date would be occurred between you

3  and whom?

4      A.    Hideki and I.

5      Q.    And did you ever exchange any type of

6  e-mails or other written correspondence with Hideki

7  about your starting date?

8      A.    I don't recall.

9      Q.    Do you have any records, here or

10  anywhere else, that would help you remember?

11      A.    I don't recall, but I think there was --

12  either I called to say thank you for offering me

13  the position.  Either it was a phone call or an

14  e-mail, one of the two.  I cannot tell you exactly

15  what it is.

16      Q.    Fine.  Now, you indicated a little bit

17  earlier that you received a written offer letter

18  from Streamingedge.

19      A.    Yes.

20      Q.    And did that written offer letter set

21  forth what your annual salary would be?

22      A.    The day I started -- actually, two or

23  three days after I started, I had already -- was

24  when I got the offer letter.

800.DAL.8779
dalcoreporting.com



1      Q.   Do you have a copy of that here or

2   anywhere else?

3      A.   I believe I do.

4          MR. REISMAN:   Why don't we mark these

5          documents collectively as Defendants' Exhibit

6          A, and then maybe we'll break them out over

7          time.   They consist of 483 pages Bates

8          stamped -- I'm sorry -- 484 pages Bates

9          stamped.

10

11             (Defendants' Exhibit A,

12             484 PAGES OF DOCUMENTS, was

13             marked for identification.)

14

15      Q.   Mr. Olorode, I want to show you pages 62

16   through and including 66 of Exhibit A, and please

17   just take a look, and tell me if you recognize

18   those documents.

19          MR. MCDONALD:   I'm a little concerned

20          with the marking all of the documents as one

21          exhibit.   It appears we haven't seen them

22          all, but I'm a little concerned with marking

23          484 pages of largely separate documents, it

24          appears, as one exhibit and then --



```
 1              MR. REISMAN:  Well, we can do

 2         sub-marking, if you want.

 3              MR. MCDONALD:  Yeah, I think I'd be more

 4         comfortable with that.

 5              MR. REISMAN:  So why don't we do that.

 6         So let's call pages 62 to 66, Exhibit A-1;

 7         how is that?

 8              MR. MCDONALD:  That's fine.

 9

10              (Defendants' Exhibit A-1,

11              PAGES 62 TO 66, were marked

12              for identification.)

13

14         Q.   Mr. Olorode, please take a look at

15    Exhibit A-1, and tell me when you've had a chance

16    to look --

17         A.   Okay.  The entire of the document.

18         Q.   It's five pages.

19         A.   Okay.

20              (Pause.)

21              MR. MCDONALD:  I'm going to have to

22         object to marking five separate e-mails as

23         one exhibit, unless we want to acknowledge

24         they're five separate e-mails with separate
```



```
 1        dates, which I think at least one, two,

 2        three, four, five different dates spanning

 3        from November 6, 2007, through February 7th

 4        of 2008.

 5              MR. REISMAN:  Off the record.

 6

 7              (An off-the-record discussion was held.)

 8

 9              MR. REISMAN:  A-1 will be one page only.

10        It will be an e-mail dated November 6th,

11        2007; how is that?

12              MR. MCDONALD:  Thank you.

13

14              (Defendants' Exhibit A-1,

15              E-MAIL DATED NOVEMBER 6TH, 2007,

16              was remarked for identification.)

17

18        Q.   I'm sorry.

19        A.   It's okay, sir.

20        Q.   Please look at Exhibit A-1, Mr. Olorode,

21   and tell me if you recognize that document.

22        A.   Okay.  It looks like the letter.  I

23   recognize it.

24        Q.   All right.  Do you recognize Exhibit A-1
```



154                        **TAIWO OLORODE**

1    as a copy of an e-mail that you received dated

2    November 6th, 2007, from an individual named Will

3    O'Rourke?

4          A.    It looks like it.

5          Q.    And as of November 6, 2007, did you know

6    who Mr. O'Rourke was?

7          A.    Mr. Reisman, I think I forgot to mention

8    the attachment -- the attached letter.  That e-mail

9    is referencing an attachment which is not included

10   in the document you're holding.

11         Q.    We'll get there.  So do you -- let's

12   just talk about the e-mail for now.

13         Do you -- as of November 6th, 2007, did you

14   know Will O'Rourke to be a person employed by

15   Streamingedge in their Toronto, Canada office?

16         A.    If you notice -- no.  Before that day,

17   no.

18         Q.    All right.  So on November 6th, 2007, do

19   you recall receiving the e-mail which has been

20   marked as Exhibit A-1?

21         A.    Yes, sir.

22         Q.    All right.  And attached to the e-mail

23   was there some type of document, and I'm only

24   quoting from the e-mail, called an offer letter?

800.DAL.8779
dalcoreporting.com


1        A.    Yes.

2        Q.    And did you read the offer letter on

3    November 6th, 2007, or at some point after that?

4        A.    At some point after that.  I read it

5    briefly.  I think it was during the course of the

6    day I started working.

7        Q.    Okay.  And do you recall how many days

8    or weeks prior to November 6th, 2007, you had

9    actually started working?

10       A.    This was my second day.  I believe I

11   started working November 5th.

12       Q.    All right.  And did you sign this

13   document that Mr. O'Rourke referred to as an offer

14   letter?

15       A.    I don't recall that there's a signature

16   portion.  If there is, I must have signed it.  I

17   don't recall that the offer letter had a place for

18   me to sign, but if there is, I must have signed it.

19       Q.    All right.

20   A.    But, you know, I don't --

21   Q.    I understand.  Do you recall, as you sit here

22   today, signing a document referred to by Mr.

23   O'Rourke as an offer letter that accompanied

24   Exhibit A-1?

1         A.    I don't recall, but I think, ultimately,

2    I already started working, so it was already -- I

3    continued working there, so, in essence, I must

4    have signed it.  I don't have the document.  I must

5    have signed it.

6         Q.    Did you make a copy of the document or

7    keep a copy of the document somehow either before

8    or after you signed it?

9         A.    Possibly.

10        Q.    Do you have it in your possession here

11   or anywhere else?

12        A.    It may -- it exists.  It should still

13   exist in my e-mail database.

14        Q.    All right.  I'd ask that following the

15   conclusion of this deposition, you make a search

16   for the offer letter that obviously is referred to

17   in Exhibit A-1.

18

19   DOCUMENT/INFORMATION REQUESTED:

20

21        Q.    Do you recall --

22        A.    Mr. Reisman?

23              MR. MCDONALD:   There's no question

24        pending.



```
 1              THE WITNESS:  I'm sorry.
 2       Q.   Do you remember what types of
 3  information was contained on the offer letter?  For
 4  example, did it give information about how much
 5  salary you would be paid on an annual basis?
 6       A.   I think I remember it quoted my starting
 7  salary.
 8       Q.   And what was the starting salary quoted
 9  in the offer letter?
10       A.   The rearranged salary I was given the
11  day before I started.
12       Q.   And when you say "rearranged salary," is
13  that the $53,000 per year salary?
14       A.   Yes.
15       Q.   And in addition to the $53,000 per year
16  annual salary, did the offer letter indicate how
17  many vacation days you would be entitled to per
18  year, if any?
19       A.   I don't recall.
20       Q.   Did the letter indicate whether you
21  would be permitted to participate in the company
22  health insurance plan?
23       A.   I don't recall.
24       Q.   Did the letter indicate whether you
```



1    would be entitled to receive any particular amount

2    of bonus on an annual basis, either in particular

3    numbers or in some type of percentage?

4         A.    I don't recall, but I'm sure -- I don't

5    recall.

6         Q.    When you returned the offer to Mr.

7    O'Rourke, did you keep a copy of it?

8         A.    Like I said, it must exist somewhere on

9    my e-mail records.

10        Q.    All right.  And when you returned it to

11   him, did you keep some type of e-mail cover sheet

12   or something similar?

13             MR. MCDONALD:  Objection to the form.

14        A.    E-mail cover sheet?

15        Q.    In other words, did you e-mail the

16   document back to him, or did you fax it back, or

17   did you send it in the U.S. mail?

18        A.    I don't recall.  I think -- I may have

19   handed it back to Wilson.

20        Q.    On the first day that you started work

21   at Streamingedge, did you have any meetings with

22   the HR people?

23        A.    No.

24        Q.    At any point after your start date at

1  Streamingedge, did you meet with any HR people?

2      A.   On several occasions.

3      Q.   Did you meet with HR people at any point

4  after your first day of work for the purpose of

5  discussing employee benefits such as health

6  insurance?

7      A.   On a few occasions.  Maybe on two or

8  three occasions.  You mean throughout my

9  employment, or are you talking about

10 specifically --

11     Q.   Right around the beginning of your

12 employment, right around the time that you started.

13     A.   No.

14     Q.   At any point in time, did you ever have

15 to meet with HR for the purpose of giving them

16 information such as your social security number or

17 for the purpose of filling out forms necessary to

18 make payroll withholdings and things like that?

19     A.   I think I did at some point.

20     Q.   All right.  And do you remember whether

21 that was toward the beginning of the time that you

22 worked at Streamingedge or at some point after

23 that?

24     A.   Towards the beginning.  I think that

1   also they call it a welcoming package, which

2   includes --

3           MR. MCDONALD:  Just answer his questions,

4       please.

5       A.   Yes.

6       Q.   All right.  You just mentioned something

7   called "a welcoming package."

8       A.   Yes.

9       Q.   Can you tell me what the welcoming

10  package consisted of?

11      A.   I don't want to speculate, but I think

12  maybe --

13          MR. MCDONALD:  Don't speculate then if

14      you're not sure.

15      A.   -- ID card.  It wasn't immediately, but

16  I think also -- I had to give also a void check, a

17  personal check for direct deposit.

18      Q.   Right.

19      A.   Nothing else.  I mean, just -- I don't

20  want to speculate.  I don't remember.  I think the

21  ones that come to mind right away is payroll and

22  the ID.

23      Q.   Okay.  All right.  Do you have, in your

24  possession, anywhere, a copy of the welcoming



1   package that you just told me about?

2        A.    I don't recall, but I had it at the

3   time.

4              MR. MCDONALD:   Tai, please just answer

5        his questions.

6        Q.    Was the welcoming package, was it in a

7   loose-leaf notebook; was it in like a paper folder;

8   did you receive it on a disk?  How did you receive

9   this welcoming package?

10       A.    It was in an office envelope.

11       Q.    And at some point in time after you

12  began working at Streamingedge, did you ever

13  receive an employee handbook?

14       A.    No.

15       Q.    At any point in time after you began

16  working at Streamingedge, did you ever receive

17  information about accessing an employee handbook

18  online?

19       A.    No.   When you say "employee handbook" --

20       Q.    Right.

21       A.    -- what exactly --

22       Q.    Well, a document which would explain the

23  company policies of various types, information that

24  would explain ways in which a person could complain



1    if they believed they were being discriminated

2    against based upon national origin, religion, race,

3    or certain other things.

4        A.    I think there was something that was

5    handed over -- there was something handed over at

6    some point, maybe eight months or six months into

7    my employment.  I believe that was when

8    Streamingedge employees transitioned into Tradition

9    employees.

10       Q.    And when you say that you received

11   something, in any of the jobs that you held prior

12   to obtaining employment with Streamingedge, did you

13   ever receive a document known as "personnel

14   handbook"?

15       A.    Yes.

16       Q.    So would it be fair to say that -- and

17   the personnel handbook that you had received prior

18   to the time that you became employed by

19   Streamingedge consisted generally of what types of

20   information, as best you can recall?

21       A.    You're asking -- are you asking me to

22   make a comparison between that document and

23   prior --

24            MR. MCDONALD:  Tai, if you don't



1          understand the question, please ask that it

2          be clarified.  Don't suggest your own

3          question.  Mr. Reisman gets to ask the

4          question.

5                    THE WITNESS:  Sorry.

6          A.    Sorry, Mr. Reisman.

7          Q.    No problem.  So the employee handbook

8    that you received from one or more previous

9    employers, to your recollection, what types of

10   categories of information did they generally

11   contain?

12         A.    Typically, if -- like service level

13   agreements, if we were working like in an

14   institution where I was working at different client

15   sites.  They also included employee conduct.

16   Sometimes they would talk about benefits,

17   recognized holidays, national holidays, what is

18   acceptable on the job, what kind of behavior,

19   what's not acceptable.  I think in some cases there

20   have been times where they will give you specific

21   numbers and specific contact personnel to contact

22   in case you have grievances --

23         Q.    Right.

24         A.    -- and things of that nature.  In terms

800.DAL.8779
dalcoreporting.com


**TAIWO OLORODE**

```
 1   of also directives pertaining to different
 2   departments, in terms of who heads different areas,
 3   and, basically, just gives you an overview of
 4   operational structures within the organization.
 5   And sometimes they would include field offices, and
 6   maybe relationship with other company, like in case
 7   maybe if you have -- I think maybe if you have --
 8   if the company has parent company or if they have
 9   affiliates also.  There have been times where some
10   of them included outside office contacts, like -- I
11   think there's even been times when press policy, so
12   I think that's --
13       Q.   All right.  So at some point in time
14   after you began your employment with Streamingedge,
15   did you ever receive either a link to or a disc of
16   or a hard copy of a personnel handbook containing,
17   in sum and substance, the type of information that
18   you just indicated you had seen in at least some of
19   the personnel handbooks that you had received from
20   prior employers?
21       A.   No, if there was -- I think at some
22   point that was when we transition from -- there was
23   a point during my employment, maybe six months or
24   eight months into my employment, Streamingedge
```



1    employees became Tradition.  We had to switch ID

2    cards.  Also, payroll was switched at that time.

3    And I think also that was when I was also given my

4    benefits, like in terms of health insurance, maybe

5    six months into it they gave me health insurance.

6         Q.   In other words, you began participating

7    in the company health insurance plan?

8         A.   Right.  It was offered to me at that

9    point.  I had none prior to then.  And I think -- I

10   don't want to speculate.  I don't -- I really don't

11   recall anything of substance, really concrete about

12   specific handbooks --

13        Q.   Did you ever request one?

14        A.   At some point I asked about one.

15        Q.   And, approximately, when did you do

16   that?

17        A.   A year to my employment.

18        Q.   And did you ask anyone in particular if

19   there was a company employee handbook?

20        A.   Yes.

21        Q.   And who you did you speak to about that?

22        A.   I spoke to Hideki, Jaballah also, and I

23   think there were other co-workers, maybe two short

24   conversations to try to figure out what the company



1   policies as regards to day-to-day reporting.

2        Q.   And at any point in time, did Hideki

3   respond in any way to your inquiries about the

4   existence of a personnel handbook?

5        A.   No.  If there was one, I think the

6   answer they gave at that time was if there was one,

7   Tradition didn't have one, but we don't have

8   certain things here.  People are busy.  They don't

9   have time to.

10        Q.   Did you ever receive any type of answer

11   from Mr. Jaballah about whether or not there was an

12   employee handbook or something similar?

13        A.   I think if you -- the answer is no.  I

14   think once you have asked two or three individuals

15   and the answer is no, so you pretty much figure it

16   out.  It's not even something to ask -- if I've

17   asked everybody, if there's none, there's none.

18        Q.   Did you ever ask Ms. Faymann or anyone

19   else in the HR office about a personnel handbook?

20        A.   I must have toward the end of my

21   employment.

22        Q.   And when you say that you must have

23   asked, what is it that -- what information is it

24   that you're basing that answer upon?



1      A.    I'm sorry.  Can you rephrase that, what
2   information am I --
3      Q.    Sure.  How is it that you remember -- in
4   other words, based on what conversation or other
5   thing that refreshes your memory are you stating
6   that you must have asked for a personnel manual
7   from -- personnel handbook -- or employee handbook,
8   I should say, from HR toward the end of your
9   employment?
10         MR. MCDONALD:  Objection to the form.  I
11      don't think he said -- I know he hasn't
12      stated anything refreshed his memory.
13      Q.    When you say that you, and I'm quoting,
14   must have asked for an employee handbook toward the
15   end of your employment with Streamingedge, that is
16   based upon what fact or what discussion or what
17   document or anything else?
18      A.    You mean what document --
19         MR. MCDONALD:  Objection to the form, but
20      if you understand it, you can answer.
21      A.    It wasn't based on a document.  It was
22   based on my experience after coming on board.  I
23   noticed that there was -- pretty much everything
24   became ad hoc.  There was no --



1            MR. MCDONALD:  Tai, please just answer

2        his question.

3            THE WITNESS:  Okay.

4        Q.   Is there a conversation that you

5    remember that you had with somebody which leads you

6    to the conclusion that you must have asked for a

7    personnel handbook?  Is there something else that

8    you remember that leads you to that conclusion?

9        A.   Right.  I remember that my hours were

10   becoming longer and longer, and my experience on

11   the job was unlike any other employee at

12   Streamingedge at the time.  There was no

13   guidelines.  It's constantly trying to solicit

14   information [potential] to my relationship with the

15   company, in trying to find out exactly what I'm

16   entitled to in terms of -- as an employee.  I think

17   when I started to do that, I started to get sick a

18   lot, and I noticed that I was reporting much

19   earlier than some people than majority of the

20   employees.  These people also came, and they still

21   left me at work and went home.

22       Q.   So based on this, when you say that you

23   must have asked for an employee handbook, whom did

24   you ask for the employee handbook, if anyone?



```
 1        A.    First, I think I mentioned it to Wilson.

 2        Q.    Who?

 3        A.    I asked Wilson at one point.

 4        Q.    And when was that?

 5        A.    This was about a year into my

 6   employment.  And I believe I spoke with Will

 7   O'Rourke on the phone also.

 8        Q.    The gentleman in Toronto?

 9        A.    Exactly.

10        Q.    And you asked him for a personnel

11   handbook?

12        A.    Yes.  There was a time, a specific time,

13   I remember that they -- he came to New York.

14   There's a general board meeting, and around the

15   same time was a time where Streamingedge employees

16   became Tradition employees, and that's what I

17   understand at the time.  So he happened to be in

18   the building.  This is somebody I spoke to on the

19   phone, but for the first time I met him in person

20   and I asked him -- because along that time also

21   there were new benefit information that I had to

22   sign and give back to Tradition.  I had to fill out

23   -- it was a total package at that time, so I

24   figured let me ask him since I wasn't getting
```

1  answers or the right answers from anybody around

2  me.

3       Q.   And so what did you ask Mr. O'Rourke

4  for?

5       A.   I asked him also for a copy of my

6  initial contract, because you see the offer letter

7  and the contract were two separate things.  I don't

8  even think I got my contract to even put a pen to

9  it until maybe a month or two or three months into

10 my employment with the company.  There was so many

11 things that seemed to me out of synch with what I

12 understood in terms of employer-employee

13 relationship, and that's when I started to ask

14 questions.

15      Q.   And that was about when, approximately?

16      A.   I think the first time I felt

17 comfortable to ask Will in person was when he came

18 into the office six months or eight months into my

19 employment.

20      Q.   And did you ever follow up with him

21 after you spoke to him in person?

22      A.   I have already spoken to him once.

23      Q.   No, I mean about asking for the --

24      A.   Employee?

800.DAL.8779
dalcoreporting.com


DALCO

```
 1        Q.    Right.  For a handbook or something like
 2   that.
 3        A.    I mean, he already gave me an answer.
 4        Q.    What was his answer?
 5        A.    Which was if we find one I will get it
 6   to you through Wilson.
 7        Q.    And after that discussion, did you ever
 8   have any other communications of any kind with Mr.
 9   O'Rourke about getting the handbook?
10        A.    No.
11        Q.    Did you have any discussions with
12   anybody else about getting the handbook?
13             MR. MCDONALD:  Objection to form.
14        Q.    Other than the people that we've already
15   talked about.
16        A.    Several occasions with Hideki Okubo.
17        Q.    And when was the last time during your
18   employment that you asked Hideki Okubo for an
19   employee handbook?
20        A.    I don't recall exactly the specific day
21   and time.
22        Q.    Do you recall the year?
23        A.    '09.  Probably '09.  2009.
24        Q.    And did Hideki respond at all to your
```

800.DAL.8779
dalcoreporting.com


DALCO

1  request?

2       A.   If he responded, there was -- I think I

3  even -- if he responded, he simply responded that

4  there was no such thing within Streamingedge.  And

5  I remember, again, there was a board meeting with

6  Yan Huillier was appointed as one of the management

7  of Streamingedge.

8       Q.   And when was this, approximately, if you

9  recall?

10      A.   This was two or three weeks before I was

11  let go from Streamingedge.  It was in a meeting, a

12  general meeting where they called Streamingedge

13  employees to let us know that the new -- to let us

14  know what the new structure is or in terms of the

15  direction of the company and everything else.  I

16  asked him in that meeting because they said whoever

17  had questions get up and raise up your hand, and I

18  -- every employee that I can recall, my co-workers

19  were sitting with me in the conference room when I

20  raised up my hand and asked if there were

21  guidelines, specific guidelines or detailed

22  documentation somewhere that tells us exactly what

23  the code of conduct is on the job or what our

24  relationship -- how exactly to go about it on the



1   job.

2         Q.    So you asked Mr. Huillier about this?

3         A.    Yes, I raised up my hand.

4         Q.    All right.  And when you say you were in

5   a conference room, was that the conference room at

6   the Streamingedge offices or somewhere else?

7         A.    It's within Tradition/Streamingedge

8   offices.

9         Q.    And about how many people were present

10  for that particular meeting?

11        A.    I can't recall, but I can tell you that

12  every -- most employees were advised of this

13  meeting that you had to be there.

14        Q.    Okay.  And were -- just trying to get an

15  idea of the numbers, did the meeting consist of

16  more or less than 20 people?

17        A.    Around that figure.

18        Q.    And do you recall whether Mr. Nweke was

19  present at the meeting?

20        A.    Yes.

21        Q.    How about Mr. Okubo?

22        A.    Yes.

23        Q.    Mr. Jaballah?

24        A.    Probably, yes.



1        Q.    How about Mr. Revis?

2        A.    Probably.

3        Q.    And during that meeting, did Mr.

4   Huillier indicate, in words or substance, what the

5   future of or the direction of the company would be?

6        A.    No.   I think it was more of an

7   introduction to --

8              MR. MCDONALD:   Please just answer his

9        questions.

10       A.    No.   When you say "direction," what do

11  you mean?   I'm sorry.

12       Q.    Well, you had mentioned that there was a

13  meeting called at the time that Mr. Huillier became

14  the -- I forget exactly what title you mentioned --

15  the head of Streamingedge, and one of the things

16  that was discussed was the direction of the

17  company, so I'm just asking you what specifically

18  was discussed at that meeting with respect to the

19  direction of the company.

20       A.    I think it's more about product and

21  services of the company, and also attachment, the

22  way it fits in the hierarchy of Streamingedge, and

23  in connection to the parent company -- the global

24  parent company, Tradition USA, and also how -- his



1   background before he came, more like an

2   introduction.

3        Q.   Right.

4        A.   And also how his vision -- I think his

5   vision for our division at that time, to make it

6   more of an efficient organization.

7        Q.   And when he used -- when he said -- or

8   when you used the word "efficient," what did Mr.

9   Huillier say in that record about making

10  Streamingedge more efficient organization or

11  company?

12       A.   I don't recall exactly what he said, but

13  I think some of the words that jumped at me were --

14  I mean, this was not meant to be -- this was more

15  like an address just -- it wasn't meant -- it

16  wasn't meant as a Q-and-A situation.  It was more

17  like a briefing.  It was more like introducing

18  himself to the staff.  So, basically, it was just

19  more like a simple information session.  I think it

20  lasted maybe about 15 minutes.  I think I -- if

21  anybody -- I was the only person -- maybe there was

22  somebody else who asked a question that day.

23       Q.   What question did you ask?

24            MR. MCDONALD:  Other than what he's



1        testified to already?

2        A.    I mentioned that already before, sir.

3        Q.    You mean about the --

4        A.    Employee handbook.

5        Q.    Okay.

6        A.    And what the guidelines were in place.

7        Q.    Okay.  And you're saying that Mr.

8    Huillier didn't give you an answer during that

9    meeting?

10       A.    I think he simply looked at Wilson and

11   said employees asking this kind of question -- I

12   think he jovially responded like if you're asking

13   that kind of question right about now, something is

14   wrong.  I think he mentioned something like that,

15   if you're asking that kind of question, something

16   is wrong.  You should not -- you should be talking

17   to Wilson or admin and all the rest.  So this is

18   part of what we're here to do, to make it much more

19   -- this is not a question that you should be posing

20   in this setting.

21       Q.    Do you know if by any chance that

22   meeting was videotaped or recorded in any way?

23       A.    I do not know if it was.

24       Q.    Do you know whether anybody on behalf of



1   the company was asked to take notes about the

2   meeting or minutes?

3        A.   I don't recall.

4             MR. REISMAN:   Let's mark this document as

5        Exhibit B.

6

7             (Defendants' Exhibit B,

8             HANDBOOK, was marked

9             for identification.)

10

11       Q.   Mr. Olorode, I'm going to show you a

12  document that has been marked for identification as

13  Defendants' Exhibit B.   Just so that we can

14  identify it for the record, it says on the first

15  page employee handbook Streamingedge, and then

16  there's some other language on it.   And just so

17  that nobody has the feeling that there are any

18  tricks afoot, on the second path at the bottom it

19  says November 2010.

20       Anyway, please take a look at Exhibit B, and

21  tell me if you ever received a handbook, an

22  employee handbook, of the type shown in Exhibit B

23  during your employment at Streamingedge.

24       A.   The answer is no.   This never existed,



1    to my knowledge, in the company at that time.

2         Q.    All right.

3              MR. MCDONALD:   Just for the record, this

4         is marked -- it appears to be defendants'

5         Bates range 179 through 214.

6              MR. REISMAN:   I can agree to that.

7         Q.    Mr. Olorode, on page -- withdrawn.

8              At any point in time after you began

9    working for Streamingedge, did you ever receive a

10   link to or a hard copy of an employee handbook

11   which had on the front page instead of the word

12   "Streamingedge," the word "Tradition" or "Tradition

13   Group" or anything similar?

14        A.    No.

15             MR. MCDONALD:   Just answer his question.

16        Q.    On page 4 of Exhibit B, there are two

17   headings:  One of them says "general conduct and

18   workplace rules," and then down toward the bottom

19   of the page, there's another heading that says

20   "workplace behavior policy," and then in

21   parenthesis, anti-mistreatment,

22   anti-discrimination, and anti-harassment policy.

23   And I'll show page 4 of the handbook which is Bates

24   stamped page 185.  Please take a look, and tell me



```
 1    when you're done.

 2                (Pause.)

 3        A.    It didn't exist, no -- I'm sorry.

 4        Q.    At the time that you began working at

 5    Streamingedge, were you ever shown or directed in

 6    any way to any policies promulgated by

 7    Streamingedge of the type shown on the pages of

 8    Exhibit B that I just directed you to?

 9                MR. MCDONALD:   I'm going to object as

10         asked and answered, but you can answer again.

11        A.    If I ever seen anything that's similar

12    to this before?

13        Q.    After the time you started working at

14    Streamingedge.

15        A.    No.

16        Q.    At any point prior to the time that you

17    left Streamingedge, did you ever see any policy

18    language of the type shown on those pages contained

19    in documents provided to you or referred to you by

20    Tradition?

21                MR. MCDONALD:   Objection to form.   You

22         can answer if you understand it.

23        A.    Provided to me by Tradition?   You're

24    saying this document, did I ever see it after I
```



1  left?

2       Q.    No, before you left.

3       A.    No.

4          MR. REISMAN: Let's call this Exhibit C.

5       This is under plaintiff's Bates stamp pages

6       number 77 through and including 86.

7

8          (Defendants' Exhibit C,

9          EMPLOYER AGREEMENT, was

10         marked for identification.)

11

12      Q.    Mr. Olorode, please look at Exhibit C,

13 and tell me when you're done.

14         (Pause.)

15      A.    I'm note able to read the entire of it,

16 but it appears to be --

17         MR. MCDONALD: There's no question.

18      A.    I recognize it.

19         MR. MCDONALD: There's no question.

20      Q.    Do you recognize Exhibit C to be a true

21 and accurate copy of an employment agreement dated

22 as of, it looks like, November 5, 2007, between

23 Streamingedge and yourself?

24         MR. MCDONALD: I would ask the witness to



1          be handed the document again.

2               MR. REISMAN:  Of course.

3          A.   I think if you -- I have not read --

4     this is a ten-page contract.  It appears to be --

5     the front cover of the first page appears to be my

6     contract.

7               MR. MCDONALD:  I'll also just object to

8          the characterization on the date.  I'm not

9          sure the date is legible, at least not to me,

10         and the signature is actually

11    November 16th --

12    A.    November 16th.

13              MR. MCDONALD:  -- not November 5.  I see

14         the top.  I don't know if can I read that as

15         a 5.  I don't know what that says.  If Mr.

16         Olorode can, he may be able to.  I will

17         acknowledge it's a single digit, if that

18         helps.

19              MR. REISMAN:  All right.  So can we have

20         an agreement that the first page of Exhibit C

21         indicates, and I'm just quoting the first

22         paragraph, this agreement made and entered

23         into as of the blank day of November 2007,

24         the date being a single digit in

```
 1        November 2007.

 2              MR. MCDONALD:  Yes.

 3              MR. REISMAN:  By and among Streamingedge

 4        and Taiwo Olorode, and I didn't read the

 5        whole paragraph; I paraphrased it.

 6              MR. MCDONALD:  Yes, we can agree that is

 7        the substance of the paragraph.

 8        A.    It looks like --

 9              MR. MCDONALD:  There's no question

10        pending, Tai.

11        A.    I can see the front cover.

12              MR. MCDONALD:  Tai, that means don't

13        speak.

14              THE WITNESS:  Sorry.

15        Q.    Do you recognize Exhibit C to be a true

16   and accurate copy of the employment agreement that

17   you signed on November 16, 2007, between

18   Streamingedge and yourself?

19              MR. MCDONALD:  I caution you before you

20        answer if you can read the document and the

21        signature.

22        A.    I cannot.  It's going to take me time to

23   review.  This is a ten-page document.  However, on

24   the face of this, it clearly states employment
```



800.DAL.8779
dalcoreporting.com

1    agreement as you stated before, Mr. Reisman, and I

2    am not able to read every word for word.  It's a

3    ten-page document.  But I think I'm in agreement

4    with the cover, the first page.  The first page of

5    the contract, I can see it.  Whether it's the same

6    one that I signed that day, whether it's a true

7    copy, I am not able to -- I cannot say that.  I

8    would have to hold both next to each other to

9    compare if it is a true copy, but, generally, the

10   title of the document says employment agreement.

11        Q.   Do you have a copy of Exhibit C in your

12   possession somewhere?

13        A.   That's a possibility.

14        Q.   At some point in time prior to --

15   withdrawn.

16        MR. MCDONALD:  I'm willing to -- we can

17        stipulate that the Bates stamps are our Bates

18        stamps and if -- I have absolutely no reason

19        to believe Mr. Reisman would play with the

20        document without reading the ten single

21        pages.  We can agree this is from plaintiff's

22        production.  If at some point it appears that

23        somehow something got changed, we'll note it,

24        but, otherwise, we can proceed, if that



1        helps.

2               MR. REISMAN:  That will help make things

3        go slightly faster.

4        Q.    Mr. Olorode, on the first page, I'm

5   going to turn Exhibit C to its side, and I see a

6   signature.  And underneath the signature is the

7   typewritten words, and I'm quoting, Taiwo Olorode,

8   and underneath it says employee; do you see that?

9        A.    That is correct.

10       Q.    And do you recognize the writing in

11  script above the printed --

12       A.    Yes.

13       Q.    -- name to be --

14       A.    My name.

15       Q.    -- your signature?

16       A.    My first name and my last name.

17       Q.    And then on each of the pages that come

18  after the first page, except for the last page,

19  there are signatures sideways in comparison with

20  the text of the agreement which, again, has the

21  printed word Taiwo Olorode and, above them, what

22  appear to be photocopies of signatures.  And I'm

23  referring to Bates stamped pages 78, 79, 80, 81,

24  82, 83, 84, and 85.

1              So if you take a quick look, can you just

2    tell me whether the handwritten sideways signature

3    appears to be yours, is a photocopy of your

4    signature on each page.

5         A.    Yes.

6         Q.    Then on the last page, sir, of Exhibit

7    C --

8         A.    Yes, sir.

9         Q.    -- there is a line, again, with the

10   printed word Taiwo Olorode and, above it, something

11   in handwriting.  Is the something in handwriting

12   your signature?

13        A.    That is correct.

14        Q.    All right.  Can you tell me, if you

15   recall, how many days or weeks or hours prior to

16   the date that you signed Exhibit C, the original,

17   that you actually received the document?

18        A.    Can you rephrase the question, Mr.

19   Reisman.  I'm sorry.

20        Q.    Sure.  How far in time before you signed

21   the original of Exhibit C did you receive it?

22        A.    Instantaneously.  I think I -- the same

23   day I received it.  I think I was -- there was

24   specific instructions pertaining to the document



1   which I had to adhere to.

2        Q.   And when you say that there were

3   specific instructions, what was the nature of the

4   instructions that you received?

5        A.   Sign it and give it to Mr. Nweke, or

6   have Mr. Nweke present, you sign it, he's going to

7   sign it.

8        Q.   All right.  And who gave you the

9   instructions, if you recall?

10       A.   Mr. O'Rourke.

11       Q.   And did you receive Exhibit C -- or the

12  original, I should say, by e-mail or by some other

13  means?

14       A.   I don't recall.

15       Q.   And when you received Exhibit C, prior

16  to signing it, did you read it?

17       A.   Barely.  There are so many legal terms

18  in there that it did not seem to be -- doesn't make

19  a lot of sense to me.  There are so many things

20  line by line that were said in the contract that I

21  think my general understanding was, okay, I'm being

22  employed, this is the terms of the employment.

23  I've already started working.  So, in essence, to

24  me, it's more like a formality to me, so I just



1   signed it.  I think also I had been asking for it,

2   actually, and I signed it and I think -- with

3   Wilson present and the instruction was I would

4   endorse it and send it to -- give you a copy, and

5   Will will give you my signed copy back, which never

6   came.

7        Q.   Now, Exhibit C, your attorney indicated

8   a moment ago that this is a copy that was provided

9   to my office from your attorney's office.  Did you

10  provide a copy of this document, Exhibit C, to your

11  attorney?

12       A.   Yes, I did.

13       Q.   And where did you get it from?

14       A.   Out of my records in terms of -- I think

15  HR gave it to me on the last day.

16       Q.   On the last day of your employment --

17       A.   Yes.

18       Q.   -- at Streamingedge?

19       A.   Yes, I demanded for that throughout my

20  tenure.

21            MR. MCDONALD:  You answered the question,

22       Tai.

23       Q.   You said you threw out what?  I'm sorry.

24       A.   I demanded for it.

800.DAL.8779
dalcoreporting.com



1      Q.   Correct.  But prior to that I think you

2  had said you threw something out.

3      A.   No.  No.  I said "throughout."

4      Q.   Oh, throughout.

5      A.   Throughout.  I'm sorry about my accent.

6  I'm very sorry.

7      Q.   It's okay.  So you're telling me that

8  throughout the time of your employment you were

9  demanding a copy of the agreement?

10      A.   On occasions I demanded, because there

11  were employees there that were hired after me

12  whom --

13          MR. MCDONALD:  You answered the question,

14      Tai.

15      A.   Yes, I did.

16      Q.   All right.  And is there any particular

17  reason why after you signed it and throughout the

18  time of your employment you were asking to receive

19  a copy of your employment agreement?

20      A.   Was there any reason why I was asking?

21      Q.   Right.

22      A.   It was just as important to me as every

23  work that I do there every day.  It outlines my

24  relationship with my employer.



1      Q.    I understand.  And when you say that you

2  were asking for a copy of the agreement throughout

3  the time you were employed, who did you ask to

4  receive the copy?  In other words, who did you

5  speak to to get that copy?

6      A.    This is one of those conversations I've

7  had with Will.  I've had this discussions also

8  about it with Wilson.  And he just would constantly

9  tell me, call Will; anything pertaining to this,

10  call Will.  Now, when I call Will, Will usually

11  tells me whatever your employment contract -- all

12  we do here is keep records.  Whatever -- you can

13  always -- once it's available, I will have to look

14  in the records somewhere, and I will make it

15  available to you.

16      Q.    Did he ever do that?

17      A.    I got an updated one.  They sent me an

18  updated one, but not exactly this one.  I got this

19  one on my last day.

20      Q.    Exhibit C, you mean?

21      A.    I got Exhibit C on my last day.

22      Q.    And after you signed Exhibit C, which

23  according to the document is dated under your

24  signature, November 16th, 2007, did you sign



1   another employment agreement with Streamingedge?

2        A.    There was another employment agreement,

3   yes.

4        Q.    And do you remember how long after you

5   signed Exhibit C you signed the second agreement,

6   if at all?

7        A.    It must have been either five or

8   six months into my employment.

9        Q.    At the time -- I know I asked you this

10  before, but -- withdrawn.

11            At the time that you signed Exhibit C,

12  did you understand Paragraph 4, which is on Bates

13  stamped page 78, which says, and I'm quoting,

14  during the term of employment, the employee shall

15  be paid a base salary of $53,000, U.S. dollars, per

16  annum, and then it goes on?  Did you --

17            MR. MCDONALD:  Please look at the

18        document.

19        A.    What paragraph?

20        Q.    Paragraph 4.

21        A.    Are you asking if -- I'm sorry.  Can you

22  repeat your question, sir.  I'm sorry.

23        Q.    When you signed Exhibit C, did you

24  understand or were you aware of Paragraph 4 which



1    indicates in part, and I'm quoting, during the time

2    of employment, the employee shall be paid a base

3    salary of $53,000, U.S. dollars, per annum, and I'm

4    ending the quote, and it goes on.

5        A.   Did I understand it?

6        Q.   Yes.

7        A.   I think -- I didn't look into it.  To my

8    knowledge, I understood it already.  The idea is I

9    already have started working here.  This is a

10   formality -- prior -- this is --

11            MR. MCDONALD:  Tai, just answer the

12       question that was asked.

13       A.   Okay.  So I understood it, but I didn't

14   read it because, basically, the instruction was to

15   -- I understood it, yes.

16       Q.   So did -- so the agreement was given to

17   you, and you were instructed to sign it; correct?

18       A.   Uh-huh.

19       Q.   Other than saying sign it, did anybody

20   else employed by Streamingedge say anything else to

21   you at or about the time that the contract was

22   presented to you?

23       A.   I believe Mr. O'Rourke.  I said that

24   earlier, sir.  Mr. O'Rourke.  Other than -- I'm



1    sorry.  I don't want to answer the wrong question.

2         Q.   It's okay.  No.  So other than saying to

3    you, in form or substance, sign it, did anybody

4    from Streamingedge say anything else?  In other

5    words, the agreement is presented to you, somebody

6    said sign it, and was that all they said, or did

7    they say something else?

8         A.   Wilson -- Mr. O'Rourke told me, give it

9    to Wilson.  You will sign it and a copy will be

10   returned to you and a copy will be faxed to Toronto

11   office.

12        Q.   To the Toronto office?

13        A.   Yes, where he is located.

14        Q.   Other than that, was anything else said

15   to you?

16        A.   Pertaining to the contract?

17        Q.   Right.

18        A.   I don't recall.

19        Q.   Do you have anything of any type, here

20   or anywhere else, that would help you remember?

21        A.   If there was anything else said to me?

22        Q.   Right.

23        A.   I don't -- I don't think so.  I don't

24   recall.



```
 1        Q.    All right.
 2              MR. REISMAN:   Please mark this as Exhibit
 3        D.
 4
 5              (Defendants' Exhibit D,
 6              STREAMINGEDGE EMPLOYMENT
 7              FORM, was marked for
 8              identification.)
 9
10        Q.    Mr. Olorode, please look at Exhibit D.
11     It is six pages long.  Across the top, just for
12     reference purposes, it says Streamingedge, and then
13     underneath it says employment form.  Please tell me
14     if you recognize this as a document that you filled
15     out in connection with your employment by
16     Streamingedge.
17              (Pause.)
18              MR. MCDONALD:   Just note this document
19        doesn't appear to be Bates stamped.
20              MR. REISMAN:   It's not.
21              MR. MCDONALD:   Was it produced
22        previously.
23              MR. REISMAN:   I think so.  Off the
24        record.
```



194                       TAIWO OLORODE

```
 1
 2              (An off-the-record discussion was held.)
 3
 4    BY MR. REISMAN:
 5         Q.   Mr. Olorode, do you recognize Exhibit D
 6    as an employment form that you filled out at some
 7    point in time in connection with your employment at
 8    Streamingedge?
 9         A.   Yes.
10         Q.   And do you recognize the handwritten
11    portions of the document to be your handwriting?
12         A.   Yes.
13         Q.   And it indicates here at the bottom that
14    it was signed on November 9th, 2007.  Is that your
15    signature?
16         A.   Yes.
17         Q.   Okay.
18              MR. REISMAN:  Off the record.
19
20              (An off-the-record discussion was held.)
21
22              MR. MCDONALD:  So our position would be
23         that so far I think we've done about five
24         hours today would be a fair estimate.  We
```



1       would like to finish today, but we understand

2       it's an issue, so we're prepared to come back

3       for an additional two hours to complete the

4       deposition as long as we agree it would only

5       be the balance of the seven hours the

6       defendant is entitled to under the rules and

7       not more than that.

8             MR. REISMAN:  I can't really agree to

9       that.  I can agree to be reasonable as I've

10      tried to be.  I think that there have been

11      some difficulties in getting the testimony

12      out, and I'm not trying to cast dispersions,

13      but it certainly would not be my intent to go

14      another ten hours or anything like that.  I

15      would certainly intend to finish in a day;

16      meaning, six or seven business hours or less.

17      I certainly don't plan to spill over into

18      multiple days.

19            MR. MCDONALD:  We will not agree to that.

20      The defendant is entitled to seven hours of

21      deposition time.  Mr. Olorode has been here

22      and has been cooperative and tried to answer

23      the questions, I think, honestly, truthfully

24      to the best of his ability as best as I can



800.DAL.8779
dalcoreporting.com

1    tell.  I know there's a lot of time spent on

2    things today.  I don't think that was

3    plaintiff's fault.  I'm not going to question

4    the defendant's choice of testimony or the

5    manner in which it was taken, but I don't

6    think that the plaintiff has done anything

7    but been cooperative today, so I don't see

8    the justification for more than a seven-hour

9    deposition.

10          MR. REISMAN:  I think what we should do

11   is contact the court and see if we can

12   resolve it.  I don't know if they're

13   available to take our call now, but maybe we

14   should do it.

15          MR. MCDONALD:  Okay.  I'm happy to do it

16   now, if you'd like.  I'm also happy to -- if

17   you want to do it at a later date, obviously,

18   we're going to need the extra time

19   regardless, and we're not going to stay here

20   for more than seven hours on the record as it

21   stands.  So I mean, I'm not sure there's an

22   urgency to it, but I'm happy to call the

23   court while we're here, if that's what the

24   defendant would like.

800.DAL.8779
dalcoreporting.com



1          MR. REISMAN:  Why don't we go off the

2     record for a second.

3          MR. MCDONALD:  Sure.

4

5          (An off-the-record discussion was held.)

6

7          MR. REISMAN:  So Mr. McDonald and I just

8     made a call to Judge Daniels's chambers to

9     try to discuss and resolve the issue of

10    whether or not we would be entitled to have

11    more than two hours to finish Mr. Olorode's

12    deposition.  The clerk who answered the

13    phone, whose name, unfortunately, we didn't

14    get, indicated that both Judge Daniels and

15    the other clerk assigned to Judge Daniels,

16    who happens to be assigned to this case, were

17    unavailable, so the agreed-upon protocol is

18    that I will fax a letter to Judge Daniels

19    this coming Monday, which is December 3rd,

20    requesting additional time and explaining my

21    reasons why.  Mr. McDonald will have an

22    opportunity to respond to that request, and

23    then the court will let us know whether we

24    can have two hours to complete the deposition



1   or not.  We also agree that while we have

2   tentatively scheduled the continued

3   deposition of Mr. Olorode for Wednesday,

4   December 5th, if we don't have the court's

5   response prior to that date, we will, by

6   mutual agreement, set another date for the

7   completion of Mr. Olorode's deposition.

8        MR. MCDONALD:  I would agree with that,

9   and just note the only clarification being I

10  think you may have misspoken on the two-hour

11  point.  You'll absolutely have a minimum of

12  two hours.  The issue is whether you have

13  more than two hours.  I think you said two

14  hours or not.  Two additional hours

15  regardless.

16       MR. REISMAN:  Oh, okay.  Maybe I wasn't

17  clear.

18       MR. MCDONALD:  I'm not trying to word

19  play and be prejudice.

20       MR. REISMAN:  I understand.

21       MR. MCDONALD:  So two hours at a minimum,

22

23            (Continued on next page.)

24



1        and then the court will decide if the

2        defendant has more than two hours.

3             MR. REISMAN:  Very good.  Thank you.

4             MR. MCDONALD:  No problem.

5

6

7             (Time noted:  4:41 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

800.DAL.8779
dalcoreporting.com



200

```
1   STATE OF NEW YORK        )
2                               ss:
3   COUNTY OF                )
4
5
6        I, TAIWO OLORODE, hereby certify that I have
7   read the pages of the foregoing testimony of this
8   deposition and hereby certify it to be a true and
9   correct record.
10
11
12
13        _____
14                   TAIWO OLORODE
15
16
17
18
19  Sworn to before me this
20  ___day of_____, 2012.
21
22
23  _____
24        Notary Public
```



800.DAL.8779
dalcoreporting.com

201

```
 1            I    N    D    E    X

 2

 3      EXAMINATION BY                    4        8

 4      MR. REISMAN:

 5

 6      DOCUMENT/INFORMATION             20       16

 7      REQUESTED:

 8      DOCUMENT/INFORMATION             24       21

 9      REQUESTED:

10      DOCUMENT/INFORMATION             26        9

11      REQUESTED:

12      DOCUMENT/INFORMATION             27       12

13      REQUESTED:

14      DOCUMENT/INFORMATION             31       19

15      REQUESTED:

16      DOCUMENT/INFORMATION             48       20

17      REQUESTED:

18      DOCUMENT/INFORMATION             66       10

19      REQUESTED:

20      DOCUMENT/INFORMATION             73        8

21      REQUESTED:

22      DOCUMENT/INFORMATION             74       16

23      REQUESTED:

24
```

800.DAL.8779
dalcoreporting.com



202

```
 1       DOCUMENT/INFORMATION              75      23
 2       REQUESTED:
 3       DOCUMENT/INFORMATION              77      11
 4       REQUESTED:
 5       DOCUMENT/INFORMATION             156      19
 6       REQUESTED:
 7
 8       (Defendants' Exhibit A, 484     151      11
 9       PAGES OF DOCUMENTS, was marked
10       for identification.)
11
12       (Defendants' Exhibit A-1,       152      10
13       PAGES 62 TO 66, were marked
14       for identification.)
15
16       (Defendants' Exhibit A-1,       153      14
17       E-MAIL DATED NOVEMBER 6TH,
18       2007, was remarked for
19       identification.)
20
21       (Defendants' Exhibit B,         177       7
22       HANDBOOK, was marked for
23       identification.)
24
```

800.DAL.8779
dalcoreporting.com



```
 1        (Defendants' Exhibit C,          180      8
 2     EMPLOYER AGREEMENT, was marked
 3     for identification.)
 4
 5        (Defendants' Exhibit D,          193      5
 6     STREAMINGEDGE EMPLOYMENT FORM,
 7     was marked for
 8     identification.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

800.DAL.8779
dalcoreporting.com



204

```
 1              C E R T I F I C A T I O N

 2

 3   STATE OF NEW YORK          )

 4                              )    ss.

 5   COUNTY OF                  )

 6            I, LEEANN BERTORELLI, Court Reporter

 7   and Notary Public within and for the County of

 8   Westchester, State of New York, do hereby certify:

 9            That I reported the proceedings that

10   are hereinbefore set forth, and that such

11   transcript is a true and accurate record of said

12   proceedings.

13            AND, I further certify that I am not

14   related to any of the parties to this action by

15   blood or marriage, and that I am in no way

16   interested in the outcome of this matter.

17

18            IN WITNESS WHEREOF, I have hereunto

19   set my hand.

20

21            Leeann Bertorelli

22            LEEANN BERTORELLI

23            Court Reporter

24
```



800.DAL.8779
dalcoreporting.com

DALCO

```
1                    ERRATA   SHEET

2     Deposition of: TAIWO OLORODE

3     Re: TAIWO OLORODE vs. STREAMINGEDGE, INC., et al.

4     Date Taken: November 30, 2012

5     Page          Line #            Correction   Reason

6     _____       _____       _____

7     _____       _____       _____

8     _____       _____       _____

9     _____       _____       _____

10    _____       _____       _____

11    _____       _____       _____

12    _____       _____       _____

13    _____       _____       _____

14    _____       _____       _____

15    _____       _____       _____

16    _____       _____       _____

17

18                              _____

19                                   TAIWO OLORODE

20    Sworn to before me this

21    __day of_____, 2012.

22    _____

23           Notary Public
```



This Page Intentionally Left Blank

## $

**$1200 (1)**
138:24
**$30 (1)**
139:17
**$40 (1)**
139:14
**$53,000 (4)**
157:13,15;190:15;
191:3
**$60,000 (6)**
128:1,9,19;130:17,
22;132:3

## [

**[ph] (1)**
145:13
**[potential] (1)**
168:14
**[several] (1)**
123:8
**[sic] (1)**
35:16

## A

**A-1 (10)**
152:6,10,15;153:9,
14,20,24;154:20;
155:24;156:17
**abbreviation (2)**
22:12,15
**ability (4)**
45:4;56:22;91:22;
195:24
**able (39)**
30:7;33:24;37:21;
38:9,12,14,15;41:24;
42:3;43:11,17;53:23;
56:19;62:22;65:20;
69:18;79:4;80:16;
87:9,12,17,24;88:1,
10,15,16,19;89:9,13,
16;90:21;129:3,5,13;
149:8;180:15;
181:16;183:2,7
**aboard (1)**
140:19
**above (3)**
184:11,21;185:10
**Absolutely (3)**
68:19;183:18;
198:11
**academic (1)**
43:21
**accent (1)**
188:5
**acceptable (2)**
163:18,19
**accepted (1)**

**22:6**
**access (15)**
33:21,22;38:12;
40:17;52:22,23;56:9;
62:20,23;86:20;88:1;
90:8;93:19,20;118:8
**accessing (1)**
161:17
**accompanied (1)**
155:23
**according (1)**
189:23
**account (9)**
24:14;33:21;40:18;
52:9,19;56:4;60:15;
90:7,9
**accounts (3)**
56:8;60:14;90:9
**accrued (1)**
137:10
**accurate (16)**
15:8;28:12;39:5;
40:2,4;79:10;80:16;
91:20;94:17;110:4;
118:16;119:22;
120:6;125:10;
180:21;182:16
**accurately (2)**
14:10;80:19
**acknowledge (2)**
152:23;181:17
**acquaintances (1)**
104:20
**acquainted (3)**
106:23;107:6;
109:14
**acquire (3)**
12:23;16:8;21:14
**acquired (4)**
82:4,7,18;83:7
**across (2)**
112:7;193:11
**act (1)**
55:20
**activities (1)**
87:9
**activity (4)**
9:18;12:24;13:1,5
**actually (23)**
12:20,24;23:15;
24:4;33:18;57:14;
63:22;76:24;79:24;
80:10;96:1;100:1;
101:6;111:15;
135:10,19;141:5;
147:10;150:22;
155:9;181:10;
185:17;187:2
**ad (1)**
167:24
**adamant (1)**
131:3
**add (1)**

**90:9**
**addition (4)**
28:9;89:10;131:24;
157:15
**additional (1)**
148:1;195:3;
197:20;198:14
**add-on (1)**
37:5
**address (4)**
4:4;6:23;26:5;
175:15
**adhere (1)**
186:1
**admin (1)**
176:17
**administer (4)**
3:12;46:7;86:19;
90:3
**administering (3)**
43:1;86:23;90:6
**administers (1)**
33:17
**administration (7)**
18:11;32:11,11,14;
34:1,16;39:4
**administrative (3)**
90:2;98:7;123:11
**administrator (8)**
42:2,23,24;43:10,
10;81:14;86:8,13
**advance (2)**
4:22;6:6
**advanced (3)**
18:6;39:7;90:3
**advised (1)**
173:12
**affiliates (2)**
30:21;164:9
**afoot (1)**
177:18
**afternoon (1)**
145:10
**afterwards (2)**
103:1;148:2
**again (12)**
6:13;64:9;68:18;
92:14;106:5;127:9;
130:15;172:5;
179:10;181:1;
184:20;185:9
**against (1)**
162:2
**age (2)**
7:15;142:17
**agent (3)**
21:20,23,24
**ages (1)**
7:11
**age-wise (1)**
143:12
**ago (3)**
16:15;85:2;187:8

**agree (14)**
10:9,12,14,15,16;
178:6;182:6;183:21;
195:4,8,9,19;198:1,8
**AGREED (15)**
3:1,6,10;54:5,6;
128:1;130:18,19,21;
144:17;146:5,16;
147:11,14;149:11
**agreed-upon (2)**
145:19;197:17
**agreement (31)**
27:7,10,17;29:21,
24;30:2;54:7;60:19;
83:13,21;115:13;
132:2;149:17;180:9,
21;181:20,22;
182:16;183:1,3,10;
184:20;188:9,19;
189:2;190:1,2,5;
191:16;192:5;198:6
**agreements (3)**
63:3;83:21;163:13
**Aguzie (3)**
108:4,9,12
**A-G-U-Z-I-E (1)**
108:9
**ahead (3)**
45:8;52:17;109:3
**Akiko (1)**
7:6
**A-K-I-K-O (1)**
7:8
**al (1)**
205:3
**Alex (1)**
112:13
**Alex's (1)**
112:14
**algorithms (1)**
69:4
**allow (1)**
55:21
**allowed (1)**
52:21
**allows (6)**
43:10,14;54:24;
55:4,5;119:24
**almost (7)**
25:9;43:2;56:21;
62:1;69:1;126:18;
127:4
**alone (1)**
133:24
**along (8)**
12:2;26:16;137:10;
140:18,23;141:8,17;
169:20
**always (6)**
37:2;87:21;93:24;
94:11;102:23;189:13
**amendment (1)**
91:9

**America (1)**
50:8
**American (20)**
15:13;78:13,14;
81:12,18;82:8,12,19;
83:2,7,9,11;84:1;
86:1,8;87:12;89:12;
90:23;91:6,10
**among (2)**
120:9;182:3
**amount (3)**
137:3;138:18;
158:1
**analysis (1)**
38:10
**analyst (8)**
100:20,21,22;
101:10,18;102:11;
103:9,24
**analysts (1)**
123:20
**and/or (4)**
9:6;27:1,8;41:7
**angles (1)**
38:17
**annual (6)**
130:4,22;150:21;
157:5,16;158:2
**annum (2)**
190:16;191:3
**answered (11)**
48:6;84:23;85:11;
102:8;130:10;
142:23;143:17;
179:10;187:21;
188:13;197:12
**anti-discrimination (1)**
178:22
**anti-harassment (1)**
178:22
**anti-mistreatment (1)**
178:21
**anymore (3)**
85:8;86:6;114:22
**apart (1)**
64:23
**Apartment (2)**
4:5;75:3
**apologize (7)**
4:22;6:6,13;44:9;
55:15;85:18;135:11
**appear (4)**
34:9;91:21;184:22;
193:19
**appearance (1)**
142:2
**appears (8)**
151:21,24;178:4;
180:16;181:4,5;
183:22;185:3
**application (6)**
32:6;46:14,16;
93:17,18;110:9

**applications (6)**
46:21;90:11,16;
92:11;93:8;113:24
**applied (4)**
109:22;110:6,7;
111:1
**apply (2)**
110:9;147:24
**appointed (1)**
172:6
**approach (2)**
70:23;71:2
**approached (2)**
71:4,6
**approval (1)**
115:11
**approve (1)**
57:12
**approximate (4)**
13:20;58:9;68:2;
100:7
**approximately (35)**
11:20;13:12;14:21;
17:8;18:20,24;40:2;
59:11,12,15,18;
63:20;67:24;68:4;
71:5;76:6,14;77:22;
79:21;80:1,5;81:6;
95:16;100:4,12;
109:24;124:8;
125:12;134:23;
138:7,10;139:3;
165:15;170:15;172:8
**April (4)**
10:11,19,22;11:20
**archaic (1)**
41:2
**area (23)**
21:15;37:23;38:22;
51:2;52:8,20;54:3,
19;57:21;59:9,10;
62:15;65:12;79:11;
88:10;111:2;115:19;
116:23,24;117:2;
118:2,3,11
**areas (4)**
12:23;52:23;
113:23;164:2
**around (27)**
58:4;76:13;79:11,
23;81:3;84:7;88:21;
89:2;110:5;113:10;
120:24;121:10;
122:9;129:11,12;
138:23;140:14;
142:17;143:12;
145:9;146:3;149:21;
159:11,12;169:14;
170:1;173:17
**arrived (2)**
120:16,20
**ascertain (2)**
53:23;149:22

**as-needed (3)**
78:18;79:6;80:23
**aspect (1)**
144:17
**aspects (2)**
14:1;144:16
**assess (1)**
91:22
**assessment (1)**
40:4
**assets (2)**
86:21,22
**assigned (3)**
90:13;197:15,16
**assist (2)**
47:14;74:24
**Assistant (4)**
81:14;86:11,12;
97:18
**assistants (2)**
98:7;123:11
**assisted (1)**
86:13
**associate (1)**
39:21
**attach (1)**
88:15
**attached (3)**
106:23;154:8,22
**attachment (3)**
154:8,9;174:21
**attempt (1)**
23:5
**attend (4)**
15:21;54:18,18;
76:15
**attended (3)**
18:16,18,19
**attending (3)**
18:15,23;39:23
**attention (1)**
103:2
**attorney (4)**
5:13;31:16;187:7,
11
**attorneys (1)**
3:2
**attorney's (1)**
187:9
**Auction (6)**
23:23;24:9;26:2;
29:18,20;30:6
**auction/automobile (1)**
29:10
**auctions (5)**
15:18;21:14;22:5,
8;25:15
**August (2)**
110:3,3
**authenticated (1)**
56:20
**authentication (1)**
56:13

**authority (2)**
30:7;117:9
**authorization (5)**
29:22;30:10;31:2,
3;129:2
**authorized (5)**
3:12;27:16;29:9;
30:4,5
**auto (16)**
9:23;22:4,8;23:23;
24:9;25:16,18,20;
26:6,14;27:2,9;29:6,
10,18,20
**automatically (1)**
56:20
**automobile (3)**
9:11;15:15;30:6
**automobiles (6)**
9:9,9,23;21:15,18;
25:2
**autos (1)**
30:15
**available (3)**
189:13,15;196:13
**aware (14)**
14:11;95:3,7,12,14,
17,22;96:14;98:23;
104:3,9,24;111:1;
190:24
**away (4)**
88:20;141:3;144:2;
160:21
**awful (1)**
124:4

**B**

**Babatunde (1)**
108:13
**B-A-B-A-T-U-N-D-E (1)**
108:15
**back (46)**
12:4,7,10;31:24;
33:22;36:10,16,18;
41:1;47:21,23;51:17;
57:2;64:11,13;96:2;
104:20;113:10;
115:8;117:21;118:9;
124:14,18;125:24;
126:10,24;127:2;
129:18,19,22;131:5;
135:16;139:19;
147:5,7,9,13,23;
149:10,11;158:16,16,
19;169:22;187:5;
195:2
**background (7)**
37:3;65:17;69:2,
18;71:21;94:6;175:1
**backup (1)**
63:6
**bad (1)**
6:5

**bag (1)**
126:11
**balance (1)**
195:5
**ballpark (1)**
146:3
**banking (1)**
73:17
**banks (2)**
53:4,13
**Barely (1)**
186:17
**base (2)**
190:15;191:2
**based (24)**
8:17;23:24;25:21;
46:11;52:24;58:12;
79:1;88:12,18;90:18;
93:2;94:3;97:22;
128:17;137:9;
146:20;147:18;
149:6;162:2;167:4,
16,21,22;168:22
**Basically (11)**
30:20;55:20;61:1;
71:20;82:22;86:17;
119:21;121:7;164:3;
175:18;191:14
**basing (3)**
135:23;146:15;
166:24
**basis (17)**
17:10;55:13;56:4;
69:19;78:19;79:6;
80:14,23;92:24;93:9,
11,24;137:8;138:11,
19;157:5;158:2
**Bates (10)**
151:7,8;178:5,23;
180:5;183:17,17;
184:23;190:12;
193:19
**bear (1)**
22:18
**became (17)**
15:24;79:1,12,18;
95:22;104:12,14,24;
106:23;107:6;111:1;
119:13;162:18;
165:1;167:24;
169:16;174:13
**become (8)**
78:2;95:2,6,12,14,
17;98:23;104:8
**becoming (3)**
60:7;105:21;
168:10
**began (19)**
14:11;18:15;67:23;
68:5;69:12;72:9,21;
73:5;76:6;94:13;
126:17;130:15;
139:24;161:12,15;

164:14;165:6;178:8;
179:4
**begin (4)**
13:13;19:18;81:15;
121:21
**beginning (9)**
20:1;68:6,8,21;
124:8;125:12;
159:11,21,24
**behalf (4)**
61:5;63:16;87:11;
176:24
**behavior (2)**
163:18;178:20
**beings (1)**
5:23
**bells (1)**
77:1
**belongs (1)**
56:11
**beneficial (1)**
146:22
**benefit (2)**
132:11;169:21
**benefits (4)**
83:23;159:5;
163:16;165:4
**Bertorelli (1)**
4:4
**best (6)**
13:20;32:15;72:2;
162:20;195:24,24
**better (3)**
34:8;125:20;146:6
**beyond (1)**
37:22
**bid (2)**
54:9,10
**biometric (2)**
56:12,15
**bit (2)**
63:13;150:16
**blah-blah-blah-blah (1)**
144:1
**blank (1)**
181:23
**block (1)**
22:21
**Bloomberg (30)**
44:2,13,17,18;45:1,
13,20,24;46:7,14,23;
47:15;48:16,22;49:7,
17;51:22;54:20,22,
23,24;55:19;56:5,18;
57:1,8,13,16,19;
66:13
**board (13)**
64:18,19,24;65:9;
131:23;132:3;133:3,
4;146:23,24;167:22;
169:14;172:5
**Bolt (19)**
78:13,14,15;81:12,

18;82:8,12,19;83:2,7,
9,11;84:1;86:1,9;
87:12;89:12;91:6,10
**Bolts (1)**
  90:24
**bonds (1)**
  51:12
**bonus (1)**
  158:2
**bonuses (1)**
  128:17
**boot (1)**
  69:6
**boss (2)**
  15:19;149:7
**both (11)**
  35:4,23;40:21;
  92:21;105:16;106:3;
  121:9;133:24;137:9;
  183:8;197:14
**bottlenecks (2)**
  37:7,10
**bottom (3)**
  177:18;178:18;
  194:13
**Bowling (1)**
  83:4
**boy's (1)**
  7:12
**brand (1)**
  93:15
**break (6)**
  5:6,8;45:7;60:23;
  137:12;151:6
**brief (2)**
  45:7;141:2
**briefing (1)**
  175:17
**briefly (5)**
  53:9;86:9;139:19;
  142:2;155:5
**bring (2)**
  53:3;147:13
**bringing (2)**
  43:5;131:22
**broker (4)**
  52:5,10;53:23;
  132:19
**broker-dealer (1)**
  54:22
**brokering (1)**
  55:24
**brokers (9)**
  45:2;51:4;52:14;
  53:2;55:6,21;120:9;
  122:12,13
**brought (1)**
  132:2
**brunette (1)**
  143:6
**brush (2)**
  114:8;148:3
**bucket (1)**

88:10
**build (1)**
  142:18
**building (7)**
  33:4;43:3,8;62:8;
  144:4,7;169:18
**bulletins (2)**
  82:22;84:7
**business (40)**
  8:6,7;9:5,18,18;
  11:23;12:17,23;13:5,
  10;15:7,24;16:5,14;
  17:23;18:6,7,11;21:1,
  3;22:4;24:8,13;25:1,
  8,12;26:13;27:16,21;
  29:9,10;45:17,18,21;
  63:11,12;69:23;
  122:18;126:8;195:16
**busy (3)**
  97:24;137:4;166:8
**buy (3)**
  30:11,14,14
**buyer (2)**
  26:20,20
**buyer/exporter (2)**
  29:24;30:1

---

## C

**cable (3)**
  38:1;43:6;65:2
**cables (3)**
  36:24;43:4,4
**calculate (1)**
  69:4
**calibrate (1)**
  45:1
**call (35)**
  11:1;12:14;21:21;
  32:23;40:23;43:22;
  47:11;48:3;67:10;
  80:22;84:15;86:24;
  88:10;91:7;111:18;
  114:1;116:24;121:2;
  131:22;136:24;
  144:17;145:8,22;
  147:5,7;150:13;
  152:6;160:1;180:4;
  189:9,10,10;196:13,
  22;197:8
**called (22)**
  21:9,10;32:5,6;
  51:7;52:2;61:22;
  68:22;95:24;110:18;
  111:12,14;117:2;
  121:16;145:17;
  147:23;149:11;
  150:12;154:24;
  160:7;172:12;174:13
**calls (1)**
  147:9
**calm (1)**
  132:18

**came (10)**
  120:13;125:24;
  129:18,19;145:7;
  168:20;169:13;
  170:17;175:1;187:6
**camp (1)**
  69:6
**can (125)**
  6:2;10:9,16;11:24;
  12:4,18;13:12;15:3,
  3;17:20;19:14;22:15,
  24;23:11;25:3;27:3,
  4,4;28:19;30:2;
  32:14,15;34:11,13;
  36:7,12,15;37:9,11;
  39:15,15;44:11;45:6;
  47:18,21;49:24;
  50:21;53:9;55:14;
  58:8,11,12,12;60:12;
  63:13,20;64:9,11;
  66:5;67:23;68:11,17;
  71:5;75:7;76:5;
  77:22;81:20;86:9;
  91:13;92:17,19;
  93:14,17,18,20;96:2;
  97:3;100:4,7,11;
  103:13;105:6,13;
  106:4;109:24;
  116:24;117:15,18;
  120:2;121:19;
  122:19;124:7,13;
  130:6;131:2,10;
  135:14;136:23;
  137:4;138:9;142:1;
  143:8,10;148:5;
  149:4;152:1;160:9;
  162:20;167:1,20;
  172:18;173:11;
  177:13;178:6;
  179:10,22;181:14,16,
  19;182:6,11,20;
  183:5,16,21,24;
  185:1,14,18;189:12;
  190:21;195:9,24;
  196:11;197:24
**Canada (1)**
  154:15
**capability (1)**
  33:18
**capable (1)**
  92:10
**capacity (6)**
  11:22;87:15,15,17;
  89:6;94:5
**capitalist (1)**
  84:10
**card (3)**
  56:22;73:21;
  160:15
**cards (1)**
  165:2
**card-sized (1)**
  56:22

**career (2)**
  148:3,5
**carefully (1)**
  135:12
**Carteret (1)**
  24:5
**case (7)**
  4:22;18:22;27:1;
  65:7;163:22;164:6;
  197:16
**cases (6)**
  35:6;37:13;62:16;
  89:7,7;163:19
**cast (1)**
  195:12
**catchy (1)**
  25:9
**categories (1)**
  163:10
**caution (1)**
  182:19
**ceiling (3)**
  43:4,5;119:19
**center (5)**
  39:4;117:3,4,7,8
**central (1)**
  33:13,16;34:1
**centralized (2)**
  33:18,20
**CEO (4)**
  95:7,12,18,23
**Cere (4)**
  98:13;102:15;
  103:15,23
**C-E-R-E (2)**
  98:15;102:15
**ceremony (1)**
  109:16
**certain (24)**
  15:20;16:8,10;
  25:9;38:13;40:17;
  41:7,11;50:12,23;
  53:24;54:10;56:9;
  87:24;88:1;90:8;
  93:8;98:20;118:15;
  121:14;143:13;
  146:13;162:3;166:8
**certainly (1)**
  195:13,15,17
**certificate (18)**
  21:4,7;27:17;
  29:11;32:3,4,5,9;
  34:4;39:18;44:2,7,
  13;65:23;66:4,21;
  67:20;69:13
**certification (3)**
  18:12,13;54:2
**certifications (1)**
  20:21
**chair (1)**
  119:17
**chairs (1)**
  120:1

**chambers (1)**
  197:8
**Champion (1)**
  108:2
**chance (2)**
  152:15;176:21
**change (3)**
  88:21;89:2;145:18
**changed (6)**
  79:18;80:21;81:8;
  124:11;148:24;
  183:23
**changes (2)**
  89:4,4
**chaotic (1)**
  102:17
**characterization (1)**
  181:8
**charge (2)**
  46:8;70:13
**chart (1)**
  87:20
**check (10)**
  73:17,20;121:2,6,
  11,16;129:14;131:4;
  160:16,17
**checked (2)**
  121:18;129:2
**checks (1)**
  121:2
**Chicago (1)**
  24:2
**child (3)**
  7:17;109:17,18
**children (2)**
  7:9,12
**choice (1)**
  196:4
**Chubb (12)**
  35:23;37:5;39:2,8,
  19;40:8,9;42:5,17;
  43:20;57:17,21
**C-H-U-B-B (2)**
  35:24;39:2
**circumstances (2)**
  78:1;134:2
**City (7)**
  6:24;8:18;24:1;
  45:23;59:4,8;67:18
**civic (1)**
  106:10
**clarification (1)**
  198:9
**clarified (1)**
  163:2
**clarify (1)**
  5:3
**class (36)**
  17:13;20:1,2,13;
  44:21;45:16,22;46:5,
  15;47:1,16;51:23;
  67:9,10,12,12;68:5,
  14,21;70:9,19,20;

71:1,3,8,14;73:10;
74:2,21;76:6,11,14,
17,19,24;77:13
classes (7)
16:2;18:21;19:3,
12,19,22;77:16
cleaning (2)
84:18;85:3
clear (3)
105:7;142:7;
198:17
clearance (2)
21:21,21
clearly (1)
182:24
clerk (2)
197:12,15
client (2)
59:8;163:14
clients (3)
53:8;87:1,2
clients' (1)
53:6
close (6)
54:11;67:14;86:15;
123:3,6,9
closely (1)
133:6
closest (3)
103:13,17;123:7
closets (1)
43:7
closing (2)
126:9;132:23
cloud (1)
88:2
coast (2)
24:4,5
code (1)
172:23
collect (1)
42:3
collecting (1)
41:18
collectively (1)
151:5
college (1)
43:23
color (1)
143:6
Columbia (18)
28:15;32:1,3,8;
34:3,19;35:21,23;
36:1,2;38:21;39:7,
23;42:20,22;43:20;
57:17,20
combination (3)
38:16;47:10;112:2
combined (1)
16:13
comfortable (2)
152:4;170:17
coming (7)

84:6;129:22;
132:22;146:24;
149:21;167:22;
197:19
command (7)
41:6,9,11;117:2,4,
7,8
commencement (1)
95:20
common (4)
37:20;51:20,24;
106:8
communicate (1)
55:1
communicated (1)
71:13
communication (3)
54:21;82:18;
131:17
communications (2)
82:21;171:8
companies (13)
23:6;24:8,24;
27:14;29:8;53:13,14;
61:5,14;66:12,15;
67:3;78:12
company (93)
8:12,20,23,24;9:6,
13,16,24;10:24;11:5,
8,16,17,21;13:4,15,
22;20:21,22;21:8;
22:3;23:7;24:7,13,
24;25:18;26:5,12,14,
22;27:9;28:5;29:12,
20;32:18;33:9;43:9;
57:19;58:18;59:1,5;
60:6;61:4;63:10;
65:12;74:19;75:18;
76:22;78:6,13,15;
81:12,18;82:4,5,7,9,
18;83:6;86:1,9,14,15,
21;90:19,20;93:20;
96:16;113:21;
122:21;128:6;136:8,
19;157:21;161:23;
164:6,8,8;165:7,19,
24;168:15;170:10;
172:15;174:5,17,19,
21,23,24;175:11;
177:1;178:1
company's (1)
93:7
compare (1)
183:9
comparison (2)
162:22;184:19
compensate (1)
128:16;146:21
complain (1)
161:24
complete (5)
66:14;67:21;
117:23;195:3;197:24

completed (3)
65:24;66:22;
121:14
completely (1)
48:13
completion (6)
17:13;23:4;31:12;
57:3;67:20;198:7
compliance (2)
70:13,13
comprehensive (1)
37:4
computer (21)
32:6,11,14,18;33:7,
16;37:14,20,24;39:3;
40:10;43:23,24;44:1;
57:21;62:9;65:7;
86:22;89:5;119:17;
120:3
computer-related (1)
37:22
computers (1)
37:1
concerned (2)
151:19,22
concise (1)
14:16
conclude (1)
142:15
concluded (1)
140:12
conclusion (7)
24:15;26:7;27:5;
73:2;156:15;168:6,8
concrete (1)
165:11
conditions (1)
144:11
conduct (4)
121:12;163:15;
172:23;178:17
conducted (1)
13:6
conference (3)
172:19;173:5,5
configuration (1)
89:3
configure (2)
92:1,9
configured (1)
89:23
configuring (2)
86:23;87:3
confirmation (2)
47:15;96:3
confirming (2)
46:24;48:16
confusion (2)
25:3,7
connected (3)
32:21;33:16;107:3
connecting (1)
90:5

connection (5)
63:1;83:23;174:23;
193:15;194:7
connections (2)
104:21;105:4
Consequently (1)
15:20
consider (1)
16:3
considered (2)
54:12,16
consist (3)
30:3;151:7;173:15
consisted (2)
160:10;162:19
constantly (5)
65:19;94:10;103:3;
168:13;189:8
consultant (5)
79:1;80:8,21;
137:7;139:10
consultant's (1)
136:21
consumer (5)
9:8,23;14:23;15:8,
10
contact (4)
145:4;163:21,21;
196:11
contacts (1)
164:10
contain (1)
163:11
contained (2)
157:3;179:18
containing (1)
164:16
continue (1)
108:17
CONTINUED (5)
138:5;141:4;156:3;
198:2,23
Continuing (5)
15:22;16:17,18;
28:18;32:8
contract (13)
26:15,16,24;170:6,
7,8;181:4,6;183:5;
186:20;189:11;
191:21;192:16
contracts (1)
29:11
control (1)
40:23
convenience (1)
79:6
conversation (13)
23:13;98:5;100:17,
24;104:15;106:13,
19;131:19;143:24;
146:11;149:24;
167:4;168:4
conversations (4)

101:3;149:20;
165:24;189:6
convinced (1)
16:1
cooperative (2)
195:22;196:7
copy (29)
26:24;27:10;48:18;
66:3;151:1;154:1;
156:6,7;158:7;
160:24;164:16;
170:5;178:10;
180:21;182:16;
183:7,9,11;187:4,5,8,
10;188:9,19;189:2,4,
5;192:9,10
Corporation (1)
90:24
corporations (1)
21:2
Correction (1)
205:5
correctly (2)
16:6;32:2
correspondence (1)
150:6
cost (6)
46:4,9;73:12;74:1,
21;75:19
counsel (2)
26:5;29:5
counter (1)
53:2
counterparties (1)
53:20
countries (2)
51:9,16
country (5)
29:18,20;30:8,12;
43:18
course (36)
20:13;42:6;44:24;
45:13,20;46:7,9;
48:17,22;49:8,17;
57:3,4,8,13;67:19,20,
24;69:12,15,17,21;
70:6;71:18,19,20,21;
72:8,20;73:4;74:13,
20;75:20;76:1;155:5;
181:2
courses (4)
17:8;68:24;69:10;
77:16
Court (7)
3:14;6:1;12:4;
196:11,23;197:23;
199:1
court's (1)
29:11
cover (5)
158:11,14;181:5;
182:11;183:4
C-O-V-I-N (1)

108:6
**Covington (1)**
108:4
**co-workers (2)**
165:23;172:18
**create (7)**
52:19;56:6,6;
62:18,22;90:7;98:20
**creating (1)**
33:23
**creation (1)**
33:21
**credit (2)**
56:22;73:21
**credits (1)**
17:8
**critical (1)**
120:18
**cubicle (5)**
118:21;119:6,14,
16,21
**curious (1)**
102:6
**currency (2)**
51:7,9
**Currently (3)**
9:15;15:15;17:12
**customer (2)**
61:10,13
**customs (1)**
21:10

**D**

**daily (8)**
55:13;56:3;69:19;
87:9;92:24;93:10,23;
107:16
**Daniels (3)**
197:14,15,18
**Daniels's (1)**
197:8
**dark (2)**
143:5,6
**data (13)**
33:1,17;39:4;
41:12,13,13,14,17,
18;42:3;43:6;55:8;
63:5
**database (3)**
55:20;93:21;
156:13
**Databases (2)**
55:9,10
**date (25)**
58:11;80:11;
135:10,19;140:9;
144:18;148:19,24;
149:5,12,14,18,18,
20;150:2,7;158:24;
181:8,9,24;185:16;
196:17;198:5,6;
205:4

**dated (5)**
153:10,15;154:1;
180:21;189:23
**dates (5)**
13:17;80:10,15;
153:1,2
**day (63)**
45:3;82:23;113:7,
9;114:19;115:3,12;
121:18,19,20,23;
122:22,23;123:4,5,
11,13,15,17,19,21;
125:15;126:8;
129:23;135:1,7,19;
140:11,12;141:17;
142:11;143:4;144:4;
145:2,7,7;148:11,15,
19,24;149:16,18,23,
23;150:22;154:16;
155:6,10;157:11;
158:20;159:4;
171:20;175:22;
181:23;183:6;
185:23;187:15,16;
188:23;189:19,21;
195:15;205:21
**days (8)**
19:21;44:14,22;
150:23;155:7;
157:17;185:15;
195:18
**daytime (2)**
76:2;78:17
**day-to-day (3)**
87:8;147:15;166:1
**deal (2)**
98:2;133:7
**dealing (1)**
132:18
**dealt (2)**
97:2,7
**December (2)**
197:19;198:4
**decide (1)**
199:1
**decided (2)**
12:20;37:23
**decision (1)**
16:13
**DecisionOne (36)**
58:21,22;59:13,19;
60:5,10;61:2,4,15,21;
63:10,16,17,22;64:8;
78:6,19,23;79:2,9,13,
17;80:6,20,22;81:7;
94:15;96:13,23;
97:13;136:9,11,17;
137:7;138:9;139:11
**dedicated (3)**
33:4;40:13;42:23
**defendant (4)**
195:6,20;196:24;
199:2

**Defendants' (9)**
151:5,11;152:10;
153:14;177:7,13;
178:4;180:8;193:5
**defendant's (1)**
196:4
**degree (5)**
18:5,10;28:9,15;
32:2
**degrees (1)**
28:11
**delay (1)**
54:15
**delays (2)**
37:7,10
**delete (1)**
90:8
**Dell (14)**
57:22,23;58:2,10,
15,19;60:15,23;61:5,
12;65:11,23;66:13,19
**demanded (3)**
187:19,24;188:10
**demanding (1)**
188:9
**department (10)**
21:2;49:11,12,15;
63:7;84:13;94:7;
132:13,14,15
**departments (1)**
164:2
**depending (5)**
21:17;61:24;63:2;
118:7;137:2
**depends (10)**
39:9;88:14;116:22;
118:24,24;122:1,2,3;
139:1,8
**deploy (1)**
37:14
**deployed (6)**
41:3;60:18;78:3,
10;118:19;121:8
**deploys (1)**
69:9
**deposit (1)**
160:17
**deposition (20)**
3:11;4:15,23;5:5,
13;23:4;24:16;26:7;
27:6;31:12;73:2;
156:15;195:4,21;
196:9;197:12,24;
198:3,7;205:2
**describe (7)**
37:11;40:7;44:11;
50:21;60:12;72:8;
142:1
**described (2)**
34:18;73:4
**describing (1)**
72:19
**description (5)**

110:4;119:22;
120:6;143:3,8
**design (5)**
32:12,14;33:5;
34:5;42:7
**designation (1)**
30:21
**designed (2)**
41:14;69:21
**desire (1)**
71:14
**desk (11)**
51:2,4,5;52:8,20;
56:10;118:7,17;
119:17,23;122:6
**desks (5)**
50:4,5,11,13,17,23;
51:21;118:16;121:11
**detailed (2)**
144:23;172:21
**details (2)**
71:18,19
**determination (1)**
129:13
**determine (1)**
13:8
**developed (2)**
51:7,9
**developer (3)**
98:18,19,20
**developers (1)**
123:16
**developers' (1)**
118:10
**developing (1)**
51:16
**development (2)**
51:6;114:4
**devising (1)**
38:17
**diagnosing (1)**
34:19
**diagnosis (2)**
36:4,22
**diapers (1)**
15:12
**different (41)**
12:23;15:18;21:14,
16;25:13;30:21;
37:15,18;38:17;39:8;
41:6,19;42:17,21;
43:11,12,14;50:4;
53:4;55:2,5,8;56:1,1,
2;62:2;63:2,3;69:3,4,
5;90:4,5;119:10,11;
121:10;122:7;153:2;
163:14;164:1,2
**difficulties (1)**
195:11
**digit (2)**
181:17,24
**diminished (1)**
84:15

**dinner (1)**
108:24
**diploma (2)**
39:20,23
**direct (1)**
160:17
**directed (2)**
179:5,8
**direction (5)**
172:15;174:5,10,
16,19
**directions (1)**
117:13
**directives (1)**
164:1
**director (3)**
28:1,1;70:13
**disc (1)**
164:15
**discriminated (1)**
162:1
**discuss (8)**
5:17;24:19;70:11;
75:8;94:13;104:19;
105:16;197:9
**discussed (7)**
36:6;143:20;
144:14;148:17;
149:7;174:16,18
**discussing (3)**
14:12;143:4;159:5
**discussion (32)**
29:1,4;31:24;70:8;
85:20;101:18;103:2;
114:23,24;115:2,5,
10;127:18;128:19,
20;130:4;132:1,8;
133:19,22;134:3;
135:5;139:23;
140:13;141:8,11;
153:7;167:16;171:7;
194:2,20;197:5
**discussions (19)**
5:23;105:1;106:2,
7;132:4;133:13,15;
134:1,6,14;144:10,
24;148:9,11,15,18;
150:1;171:11;189:7
**disk (1)**
161:8
**dispersed (1)**
118:6
**dispersions (1)**
195:12
**dispose (1)**
16:9
**disseminate (1)**
42:3
**distant (2)**
107:1;108:12
**division (2)**
21:2;175:5
**document (37)**

24:12;31:7,13;
77:3;152:17;153:21;
154:10,23;155:13,22;
156:4,6,7;158:16;
161:22;162:13,22;
167:17,18,21;177:4,
12;179:24;181:1;
182:20,23;183:3,10,
20;185:17,24;
187:10;189:23;
190:18;193:14,18;
194:11
DOCUMENT/INFORMATION (12)
20:16;24:21;26:9;
27:12;31:19;48:20;
66:10;73:8;74:16;
75:23;77:11;156:19
documentary (1)
24:17
documentation (1)
172:22
documents (16)
14:8;19:11;26:11;
83:15;85:4,7,24;
86:4;101:15,20;
151:5,12,18,20,23;
179:19
dollars (2)
190:15;191:3
done (10)
21:22;46:19;84:11;
88:23;121:15;
140:13;179:1;
180:13;194:23;196:6
door (1)
116:13
doors (1)
116:13
doubt (1)
14:13
down (5)
43:8;60:23;83:4;
88:19;178:18
dragged (2)
126:9;127:15
drive (1)
88:3
drives (1)
90:8
dropping (2)
43:4,7
duly (1)
4:3
duration (3)
62:1;76:12;127:10
during (58)
5:5,12;35:20;
45:16,21;49:16,21;
51:22;55:18;63:9,15;
64:7;72:9,9;76:2;
77:14;78:21;84:5;
89:11;94:24;96:12,
22;97:12;100:6,17;

101:18;103:10;
104:15,16;105:18;
112:19;113:14;
116:5,17;122:16,22;
123:4,24;126:8;
129:15;131:12,19;
132:5;139:4,10;
141:10;143:17;
144:9,15;145:22;
155:5;164:23;
171:17;174:3;176:8;
177:23;190:14;191:1
duties (8)
60:12;101:11,17;
102:10;103:8,24;
113:15,18

**E**

earlier (11)
17:24;20:24;34:18;
79:8;94:14;110:15;
125:8;127:18;
150:17;168:19;
191:24
early (2)
44:9;81:16
east (1)
24:4
easy (1)
118:8
economically (1)
51:10
education (8)
15:21,22;16:17,18;
28:18;32:8;35:24;
37:5
educational (2)
28:11;57:20
effect (2)
3:13;101:7
effective (1)
38:18
efficient (5)
38:18;43:12;175:6,
8,10
effort (3)
50:14;89:18;94:11
eight (4)
86:15;162:6;
164:24;170:18
either (50)
9:1,2;14:9;16:23;
19:6,7;20:8;31:15;
35:3,10;38:1;40:4,
14;41:18,21;44:8;
47:9;57:20;58:4;
60:23;62:16;67:10;
68:9,20;70:23;72:5;
73:22;76:10,12;
80:24;84:14;87:22;
92:23;97:18;99:2;
100:14;101:2;

110:12,22;129:11;
131:12,18;143:5;
146:3;150:12,13;
156:7;158:2;164:15;
190:7
electronic (2)
38:8;73:17
else (61)
14:10;18:11;19:11;
20:8;24:11;26:12;
29:11;31:8;45:23;
46:9,10;47:13;60:3;
65:4,13;69:16;72:4,7,
19;73:24;74:24;
76:20;77:3;79:14;
83:16;85:5;99:9;
101:15;102:24;
108:1;112:16;114:6,
18;116:2;117:8;
128:2;131:9;133:5;
143:8;145:24;
146:15;147:20;
148:19;150:10;
151:2;156:11;
160:19;166:19;
167:17;168:7;
171:12;172:15;
173:6;175:22;
191:20,20;192:4,7,
14,20,21
elsewhere (1)
102:5
e-mail (34)
40:18;46:20;47:4,
5,9,10,11;48:15;
71:15,22,23;72:1,3,4;
99:8;120:20,23;
121:16,16;150:14;
153:10,15;154:1,8,
12,19,22,24;156:13;
158:9,11,14,15;
186:12
e-mails (6)
48:2,11;85:5;
150:6;152:22,24
emerging (2)
18:8;51:12
employed (45)
7:20,22;8:2;10:5;
11:2;45:14;55:6,18,
21;58:15,19;59:12;
60:6,7;63:9,15;64:7;
72:10;73:5;78:5,11;
79:8,12;81:11;89:12;
96:22;97:13;98:8;
104:12;105:21;
107:17;116:17;
119:13;122:13,17;
123:11,23;124:1;
137:6;145:5;154:14;
162:18;186:22;
189:3;191:20
employee (43)

61:15;79:3,13,15,
17,19;80:7,20;81:7,9;
90:9;92:4;97:1,15;
121:6;136:12,17;
147:15;148:3;159:5;
161:13,17,19;163:7,
15;165:19;166:12;
167:7,14;168:11,16,
23,24;170:24;
171:19;172:18;
176:4;177:15,22;
178:10;184:8;
190:14;191:2
employees (18)
28:3,6;51:3;52:18;
99:2;115:24;116:1;
118:12;162:8,9;
165:1;168:20;
169:15,16;172:13;
173:12;176:11;
188:11
employer (7)
45:5;136:4;146:7;
149:3,7;180:9;
188:24
employer-employee (1)
170:12
employers (2)
163:9;164:20
employer's (1)
87:7
employment (52)
10:10;13:1,3;
77:15;80:6;81:17;
95:20;103:11;126:2,
16;127:10,13;
130:15;136:3;
143:20;144:11;
159:9,12;162:7,12;
164:14,23,24;165:17;
166:21;167:9,15;
169:6;170:10,19;
171:18;177:23;
180:21;182:16,24;
183:10;186:22;
187:16;188:8,18,19;
189:11;190:1,2,8,14;
191:2;193:6,13,15;
194:6,7
empty (1)
43:3
enable (2)
69:14,15
encountered (2)
143:18;144:6
end (20)
6:11,13;13:2;18:5;
20:2;44:23;69:22;
81:18,24;115:12;
121:23;122:2;
123:12,17,21;125:16;
146:11;166:20;
167:8,15

ended (5)
10:11;76:7;83:12;
125:22;126:17
ending (4)
59:12;80:24;81:2;
191:4
endless (1)
108:16
endorse (1)
187:4
engaged (5)
9:17,20,21;12:14;
13:4
engages (1)
15:7
engaging (1)
13:21
engineer (3)
60:11,13;86:14
enhancing (1)
45:4
enough (1)
102:6
enrolled (5)
16:21;47:16;67:11;
68:14,21
enrolling (1)
70:6
enrollment (1)
48:16
ensure (1)
54:8
entail (2)
63:4;133:11
entailed (1)
120:17
entails (2)
92:22;144:14
enter (2)
88:6;116:11
entered (1)
181:22
enterprise (3)
32:19;37:8,11
entire (2)
152:17;180:15
entitled (7)
83:23;157:17;
158:1;168:16;195:6,
20;197:10
entity (2)
53:3;58:16
envelope (1)
161:10
environment (6)
33:23;41:5,5,16;
63:5;132:20
equipment (1)
60:15
ERRATA (1)
205:1
error (4)
37:24;54:12,17;

89:7
**errors (3)**
37:20,21,22
**essence (11)**
6:16;30:13;51:15;
53:3,11;65:2,5;
84:14;117:12;156:3;
186:23
**establish (2)**
26:22;87:21
**established (3)**
62:17,17;70:3
**establishes (1)**
26:18
**establishing (2)**
26:19;63:1
**estimate (6)**
13:20;58:4,6,6;
110:5;194:24
**estimating (1)**
58:3
**et (1)**
205:3
**even (18)**
84:5,15;85:10;
89:17;102:18;
103:19;122:7;124:9;
125:21;126:8;136:2;
146:11;147:16;
164:11;166:16;
170:8,8;172:3
**event (3)**
109:1,9,10
**eventually (7)**
71:17;104:5;
108:19;110:6;111:1;
112:3;142:15
**everybody (4)**
33:14,24;82:24;
166:17
**everyday (1)**
5:22
**everywhere (1)**
37:14
**exact (7)**
22:14;58:11;59:20;
76:8;80:14;96:10;
100:19
**exactly (38)**
9:2,2,12;12:5;15:4;
22:14;44:6,6;54:16;
56:1,5;59:3;62:21;
80:10;88:17;114:3,
12,14;122:15,20;
127:7;139:12;
146:15;149:5,15,17,
23;150:1,14;161:21;
168:15;169:9;
171:20;172:22,24;
174:14;175:12;
198:19
**exam (2)**
17:13;44:24

**EXAMINATION (2)**
4:8;138:5
**examined (1)**
4:6
**example (5)**
34:19;41:10;52:7;
62:7;157:4
**Excel (2)**
90:16;148:5
**except (2)**
3:7;184:18
**Exchange (9)**
25:16,19,20;26:6,
14;27:2,9;29:6;150:5
**executive (1)**
97:18
**Exhibit (47)**
151:5,11,16,21,24;
152:6,10,15,23;
153:14,20,24;154:20;
155:24;156:17;
177:5,7,13,20,22;
178:16;179:8;180:4,
8,12,20;181:20;
182:15;183:11;
184:5;185:6,16,21;
186:11,15;187:7,10;
189:20,21,22;190:5,
11,23;193:2,5,10;
194:5
**exist (3)**
156:13;158:8;
179:3
**existed (1)**
177:24
**existence (1)**
166:4
**exists (1)**
156:12
**expect (3)**
18:4,6;28:10
**expected (4)**
48:3;128:14;131:5;
149:18
**expedite (1)**
146:20
**expenses (1)**
137:10
**experience (8)**
14:23;15:5,16;
16:3,6,12;167:22;
168:10
**explain (6)**
15:3;19:14;30:2;
63:13;161:22,24
**explained (1)**
86:18
**explaining (1)**
197:20
**explanation (1)**
83:22
**export (13)**
9:6,8;10:1;12:19;

14:23;15:8,11;20:23;
21:11,21;30:7,11,24
**exporter (2)**
26:20,21
**exporting (1)**
9:22;21:17,19
**extra (3)**
144:8,9;196:18

## F

**face (2)**
15:15;182:24
**faces (1)**
103:20
**fact (4)**
46:11;100:18;
105:16;167:16
**fair (16)**
8:15;39:22;52:14;
55:17;57:11;61:3;
78:21;80:4,17;90:22;
98:6;104:2;111:17;
126:15;162:16;
194:24
**fall (6)**
16:22;19:7,8;
59:22;79:10;100:15
**familiar (2)**
22:1;35:7
**familiarize (1)**
68:16
**far (3)**
6:21;185:20;
194:23
**fast (1)**
145:15
**faster (1)**
184:3
**fault (1)**
196:3
**fax (2)**
158:16;197:18
**faxed (1)**
192:10
**Faymann (4)**
141:22;142:6,11;
166:18
**F-A-Y-M-A-N-N (1)**
141:23
**feasibility (7)**
12:15;13:7,8,13,
21;14:11,19
**February (3)**
68:9,11;153:3
**fee (2)**
73:10,16
**feel (2)**
85:7;102:3
**feeling (1)**
177:17
**feet (1)**
120:7

**felt (2)**
44:18;170:16
**few (5)**
44:14;64:1;127:17;
149:13;159:7
**field (7)**
44:1;60:11,13,18;
61:1;77:17;164:5
**figure (9)**
5:18;38:14;88:11,
16;89:9;138:22;
165:24;166:15;
173:17
**figured (1)**
169:24
**figuring (3)**
37:6,10;92:10
**file (3)**
33:17,18;90:4
**files (1)**
88:1
**filing (1)**
3:3
**fill (1)**
169:22
**filled (2)**
193:14;194:6
**filling (1)**
159:17
**final (1)**
16:13
**finance (3)**
15:24;17:23;18:7
**finance-based (1)**
114:10
**financial (11)**
41:12,16;53:12,15;
55:8,23;56:2,2;67:8;
68:24;114:8
**find (18)**
37:24;38:11;41:6;
48:17;53:1,6;55:1,4;
56:14;66:8;73:3;
74:11;77:5,8;83:19;
149:9;168:15;171:5
**finding (2)**
16:8;38:15
**fine (8)**
25:24;27:5;30:18;
47:8;58:14;140:21;
150:16;152:8
**finger (1)**
13:24
**finish (7)**
5:9;6:17;117:15;
135:13;195:1,15;
197:11
**FINRA (12)**
67:12,19;68:5,15,
22;69:8;70:6;71:1,8;
72:9,13,15
**FINRA-sanctioned (12)**
68:23;69:8,10;

72:20;73:4;74:2,12,
21;75:20;76:1,24;
77:13
**firm (1)**
4:13
**first (43)**
4:3;39:17;71:17;
77:23;78:2,9,11;
79:12;94:14;95:19;
98:23;101:8,18,22,
24;104:8,14,15,24;
106:12,15;119:14;
120:3,12;129:4,15;
133:23;139:20;
145:11;158:20;
159:4;169:1,19;
170:16;177:14;
181:5,20,21;183:4,4;
184:4,16,18
**fit (2)**
41:15;147:15
**fits (2)**
87:8;174:22
**five (6)**
152:18,22,24;
153:2;190:7;194:23
**five-foot-five (2)**
142:3;143:5
**fix (1)**
60:24
**fixing (2)**
36:5;101:6
**floor (12)**
115:20;116:2,6,9;
117:1;118:7,13,15,
21;119:21;120:5;
133:9
**flow (1)**
87:20
**fluctuated (1)**
138:16
**fluctuates (2)**
138:13,15
**folder (1)**
161:7
**follow (2)**
20:11;170:20
**followed (2)**
129:19;131:6
**following (8)**
26:6;31:11;73:2;
104:23;113:4;115:4;
131:19;156:14
**follows (2)**
4:6;138:4
**force (1)**
3:13
**forget (2)**
34:17;174:14
**forgot (2)**
100:19;154:7
**form (28)**
3:7;10:6;34:10;

46:20,23;55:11;70:2;
85:24;91:3,15,20;
108:22;109:2;
124:13;125:17;
126:20;131:15;
134:10;142:4;
158:13;167:10,19;
171:13;179:21;
192:3;193:7,13;
194:6
formal (1)
46:16
formality (1)
186:24;191:10
formation (1)
13:14
formed (11)
8:21,23,24;9:17;
10:24;11:16,22;
14:22;28:6;70:4,4
former (3)
15:19;83:8;149:7
forming (1)
13:22
forms (1)
159:17
forth (2)
33:22;150:21
forward (1)
22:24
forwarder (1)
22:1
foundation (1)
70:2
four (2)
112:7;153:2
fourth (8)
115:20;116:2,6,9;
117:1;118:13,15,21
frame (8)
10:7;33:1;40:6;
43:6;60:21;80:12;
81:3;116:16
free (1)
46:8
freight (1)
22:1
friends (3)
104:19;105:3;
107:1
friendship (1)
107:2
front (5)
37:19;116:13;
178:11;181:5;182:11
fulfilling (1)
61:10
full (6)
69:18;80:13;84:11;
136:23,24;137:5
full-time (15)
17:2,4;18:17,19;
79:2,13,15,17,19;

80:7,20;81:7,9;
136:11,17
function (2)
55:18;92:3
functions (9)
49:15,18,20;50:18,
21,22;51:24;92:3;
114:5
FURTHER (2)
3:6,10
future (1)
174:5

G

Garden (1)
26:1
gathers (1)
54:1
gave (18)
6:24;29:13;57:9;
66:24;76:24;110:10,
22;111:10,12;136:3,
10,18;146:4;165:5;
166:6;171:3;186:8;
187:15
General (7)
28:16,17;35:4;
169:14;172:12;
178:17;186:21
generally (7)
87:13;92:10;97:16;
124:23;162:19;
163:10;183:9
generate (1)
87:22
generated (1)
88:9
gentleman (4)
98:12;110:17;
112:13;169:8
George (1)
145:12
gets (1)
163:3
given (16)
19:22;38:11;57:18;
67:11;68:21,24;
73:21;76:2,4;84:16;
110:13;136:5,7;
157:10;165:3;191:16
gives (2)
56:22;164:3
giving (11)
30:19;33:21;56:9;
69:5;71:20;80:14;
86:19;110:5;146:7;
147:12;159:15
glitch (1)
37:24;89:8
glitches (1)
34:8
Global (7)

8:9,11,16,20;9:5;
86:16;174:23
globally (1)
86:16
goes (4)
88:9;98:4;190:16;
191:4
Goldman (1)
53:14
Good (5)
4:10,11,12;127:13;
199:3
goods (12)
9:8,14,23;10:1;
14:24;15:8,10,12;
16:9;20:23;21:11,11
GPS (1)
25:23
grades (1)
19:16
graduate (2)
18:12,13
grand (1)
129:12
graphical (1)
55:11
Green (1)
83:5
grievances (1)
163:22
Grievas (1)
145:13
group (14)
43:15;56:7;112:6,
10;113:4;115:4,6,7;
128:22;133:12;
135:4;144:14,15;
178:13
guess (5)
19:8,9;123:9;
138:21;142:9
guidelines (4)
168:13;172:21,21;
176:6

H

habit (1)
6:5
habits (1)
37:19
hair (1)
143:6
half (1)
147:8
hall (1)
144:6
hallway (7)
140:14;141:8;
142:6,11;143:4,18,20
hand (5)
111:6;140:19;
172:17,20;173:3

handbook (29)
161:13,17,19;
162:14,17;163:7;
164:16;165:19;
166:4,12,19;167:7,7,
14;168:7,23,24;
169:11;171:1,9,12,
19;176:4;177:8,15,
21,22;178:10,23
handbooks (2)
164:19;165:12
handed (4)
158:19;162:5,5;
181:1
hands (1)
89:19
handsomely (1)
128:16
handwriting (3)
185:11,11;194:11
handwritten (2)
185:2;194:10
hang (1)
122:9
hangs (2)
54:12,14
happen (4)
15:23;113:7;115:5;
128:20
happened (7)
79:22;111:9;
133:15;134:6;
139:20,24;169:17
happening (2)
55:13;84:8
happens (1)
197:16
happy (4)
5:2;39:13;142:21;
196:15,16,22
hard (7)
13:16,24;14:2;
49:10;145:16;
164:16;178:10
hardware (11)
33:6;36:23;38:1;
44:1;45:2;57:21;
60:21;62:9;65:4,8,14
head (3)
5:24;117:10;
174:15
heading (1)
178:19
headings (1)
178:17
headquartered (3)
59:2,6;116:1
headquarters (3)
24:2;45:24;67:16
heads (1)
164:2
health (6)
132:11;157:22;

159:5;165:4,5,7
hear (1)
6:8,10,14;12:4
heard (2)
99:2,21
held (9)
29:1;85:20;133:6,
19;153:7;162:11;
194:2,20;197:5
help (10)
14:10,23;16;60:3;
77:3;83:16;101:15;
149:9;150:10;184:2;
192:20
helping (2)
40:13;133:9
helps (4)
21:20,23;181:18;
184:1
HEREBY (2)
3:1,4
herein (1)
3:3
Hewlett-Packard (2)
61:8,12
hi (2)
140:15;141:2
Hideki (25)
49:5;110:14;111:4;
112:4,12;134:4;
140:24;141:3,5,17;
144:3;145:10,20;
147:6,20;148:11,15,
23;150:4,6;165:22;
166:2;171:16,18,24
H-I-D-E-K-I (1)
49:5
hierarchy (1)
174:22
highest (1)
139:2
himself (2)
131:6;175:18
hire (3)
52:10;140:16;
144:1
hired (12)
51:3;52:18;95:15,
17;96:4;105:15;
113:16;119:4;
134:15;149:14,17;
188:11
hiring (1)
134:12
hitting (1)
54:10
hoc (1)
167:24
hold (3)
49:8;129:17;183:8
holding (1)
154:10
holidays (2)

Case 1:11-cv-06934-GBD   Document 68-21   Filed 02/28/14   Page 102 of 115
TAIWO OLORODE v.
STREAMINGEDGE, INC., et al.

TAIWO OLORODE
November 30, 2012

163:17,17
**home (19)**
7:24;8:14,14,17;
10:5;123:12,16,20;
124:1,4,5,9;125:10,
13;126:19;127:4,11,
12;168:21
**honestly (1)**
195:23
**Hong (1)**
145:12
**hour (6)**
76:8;128:12;
132:23;139:14,17;
147:8
**hourly (3)**
137:8,9;139:9
**hours (28)**
45:17,19,21;76:2,
11;115:7;122:18;
126:9;128:15,15;
136:22;168:9;
185:15;194:24;
195:3,5,14,16,20;
196:20;197:11,24;
198:12,13,14,14,21;
199:2
**house (3)**
26:2;75:2;109:6
**housed (2)**
115:19,20
**household (1)**
15:12
**houses (1)**
64:24
**HP (1)**
61:7
**HR (18)**
115:13,15;140:6,9,
22;141:1,5,6,10,14;
143:19;158:22;
159:1,3,15;166:19;
167:8;187:15
**Huillier (6)**
172:6;173:2;174:4,
13;175:9;176:8
**human (1)**
5:23
**hung (2)**
147:4,17

**I**

**IAAI (7)**
22:10,22;23:23;
24:13,23;29:7,8
**IAII (1)**
29:6
**IBM (1)**
40:24
**ICE (1)**
21:11
**I-C-E (1)**

21:11
**ID (3)**
160:15,22;165:1
**idea (2)**
173:15;191:8
**identical (1)**
86:17
**identification (8)**
56:15;151:13;
152:12;153:16;
177:9,12;180:10;
193:8
**identified (1)**
84:13
**identify (2)**
52:19;177:14
**identity (1)**
103:7
**IDF (1)**
32:23
**immediately (3)**
119:12;149:1;
160:15
**immigration (1)**
21:10
**impact (2)**
52:3;88:13
**impacted (1)**
87:10
**impacts (2)**
89:20,21
**import (4)**
9:6,13;12:19;21:11
**import/export (4)**
8:6;9:5;11:23;
13:10
**important (3)**
85:7;114:11;
188:22
**inaccurate (1)**
39:6
**inadequate (1)**
38:11
**Inc (8)**
50:8;78:12;91:8,
10,22;95:4,8;205:3
**incidental (1)**
9:9
**inclined (2)**
141:18,19
**include (2)**
54:2;164:5
**included (4)**
49:16;154:9;
163:15;164:10
**includes (1)**
160:2
**including (4)**
52:3;151:16;180:6
**Incorporated (23)**
4:13;10:11;58:21,
24;59:13,19;60:5,10;
61:4,21;63:10,16,22;

78:6;80:6,20,22;
81:8;94:16;96:23;
97:13;138:9;139:11
**incorporation (2)**
21:5,8
**increase (1)**
146:19
**incremental (1)**
92:24
**independent (5)**
87:13;89:14;90:1,
21;91:1
**independently (3)**
87:18;89:11;91:1
**indicate (12)**
19:21,24;26:12;
71:2;73:24;75:17;
83:20;128:11;
157:16,20,24;174:4
**indicated (24)**
10:24;15:6;16:15;
23:6;28:10;43:20;
45:14;46:19;51:18;
57:4;65:11;68:19;
76:23;77:14;79:7;
91:19;94:14;125:8;
131:20;133:23;
150:16;164:18;
187:7;197:14
**indicates (5)**
24:12;121:17;
181:21;191:1;194:13
**indicating (2)**
65:23;66:21
**indication (1)**
121:3
**individual (5)**
43:5;53:8,23;98:9;
154:2
**individually (1)**
115:4
**individuals (9)**
50:24;51:6;52:21;
102:14,20;107:3;
110:13;134:8;166:14
**industry (6)**
35:5;51:11,14;
53:17;89:17;132:17
**inform (1)**
48:23
**information (31)**
4:24;20:4;23:8;
24:17;26:6;32:10;
54:1;55:1,4,6,7;69:1,
1,22;75:9;77:8;
114:8;135:24;157:3,
4;159:16;161:17,23;
162:20;163:10;
164:17;166:23;
167:2;168:14;
169:21;175:19
**informed (2)**
82:13;83:1

**informing (1)**
99:9
**infrastructure (4)**
33:7;36:21;37:2;
43:2
**initial (3)**
88:6;144:15;170:6
**in-person (1)**
140:1
**input (1)**
121:11
**inquiries (1)**
166:3
**inside (1)**
109:13
**inspections (2)**
14:15;121:1
**install (1)**
93:18
**installation (1)**
33:10
**installing (1)**
86:20
**instance (5)**
32:19;33:15;40:24;
62:13;122:5
**Instantaneously (1)**
185:22
**Instead (2)**
91:10;178:11
**Institute (1)**
35:24;39:3,19;
43:23
**institution (2)**
57:20;163:14
**institutions (1)**
53:13
**instructed (1)**
191:17
**instruction (3)**
93:2;187:3;191:14
**instructions (9)**
92:22;93:2,10,23;
94:1;185:24;186:3,4,
9
**Insurance (7)**
23:23;132:12;
157:22;159:6;165:4,
5,7
**intend (1)**
195:15
**intent (1)**
195:13
**interact (1)**
89:22
**interacted (1)**
97:16
**inter-broker-dealer (1)**
53:18
**interchangeably (1)**
26:21
**interested (2)**
101:24;102:4

**interesting (1)**
106:6
**Intermediary (1)**
33:1
**intermediate (1)**
43:6
**international (4)**
15:23;17:23;18:7;
87:2
**interoffice (2)**
82:21;84:7
**interrupt (5)**
47:6;53:9;55:3,14;
117:6
**interval (1)**
138:11
**interview (24)**
96:3;111:13,14,19,
23;112:1,6,11,20;
113:1,4,11,14,17;
114:17,17,22;127:16;
128:21;133:11;
135:5,18;140:11,12
**interviewed (2)**
96:5;112:10
**interviewing (1)**
112:8
**into (38)**
12:16,18,22;13:9;
14:4;16:5,13,13;
30:18;31:10;37:23;
56:19;65:2,5;66:5;
68:11;87:8;88:9;
129:20,22;131:6;
141:1;142:5;144:6;
145:10;147:15;
162:6,8;164:24;
165:5;169:5;170:9,
18,18;181:23;190:8;
191:7;195:17
**Intranet (1)**
43:14
**introduced (1)**
108:21
**introducing (1)**
175:17
**introduction (3)**
140:6;174:7;175:2
**inventory (2)**
86:24;93:19
**invited (3)**
109:6,8,9
**involve (8)**
37:12,13;41:10;
42:13;54:20;62:23;
65:13;101:11
**involved (8)**
10:1;33:5;69:21;
101:17;102:10;
103:9;111:2;126:8
**involves (3)**
33:9;40:11;41:4;
43:1;44:14;51:3;

52:9;56:3
**involving (1)**
43:23
**irate (1)**
132:19
**iron (1)**
149:13
**isolate (1)**
37:21
**issue (13)**
38:16;60:24;69:2;
87:21,22;88:11,17;
89:6,8;125:2;195:2;
197:9;198:12

**J**

**Jaballah (3)**
165:22;166:11;
173:23
**Jersey (3)**
24:6;25:22;59:9
**Jim (1)**
108:15
**job (40)**
23:17,18;40:23;
45:5;60:9;61:5,18,
20;78:17,18,22,23;
81:15,24;83:11,24;
86:10;87:10;92:13;
96:8,10;101:11;
102:10,11;103:8,23;
109:22;113:15,18;
133:11;134:1,9;
135:1;144:11,13;
148:4;163:18;
168:11;172:23;173:1
**jobs (1)**
162:11
**jokingly (1)**
117:2
**jovially (1)**
176:12
**Judge (4)**
197:8,14,15,18
**jumped (1)**
175:13
**justification (1)**
196:8
**just-in-time (2)**
86:24;93:19

**K**

**keep (5)**
14:18;156:7;158:7,
11;189:12
**kept (2)**
78:18;137:4
**kind (24)**
12:19;13:1,4;14:9;
20:4;21:18,24;35:2;
51:13;54:17;63:11;

90:20;94:1;96:9;
106:13;112:20;
118:1;131:11;143:8;
163:18;171:8;
176:11,13,15
**kinds (3)**
20:7;88:5;107:3
**knew (3)**
96:17;107:7;
120:18
**knowing (1)**
16:4
**knowledge (7)**
45:1;46:8,12;
47:12;82:6;178:1;
191:8
**knowledgeable (1)**
41:24
**known (10)**
11:5,21;13:22;
21:24;26:14;27:9;
61:4;78:6;146:6;
162:13
**knows (3)**
70:3;94:6;106:20
**Kong (1)**
145:12

**L**

**lack (3)**
34:8;70:2;125:20
**lady's (1)**
115:16
**language (5)**
35:5;41:9,11;
177:16;179:18
**languages (2)**
40:23;41:6
**laptop (2)**
64:17,23
**large (1)**
53:12
**largely (1)**
151:23
**larger (1)**
34:16
**last (29)**
5:9;7:8,13,14,18;
17:11,13,15,16,18,
22;18:2;60:6;98:14;
108:5,16;112:14,15;
141:21,22;146:14;
171:17;184:16,18;
185:6;187:15,16;
189:19,21
**lasted (1)**
175:20
**late (8)**
44:8;68:10,10,20;
76:10,13;81:19;
146:8
**later (8)**

24:19;52:8;106:24;
107:6;113:9;147:8,
23;196:17
**law (1)**
4:13
**lawsuit (1)**
4:14
**lawyer (13)**
5:15;20:11;23:2;
24:18,18,18;27:10;
48:18;66:8;73:6;
74:14;77:9;84:2
**layman (1)**
87:5
**layoff (1)**
86:1
**layperson's (1)**
32:15
**leads (2)**
168:5,8
**learn (3)**
94:20;133:3;
145:15
**least (3)**
153:1;164:18;
181:9
**leave (9)**
23:2;25:24;26:3;
115:8;126:1;127:4,
14;144:7;149:8
**leaves (1)**
90:9
**leaving (6)**
124:10;125:21;
126:8;136:3,19;
146:7
**led (3)**
13:14;44:12;97:23
**Leeann (1)**
4:4
**left (11)**
111:16;122:8;
126:5,10,13,18;
144:4;168:21;
179:17;180:1,2
**legal (2)**
25:12;186:17
**legible (1)**
181:9
**less (13)**
13:21;14:3,5;64:3;
81:8;139:1,13,15,16,
18;140:14;173:16;
195:16
**letter (19)**
27:17;150:17,20,
24;153:22;154:8,24;
155:2,14,17,23;
156:16;157:3,9,16,
20,24;170:6;197:18
**level (6)**
35:11,12;54:7;
86:13;88:14;163:12

**license (1)**
69:13
**licenses (2)**
20:22;21:13
**limitations (2)**
118:2,5
**Limited (2)**
8:9,11
**line (10)**
15:21;21:19,22;
98:5;129:4;140:19;
185:9;186:20,20;
205:5
**link (2)**
164:15;178:10
**list (4)**
22:5;24:7;108:16;
109:11
**Listen (3)**
17:17;93:12;
135:12
**little (5)**
79:8;119:18;
150:16;151:19,22
**live (1)**
121:7
**lived (2)**
7:1,2
**living (1)**
106:9
**LLDC (1)**
51:7
**load (1)**
87:24
**local (1)**
30:8
**located (15)**
29:15,17;59:1;
83:3;86:16;88:1;
116:6,8;117:11,11;
118:12,14,23;122:7;
192:13
**location (7)**
43:16;64:7;83:8;
94:24;109:19;
116:22;119:14
**locations (1)**
119:11
**long (9)**
7:1;16:20;120:2;
143:15;148:7;
149:15;190:4;
193:11;195:4
**longer (7)**
79:2;102:21,22;
103:20,21;168:10,10
**look (24)**
14:4;22:15;27:3;
30:18;31:10;56:19;
66:5;68:11;75:2;
88:13;119:23;149:4;
151:17;152:14,16;
153:20;177:20;

178:24;180:12;
185:1;189:13;
190:17;191:7;193:10
**looked (3)**
45:3;117:12;
176:10
**looking (4)**
12:16;20:5;38:16;
52:6
**looks (4)**
153:22;154:4;
180:22;182:8
**loose-leaf (1)**
161:7
**lot (12)**
30:18;102:18;
103:1;108:17,18;
124:3,4;133:1,1;
168:18;186:19;196:1
**lotion (1)**
15:13
**lower (2)**
51:6,7
**lowest (1)**
139:3
**LTD (3)**
8:16,20;9:5
**lunch (2)**
102:19;137:15
**Lyudmilla (6)**
141:13,14,16;
142:6,11;143:13

**M**

**machine (2)**
98:4;101:6
**machines (1)**
86:21
**mail (2)**
47:3;158:17
**main (2)**
86:13;145:17
**mainframe (9)**
32:21,22;33:2,3;
40:23;41:2,5,12;42:2
**mainframes (1)**
40:24
**mainly (10)**
9:8;37:15;40:10,
12,19;52:6;60:17;
69:17;99:11;113:20
**maintained (1)**
83:7
**major (1)**
15:23
**majority (2)**
122:8;168:19
**makes (2)**
4:20;65:7
**making (4)**
12:17;14:14;89:3;
175:9

Case 1:11-cv-06934-GBD    Document 68-21    Filed 02/28/14    Page 104 of 115
TAIWO OLORODE v.
STREAMINGEDGE, INC., et al.
TAIWO OLORODE
November 30, 2012

management (8)
32:9;41:19;84:6;
96:9,9,15,18;172:6
manager (4)
136:7,11,18;
141:15
managing (1)
28:1
Manhattan (1)
46:2
Manheim (10)
29:14,15,23;30:11,
13,20,22;31:4,9,16
manner (2)
74:12;196:5
manual (1)
167:6
manufacturer (6)
38:6,6,8;60:15,20;
65:15
many (17)
11:10;14:1;15:13;
17:8;63:21;76:14;
102:16;103:19;
108:18;125:9;155:7;
157:17;170:10;
173:9;185:15;
186:17,19
Mark (4)
4:12;151:4;177:4;
193:2
marked (8)
151:13;152:11;
154:20;177:8,12;
178:4;180:10;193:7
market (7)
15:14;30:9,24;
51:13;55:13;69:2,7
marketplace (1)
55:22
markets (6)
16:10;18:8;51:13,
16;56:2;69:3
marking (3)
151:20,22;152:22
married (1)
7:3
master's (1)
18:10
matter (1)
41:20
may (40)
3:11;4:20,21;5:12,
13;18:22;27:1;29:5;
47:9;48:1,2,11;49:4;
54:20;56:13,13;
61:23;62:2,23;63:5;
68:9;73:20;88:22,22;
89:7,8,22;90:14,14,
15,16;93:9;104:17;
110:13;112:17;
114:4;156:12;
158:18;181:16;

198:10
maybe (40)
12:20;41:2;46:19;
73:21;82:23;85:6;
88:22;90:16;93:10;
101:2;102:16;
111:11;115:6;122:9;
125:23,24;126:2,6,7;
134:18;137:10;
139:8;143:7,12;
145:9;151:6;159:7;
160:12;162:6;164:6,
7,7,23;165:4,23;
170:9;175:20,21;
196:13;198:16
McDonald (99)
5:16;10:6,12;15:1;
17:17;22:16;23:10,
17,22;25:5;28:19,21;
31:21;34:10;45:6;
48:6;58:5;70:1;
72:12;75:6,13;84:20;
85:11,16;91:3,14;
92:5,14,17;102:8;
105:9;108:22;109:2;
116:15;117:15,23;
124:12,21;125:1,17;
126:20,23;131:13,15;
134:10;135:12;
137:13;139:4;142:4,
23;144:20;151:19;
152:3,8,21;153:12;
156:23;158:13;
160:3,13;161:4;
162:24;167:10,19;
168:1;171:13;174:8;
175:24;178:3,15;
179:9,21;180:17,19,
24;181:7,13;182:2,6,
9,12,19;183:16;
187:21;188:13;
190:17;191:11;
193:18,21;194:22;
195:19;196:15;
197:3,7,21;198:8,18,
21;199:4
meal (2)
109:7,7
mean (54)
6:1;7:22;9:21;
14:13;15:4,15;19:15;
30:12;33:11;38:7;
41:15,16;50:15;
52:11;55:5;62:7,12,
13;64:22;72:2;84:17;
85:3;86:3;87:4;
88:22,22;91:4,15;
93:22;95:9;98:20;
108:23;109:4,5,11;
116:22;117:7;118:4;
119:16;123:9;128:2,
2;142:5,6;159:8;
160:19;167:18;

170:23;171:3;
174:11;175:14;
176:3;189:20;196:21
meaning (21)
6:16;16:3;22:14;
31:14;35:11;40:11;
54:14;61:23;62:3,4,
19;64:17;65:2,16;
69:9;88:2;93:15;
101:5;132:20,23;
195:16
means (22)
22:11;23:3;30:2;
32:16,17;36:22;47:4;
51:8,15,15;64:23;
70:24;71:15;73:18;
87:5,6;89:3,24;
110:9;111:7;182:12;
186:13
meant (8)
17:19;30:23;32:17;
117:9;127:14;
175:14,15,16
meet (7)
78:2;107:14;108:3;
115:15;159:13,3,15
meeting (26)
115:4,6,7;128:22;
129:16,24;131:12;
139:19;140:5,8;
143:17;169:14;
172:5,11,12,16;
173:10,13,15,19;
174:3,13,18;176:9,
22;177:2
meetings (3)
140:2;145:2;
158:21
member (1)
109:18
memorandum (1)
26:19
memory (4)
101:21;103:7;
167:5,12
mental (1)
22:21
mention (1)
154:7
mentioned (11)
17:24;49:4;102:14;
110:14;145:6;160:6;
169:1;174:12,14;
176:2,14
merchandise (1)
12:23
met (19)
15:17;16:7;77:23;
78:9,11,20,22;94:14;
102:21;104:10,11;
106:12,15;107:15,17;
108:19;115:3,13;
169:19

Michael (1)
108:13
Microsoft (1)
38:5
Mid-'07 (4)
80:3,24;81:2,20
middle (5)
80:5;113:24;
117:16;120:4,5
middle-aged (1)
141:12
middleman (1)
53:11
mid-sentence (1)
6:9
midterm (2)
17:12,18
midtown (2)
46:1,2
might (10)
34:9;37:10;101:3;
106:8;122:8;131:21;
136:13,14,14,15
millisecond (1)
54:11
mind (3)
7:21;145:7;160:21
mindful (1)
147:13
minimum (2)
198:11,21
minute (5)
65:19;96:2;143:23,
24;146:14
minutes (5)
127:17;140:15;
144:8;175:20;177:2
miscellaneous (1)
144:16
misspoken (1)
198:10
misstated (1)
72:14
misstates (3)
92:6,18;126:21
moment (6)
15:21;16:15;22:21;
80:18;85:2;187:8
Monday (1)
197:19
monetary (1)
128:3
money (2)
51:13;138:10
month (8)
9:2;59:20,24;
81:21;100:8;111:11;
125:12;170:9
monthly (1)
93:1;138:11
months (18)
13:17,18,19,22,23;
14:3,5;80:15;138:7;

162:6,6;164:23,24;
165:5;170:9,18,18;
190:8
more (55)
13:23;14:10;16:4;
26:18;33:3,12,22;
39:7,20;42:22;49:24;
50:24;51:12;55:12;
63:7,7;64:2;68:16;
76:16;78:24;79:1;
81:21;85:14;94:6;
95:24;96:17;112:17;
114:11;128:15;
132:20;133:10;
139:13,16;140:1;
143:7;152:3;163:8;
173:16;174:6,20;
175:1,6,10,14,16,17,
19;176:18;186:24;
195:7;196:8,20;
197:11;198:13;199:2
morning (13)
4:10,11,12;120:10,
12,22;121:1,13,16;
123:2;132:24;145:9;
146:9
most (25)
35:6,7,9,12;37:13,
13;38:18;43:12;45:2;
48:3,4;62:16;68:24;
86:18;97:2;98:10;
102:22,23;119:22;
122:1;126:12,13;
127:10;137:1;173:12
mother (1)
64:24
motherboard (1)
65:12
mouth (4)
99:1,12,13,15
move (3)
22:24;37:22,23
moved (2)
62:14;119:2
movie (1)
109:1
moving (6)
62:2,3,6,7,23;84:12
Mrs (1)
27:20
much (18)
16:8,9;50:24;69:5;
73:12;88:18;113:9;
126:9;128:5;129:10;
135:3;138:10;149:2;
157:4;166:15;
167:23;168:18;
176:18
multiple (1)
195:18
must (26)
45:18;46:19;70:21;
71:22;73:22;94:23;

101:12;103:12;
135:21,22;141:13;
142:15,18;149:20;
155:16,18;156:3,4;
158:8;166:20,22;
167:6,14;168:6,23;
190:7
mutual (6)
104:19;105:3,4;
106:24;107:1;198:6
mutually (1)
109:13
myself (4)
5:16;8:3;11:11;
68:16

**N**

NABS (6)
78:12;91:7,10,22;
92:4,22
name (40)
4:12;7:5,8,13,13,
14,18;8:8;25:8,12,13,
18;26:5;34:17;35:3;
39:18;58:18;70:12;
76:22;77:1;82:10;
97:20;98:14;99:5;
107:12;108:5,7,16,
16;112:14,15;
115:16;141:9,21,22;
184:13,14,16,16;
197:13
named (2)
98:12;154:2
names (9)
7:11;25:10;53:7;
107:7,9,19;108:17,
18;112:9
naming (1)
109:15
national (3)
29:18;162:2;
163:17
nationwide (1)
29:20
nature (9)
31:8;39:7;72:8,20;
101:4;102:6;132:16;
163:24;186:3
necessarily (8)
10:15;14:6;36:21;
41:13,14;90:12,15;
136:24
necessary (3)
87:4;90:10;159:17
need (23)
5:6;36:24;40:15,
17,19;41:15,21;
44:18;79:5;85:16;
87:7;88:15;92:12;
93:3,4,6,9;102:3;
145:14;148:6;149:2,

13;196:18
needed (3)
86:23;92:3;126:3
needs (4)
90:19,20;91:23;
94:7
negotiated (1)
145:18
negotiating (1)
146:23
nephews (1)
107:18
network (42)
32:10,11,14,18;
33:7,10,12;34:16;
35:11,18;36:21,24;
38:13;40:12,17,21;
41:7,8;42:23,24;43:2,
10;45:1;62:3,10,17,
19,20,21,22;63:6;
65:1;81:14;86:8,11,
12,19;88:2,23;90:2,4,
8
networks (2)
37:14;43:24
New (35)
4:5,5,6:24;8:17,21;
21:1;24:5;25:22;
45:23;51:16;52:10,
18,19;56:10;59:7,9;
62:22;63:1;65:18;
67:17,17,18;84:6;
86:20,21;90:9;
109:18;140:15;
144:1,11;147:1;
169:13,21;172:13,14
newly (1)
51:3
next (6)
102:19;103:2,4;
143:17;183:8;198:23
Nigeria (14)
104:4,6,9,20,21;
105:1,5,17,22;106:1,
3,6,9;107:6
Nigerian (2)
106:10;109:16
Nigerians (1)
106:9
night (2)
76:3;78:18
nighttime (4)
76:4,5;78:23,24
nobody (3)
46:10,11;177:17
nod (1)
5:23
None (4)
77:19;165:9;
166:17,17
nonprofit (1)
41:17
Norfolk (3)

4:5;6:24;8:17
normal (1)
89:5
North (15)
50:8;78:12,14;
81:11,18;82:12;83:8,
11;84:1;86:1,8;
87:12;89:12;91:5,10
Northern (1)
90:23
Notary (2)
4:3;205:23
Note (5)
124:12;180:15;
183:23;193:18;198:9
notebook (1)
161:7
noted (2)
138:2;199:7
notes (4)
112:19;131:1,11;
177:1
notice (8)
130:24;136:3,5,10,
18;146:7;149:3;
154:16
noticed (2)
167:23;168:18
N-O-V-E-L (1)
35:16
Novell (2)
35:14,16
November (22)
9:1;153:3,10,15;
154:2,5,13,18;155:3,
8,11;177:19;180:22;
181:11,12,13,23;
182:1,17;189:24;
194:14;205:4
nowadays (1)
48:4
NT (2)
35:8;40:20
Number (7)
6:7,8;18:21,23;
147:2;159:16;180:6
numbers (6)
146:19;147:1,17;
158:3;163:21;173:15
Nuts (1)
90:23
Nweke (68)
15:17,19;49:4;
57:5,7,12;70:15,18,
23;71:6,13;72:3,3;
77:20;78:2,9,20,22;
94:15,21;95:3,7,18;
96:15;100:3,5,8,17;
101:8,16;102:2,9;
103:14;104:3,9,24;
105:15;106:23;
107:7,13,14,20;
108:2,13,19,21;

109:14;126:7;
129:14,19,22;130:3,
14,20;131:4,7,18,20;
132:5;133:16;134:1,
5;135:6;139:21;
147:8;173:18;186:5,
6
Nweke's (4)
107:11,17;109:17;
117:11
NYU (10)
15:21;16:16,21;
17:2,5;18:16;19:13,
19;20:14;28:11

**O**

oath (1)
3:13
object (7)
5:13;70:1;91:14;
92:5;152:22;179:9;
181:7
objection (19)
5:17;10:6;34:10;
72:12;91:3;92:14;
108:22;109:2;
124:12;125:17;
126:20;131:13;
134:10;142:4;
158:13;167:10,19;
171:13;179:21
objections (1)
3:7
obtained (1)
21:13
obtaining (1)
162:12
obviously (4)
5:7,17;156:16;
196:17
occasions (10)
56:12;63:21;99:3;
126:3,12;159:2,7,8;
171:16;188:10
occurred (4)
132:4;134:2,4;
150:2
October (7)
9:3,17,24;10:4,23;
14:22;68:10
OEM (3)
38:6,7;60:14
of_ (1)
205:21
off (8)
26:1;28:21;85:17;
89:19;153:5;193:23;
194:18;197:1
offer (18)
114:14;129:3,5;
134:20;150:17,20,24;
154:24;155:2,13,17,

23;156:16;157:3,9,
16;158:6;170:6
offered (2)
134:8;165:8
offering (1)
150:12
office (45)
8:12,13,16;45:22;
62:14,15,15;67:14,
15;83:8;86:14;
102:17;104:17;
109:15;113:24;
115:19,21,21,22,23;
117:11,11;118:4,9,9,
10;119:14;125:21;
126:10,11,13,18;
140:22;141:6,7;
143:21;154:15;
161:10;164:10;
166:19;170:18;
187:9,9;192:11,12
officer (1)
3:12
offices (16)
24:3;29:19,19;
43:14;59:7;63:18;
82:5;86:16;113:2;
115:17;116:11;
122:22;123:3;164:5;
173:6,8
off-site (1)
67:13
off-the-record (8)
29:1,4;85:20;
133:19;153:7;194:2,
20;197:5
often (2)
97:2;98:10
Ohio (2)
82:9,10
Okubo (38)
49:5,8,14,20;
50:13;51:19;54:18;
110:14,22;113:13,14;
114:17;115:1,3;
127:17;128:21;
129:1,7,23;130:3,14,
20;131:3,18,20;
132:5;133:16,24,24;
134:5,5;135:5,6;
139:20,21;171:16,18;
173:21
O-K-U-B-O (1)
49:5
old (1)
143:13
older (1)
7:12
OLORODE (27)
4:2;7:6,14;10:14;
27:20;50:12;71:1;
138:4;151:15;
152:14;153:20;

177:11;178:7;
180:12;181:16;
182:4;184:4,7,21;
185:10;193:10;
194:5;195:21;198:3;
205:2,3,19
**O-L-O-R-O-D-E (3)**
7:8,14,19
**Olorode's (2)**
197:11;198:7
**Omotola (1)**
7:18
**O-M-O-T-O-L-A (1)**
7:18
**once (24)**
12:20,22;35:13;
37:23;53:23;54:1;
84:10,17;88:9;90:9;
114:13;115:10;
121:11,15;133:3,7;
136:13;142:16;
144:17;147:17;
148:8;166:14;
170:22;189:13
**one (68)**
6:7;15:6;21:20;
22:21;25:14,16,17;
30:22,23;34:1;43:7;
44:19;55:14;56:21;
60:20;61:14;62:4,8,8,
18;80:12;84:13;
89:19,20;90:6;99:3;
100:6;101:21,22;
104:16;109:23;
112:17;113:5;
114:10;116:1;119:2;
125:6,15,23;141:3,
19,20;143:23,24;
146:9;150:14;
151:20,24;152:23;
153:1,9;163:8;
165:13,14;166:5,6,7;
169:3;171:5;172:6;
174:15;178:17;
183:6;189:6,17,18,
18,19
**one-on-one (3)**
128:21;129:16,23
**ones (5)**
21:19;27:15;84:13,
14;160:21
**ongoing (1)**
93:24
**online (2)**
14:13;161:18
**only (28)**
5:7;6:2;23:12;
30:14,17,18;32:17;
33:5;36:21,24;37:16,
17;41:1,14;43:13;
44:23;65:6;84:4;
87:6;109:12,19;
118:5;126:1;153:9;

154:23;175:21;
195:4;198:9
**on-site (5)**
45:22;61:22;62:4;
63:23;97:16
**onto (1)**
52:4
**open (4)**
99:16,22;100:5;
122:22
**opening (9)**
65:8;94:23;98:24;
99:6,10;100:13,19;
101:9,19
**operate (1)**
24:5
**operating (10)**
26:17;33:10,12;
35:9,10,12,18;38:5;
40:12,21
**operation (6)**
52:3;53:18;69:6;
90:12;120:19;128:15
**operational (1)**
164:4
**operations (2)**
36:4;147:16
**opportunity (4)**
5:7,16;148:3;
197:22
**option (1)**
51:5
**options (2)**
51:2;52:8
**order (1)**
92:12
**orders (1)**
91:2
**organization (23)**
23:24;33:15,20,21,
23;41:17,21;43:12,
15,17;50:24;68:22,
23;69:9;76:23;84:11;
94:4,5;95:21;96:19;
164:4;175:6,10
**organizational (3)**
40:15;41:15;87:20
**organizations (7)**
21:9;23:6;24:24;
48:3;63:3;106:10,11
**origin (1)**
162:2
**Original (5)**
38:8;60:14;185:16,
21;186:12
**originally (4)**
104:3,8;105:17;
119:3
**O'Rourke (13)**
154:3,6,14;155:13,
23;158:7;169:7;
170:3;171:9;186:10;
191:23,24;192:8

**others (2)**
22:22,24
**otherwise (2)**
148:18;183:24
**out (55)**
5:18;8:14;16:8;
24:5;29:5;30:8,12;
33:8;35:10;37:7,10,
24;38:11,14,15;41:3,
6;43:8;53:1,6;55:1,4;
56:14;59:7;60:24;
61:1,15;65:18;73:20;
88:11,16;89:9;92:11;
108:24;109:7;
120:21;121:16;
140:24;143:21;
144:6;149:9,13;
151:6;159:17;
165:24;166:16;
168:15;169:22;
170:11;187:14,23;
188:2;193:15;194:6;
195:12
**outlines (1)**
188:23
**outside (8)**
7:23;8:13;10:5;
30:16;54:3;65:5;
85:17;164:10
**ovecom (1)**
25:10
**O-V-Ecom (1)**
25:10
**over (8)**
7:2;16:12;88:20;
140:22;151:6;162:5,
5;195:17
**overseas (1)**
18:9
**overview (1)**
164:3
**own (2)**
136:22;163:2

## P

**package (11)**
90:17;132:11,11;
148:1;160:1,7,10;
161:1,6,9;169:23
**page (20)**
153:9;177:15;
178:7,11,16,19,23,
24;181:5,20;183:4,4;
184:4,18,18;185:4,6;
190:13;198:23;205:5
**paged (1)**
103:3
**pages (16)**
87:24;151:7,8,12,
13,23;152:6,11,18;
179:7,18;180:5;
183:21;184:17,23;

193:11
**paid (17)**
46:10,11;73:13,14,
16,19;74:1,5,13;
128:6,12;130:16;
137:7,9;157:5;
190:15;191:2
**paper (4)**
84:15;85:3,7;161:7
**papers (1)**
25:13
**paperwork (2)**
21:16,22
**paragraph (7)**
181:22;182:5,7;
190:12,19,20,24
**paraphrased (1)**
182:5
**parent (3)**
164:8;174:23,24
**parenthesis (1)**
178:21
**Park (6)**
67:17;78:4,10;
113:3;116:6,9
**Parkway (1)**
26:1
**part (23)**
15:16,24;17:6,7;
34:2;42:5;43:18;
44:16;52:1;56:24,24;
90:12;96:8,9;112:10;
120:17;132:16;
176:18;191:1
**partial (1)**
109:11
**participate (1)**
157:21
**participating (1)**
165:6
**participation (1)**
57:12
**particular (43)**
6:1;8:7;9:6,14;
15:11;20:21;22:4;
24:1;35:3;41:10;
50:11;51:1,21;62:10,
20;64:5;80:18;91:23;
92:9;93:3,4,6;96:8;
97:1,15;98:9;99:5;
110:21;121:24;
122:22;123:4,10,13,
15,19;140:21;
142:18;149:4;158:1,
2;165:18;173:10;
188:16
**parties (3)**
3:3;55:2,5
**parts (6)**
9:9,11,11,23;
12:13;125:5
**part-time (2)**

78:18;80:14
**party (3)**
89:19;109:1,8
**pass (1)**
78:8
**passed (1)**
111:11
**passing (2)**
84:7;143:23
**past (2)**
124:4;126:9
**patches (1)**
38:3
**path (1)**
177:18
**pause (5)**
28:19;152:20;
179:2;180:14;193:17
**pay (6)**
46:9;73:17;83:22;
103:1;130:4;139:10
**payroll (3)**
159:18;160:21;
165:2
**pen (1)**
170:8
**pending (5)**
23:11;31:22;84:21;
156:24;182:10
**Pennsylvania (4)**
29:16;59:3,5,6
**people (48)**
5:24;6:8;14:15;
15:17;16:7;37:1,15;
40:15;69:21;102:16,
18,19;103:7,18,19;
106:8,20,22;107:6,8;
108:17,18,21;111:24;
112:1,3,8,10;118:11;
119:24;122:5,6,8;
123:23;124:3;
128:24;132:20;
141:6,10;158:22;
159:1,3;166:8;
168:19;20;171:14;
173:9,16
**per (14)**
17:8;18:21;19:3;
128:6,9,19;130:17;
132:3;140:5;157:13,
15,17;190:15;191:3
**percentage (1)**
158:3
**perform (3)**
36:3;92:2,12
**performance (3)**
128:17;146:21;
147:19
**performed (4)**
50:17,21;51:18,19
**period (11)**
49:16,21;51:22;
58:9,12;81:1;110:8;

116:5;119:1;121:14;
  139:5
periodic (1)
  147:23
periods (2)
  19:2;119:11
permission (3)
  46:15;57:9;70:19
permits (3)
  20:22,22;21:9
permitted (6)
  22:4;24:8,13;25:1;
  26:13;157:21
person (31)
  70:23;80:21;87:14;
  89:14,21;91:2;92:2,2,
  9,11;93:12,13,19;
  98:2;99:5;103:3,7;
  107:15;108:3;
  112:17;140:3;
  141:10;142:5,17;
  144:3;154:14;
  161:24;169:19;
  170:17,21;175:21
personal (1)
  160:17
personalities (1)
  132:19
personally (1)
  31:15
personnel (15)
  115:14;140:6,9;
  141:1;162:13,17;
  163:21;164:16,19;
  166:4,19;167:6,7;
  168:7;169:10
person's (2)
  88:20;97:20
perspective (8)
  4:23;37:18;40:11;
  42:1,2;65:16;93:8;
  136:21
pertaining (6)
  53:7;85:24;164:1;
  185:24;189:9;192:16
pertains (1)
  65:14
phone (15)
  40:14;47:11;48:3;
  131:22;145:8,22;
  147:5;148:9,11,14,
  18;150:13;169:7,19;
  197:13
photocopies (1)
  184:22
photocopy (1)
  185:3
phrase (1)
  114:12
physical (6)
  14:14;85:6;86:22;
  116:23;118:2;143:3
physically (5)

73:15;89:22;111:6,
  8,10
pick (2)
  94:11;133:4
picking (1)
  62:7
pinpoint (1)
  38:9
place (18)
  50:6;61:24;62:4;
  67:17;78:4,10;84:6;
  103:4;106:13,19;
  113:3;116:1,6,9;
  119:2;133:7;155:17;
  176:6
plaintiff (1)
  196:6
plaintiff's (3)
  180:5;183:21;
  196:3
plan (3)
  157:22;165:7;
  195:17
planned (2)
  57:5,8
platform (2)
  52:4;55:12
platforms (9)
  35:6,7;50:3,3,10;
  51:21;53:21;113:23,
  23
play (2)
  183:19;198:19
please (36)
  4:16;5:2,6,15,21;
  6:2,14;7:7;8:10;12:8;
  23:19;36:12;66:8;
  73:6;75:14;77:8;
  79:5;85:17;105:10;
  108:5;144:20;
  151:16;152:14;
  153:20;160:4;161:4;
  163:1;168:1;174:8;
  177:20;178:24;
  180:12;190:17;
  193:2,10,13
plug (4)
  37:1;38:1;65:1;
  120:2
plugged (1)
  65:4
plus (1)
  62:23
pm (19)
  122:9;124:5,5,9,9,
  11;125:10,14,22;
  126:5,14,19,22;
  127:5,12,13,14;
  138:2;199:7
point (54)
  10:19;14:4;36:23,
  23;54:4;68:20;71:21;
  80:12;94:19,22,23;
  precise (2)

95:2,6,10,11;102:9;
  105:14,19,21;106:18;
  107:5;109:23;
  110:14;113:8;
  115:12;124:10;
  125:23;128:13;
  130:2;131:12,18;
  155:3,4;158:24;
  159:3,14,19,22;
  161:11,15;162:6;
  164:13,22,23;165:9,
  14;166:2;169:3;
  178:8;179:16;
  183:14,22;194:7;
  198:11
pointed (1)
  29:5
policies (3)
  161:23;166:1;
  179:6
policy (4)
  164:11;178:20,22;
  179:17
popular (2)
  26:2;41:1
port (4)
  62:17,19,22;120:2
portion (4)
  61:22;127:13;
  140:13;155:16
portions (1)
  194:11
ports (1)
  65:1
posing (1)
  176:19
position (14)
  49:8;81:23;82:14,
  19;94:20;96:15;
  98:16;99:16,18,21;
  100:5;102:5;150:13;
  194:22
possession (13)
  26:24;66:4;72:6,
  18;75:17;76:20;81:5;
  85:4,24;86:6;156:10;
  160:24;183:12
possibility (9)
  12:16;16:10;47:10;
  62:16;72:23;73:20;
  77:24;85:9;183:13
possible (5)
  14:5;37:7;41:24;
  52:6;143:7
Possibly (3)
  58:3;143:5;156:9
potential (1)
  42:13
practice (2)
  124:10,20
preceded (1)
  103:10
precise (2)

14:6;44:10
prejudice (1)
  198:19
prepare (1)
  132:21
prepared (1)
  195:2
preparing (1)
  132:17
presence (2)
  83:8;130:13
present (8)
  112:12,12,16,22;
  173:9,19;186:6;
  187:3
presented (3)
  55:11;191:22;
  192:5
presently (7)
  7:20,22,23;8:2;
  11:4;17:1,4
president (1)
  95:3
press (1)
  164:11
pretty (4)
  69:5;145:15;
  166:15;167:23
preventing (1)
  38:12
previous (4)
  37:5;117:18;136:3;
  163:8
previously (2)
  36:5;193:22
price (1)
  53:24
primarily (3)
  118:15;119:7;
  120:10
primary (1)
  60:16
print (3)
  30:18;56:23;90:5
printed (3)
  184:11,21;185:10
printing (1)
  33:17
Prior (39)
  10:4;12:15,18;
  13:22;14:21;16:6;
  35:24;36:1;39:23;
  48:22;57:4,13;60:6;
  63:21;70:6;105:21;
  117:15;134:8,12,15;
  138:7;146:6,7;
  148:13,19;149:20;
  155:8;162:11,17,23;
  164:20;165:9;
  179:16;183:14;
  185:15;186:15;
  188:1;191:10;198:5
privy (1)

143:22
probably (22)
  6:12;14:5,6;16:22;
  19:7;20:10;59:21;
  71:23;72:1;81:22;
  98:12;100:10,10;
  110:2;112:21;
  119:18;139:8,15,18;
  171:23;173:24;174:2
problem (15)
  20:19;34:14;38:1,
  9,10,14,17;52:2,6;
  56:14;60:24;61:13;
  88:17;163:7;199:4
problems (5)
  34:19,23;36:5;
  42:14;54:17
procedure (1)
  48:5
procedures (1)
  26:17
proceed (2)
  121:19;183:24
proceeded (4)
  141:3;144:2,2;
  146:5
processing (1)
  114:1
produced (1)
  193:21
producing (1)
  75:8
product (6)
  35:3;44:16;61:11,
  17;65:17;174:20
production (1)
  183:22
productive (1)
  113:21
products (12)
  9:7;15:13;53:15;
  55:24;56:2,9;65:18;
  66:24;67:8;69:3,5,14
products' (1)
  65:16
Professional (3)
  15:22;16:19,20
program (13)
  17:13,14,24;18:3,
  16;32:7,7;39:3,21;
  42:22;66:1,23,23
programmers' (1)
  118:10
programs (2)
  66:14;148:2
project (3)
  62:1;137:3;149:9
promulgated (1)
  179:6
properly (1)
  40:19
proprietary (8)
  49:23;50:10,16;

113:21,22;114:2;
133:2,6
protocol (1)
197:17
prove (1)
148:8
provide (9)
23:7,14;24:17;
26:5;27:10;31:16;
73:6;74:13;187:10
provided (4)
66:15;179:19,23;
187:8
providing (1)
43:9
Public (2)
4:3;205:23
purchase (1)
30:23
purchased (4)
30:6,15;60:22,22
purpose (13)
4:23;13:7;30:15;
68:13;69:11,15,17;
107:20,22;108:1;
159:4,15,17
P-U-R-P-O-S-E (1)
107:24
purposes (1)
193:12
put (8)
13:24;25:23;39:12,
15;56:23;138:22;
146:12;170:8
puts (5)
53:20,24;54:1,3,4
putting (2)
43:3;54:9

## Q

Q-and-A (1)
175:16
quick (2)
114:14;185:1
quickly (4)
16:9;52:5;133:3;
145:15
Quite (1)
64:1
quote (1)
191:4
quoted (5)
147:2;149:4,6;
157:6,8
quoting (6)
154:24;167:13;
181:21;184:7;
190:13;191:1

## R

race (1)

162:2
raise (2)
6:15;172:17
raised (2)
172:20;173:3
ran (2)
141:1;142:5
range (1)
178:5
rare (2)
126:11;127:12
rarely (1)
127:11
rate (2)
130:4;139:9
Re (1)
205:3
reached (2)
6:11,12
read (28)
4:19;12:4,7,10;
36:9,15,18;47:21,23;
64:11,13;117:18,21;
124:14,18;126:23;
127:2;135:16;155:2,
4;180:15;181:3,14;
182:4,20;183:2;
186:16;191:14
reading (1)
183:20
really (4)
38:14;165:10,11;
195:8
realtime (1)
55:20;121:8
rearranged (2)
157:10,12
reason (12)
5:14;29:13;51:14;
82:1,2;110:21;
126:10;145:17;
183:18;188:17,20;
205:5
reasonable (1)
195:9
reasons (3)
25:14;146:24;
197:21
recall (84)
13:13;19:2;46:18,
18,20;57:8;59:18,23;
60:1;67:1;68:1,2,4;
73:13,19;74:7,9,22;
76:8;77:19;82:16;
83:14;89:20;97:21;
99:4,7;100:16;
101:13,21,23;107:7;
108:15;109:13,20;
112:9,15,18;115:16;
116:21;126:5;
129:22;131:10,21;
136:16;139:7,12;
141:9,21,23;142:10,

13,17;143:10;
144:23;150:8,11;
154:19;155:7,15,17,
21;156:1,21;157:19,
23;158:4,5,18;161:2;
162:20;165:11;
171:20,22;172:9,18;
173:11,18;175:12;
177:3;185:15;186:9,
14;192:18,24
recalling (1)
47:14
receipt (1)
44:13
receive (47)
18:4,6;28:10;34:4,
7,18,22;35:2,20;36:3;
38:22;40:1;42:6,9;
44:4;46:15,22;47:3;
58:1;65:22;66:18,20;
67:2,7,19;76:17;
82:11,17;83:12;99:8;
119:6,13;130:21;
134:23;158:1;161:8,
8,13,16;162:13;
164:15;166:10;
178:9;185:21;
186:11;188:18;189:4
received (37)
32:1;35:1,13;
36:20;37:3;39:19,22;
40:8,9;42:17,19;
43:20,21;44:2;47:15;
48:16;57:1,18;58:10,
14,19;65:10,11;67:5;
83:20;134:20;
150:17;154:1;
162:10,17;163:8;
164:19;177:21;
185:17,23;186:4,15
receiving (1)
154:19
recess (2)
45:10;137:15
recognize (11)
151:17;153:21,23,
24;180:18,20;
182:15;184:10;
193:14;194:5,10
recognized (1)
163:17
recollection (4)
72:2;81:6;136:2;
163:9
record (18)
6:2;23:2;26:4;
28:21;71:23;72:1,23;
74:23;85:17;92:18;
153:5;175:9;177:14;
178:3;193:24;
194:18;196:20;197:2
recorded (1)
176:22

recording (1)
86:21
recordkeeping (1)
14:17
records (26)
14:18;19:10;20:7,
12;24:16;27:7;31:13;
47:13;48:14;60:2;
66:7;73:3;74:11;
75:5,16;81:4;83:19;
84:17;85:1,6;86:5;
150:9;158:9;187:14;
189:12,14
reengineering (1)
65:3
refer (2)
119:15;125:6
reference (1)
193:12
referencing (1)
154:9
referred (4)
155:13,22;156:16;
179:19
referring (3)
119:1;135:18;
184:23
reflect (1)
91:10
reflects (1)
31:14
refresh (2)
81:5;101:21
refreshed (1)
167:12
refresher (3)
44:23;132:21;
133:10
refreshes (1)
167:5
regardless (3)
43:18;196:19;
198:15
regards (2)
50:23;166:1
Regents (23)
8:9,10,16,20;9:4;
11:1,5,21;13:23;
14:22;15:7,11;26:13;
27:1,8,16,21,24;28:2,
6;29:9,23;31:15
R-E-G-E-N-T-S (1)
8:11
region (1)
122:4
regional (2)
29:19;59:7
registered (4)
22:3;23:7;44:21;
46:24
registration (3)
21:1,4;25:8
registrations (1)

12:21
regular (6)
45:17,18,21;84:18;
85:3;122:18
regulate (1)
52:22
regulating (1)
56:10
re-imaging (1)
86:21
reimburse (1)
75:19
reimbursement (1)
74:20
REISMAN (61)
4:9,12;10:8,13;
12:7;15:2,23;13,16;
25:7;28:20,23;29:3;
36:15;45:8,12;47:21;
64:11;70:5;72:16;
84:3;85:22;91:18;
92:15;124:14;
125:18;133:21;
137:11;138:6;139:6;
142:8;151:4;152:1,5;
153:5,9;154:7;
156:22;163:3,6;
177:4;178:6;180:4;
181:2,19;182:3;
183:1,19;184:2;
185:19;193:2,20,23;
194:4,18;195:8;
196:10;197:1,7;
198:16,20;199:3
Reisman's (1)
23:18
reiterate (2)
19:14;127:9
related (8)
33:6;43:24;77:16;
101:2,3,3;104:21;
106:2
relation (1)
140:9
relationship (13)
26:18,20,22;30:20;
31:5,9,14;107:1;
164:6;168:14;
170:13;172:24;
188:24
relatives (1)
108:12
released (1)
38:4
religion (1)
162:2
relocated (1)
82:5
remarked (1)
153:16
remember (36)
23:5,21;25:15,16;
60:3;67:4;70:12;

77:4;80:2;83:16;
96:4;99:12;100:9;
101:13,16;102:22;
114:6,11;131:2;
141:14;144:24;
149:5,15;150:10;
157:2,6;159:20;
160:20;167:3;168:5,
8,9;169:13;172:5;
190:4;192:20
remembering (2)
75:1;80:10
remunerate (1)
147:18
repair (1)
34:8
repairing (1)
34:23
repeat (7)
11:24;36:12;39:11,
13;47:18;135:14;
190:22
repeated (2)
12:3;97:6
rephrase (15)
34:13;36:7;68:17;
72:17;97:3,8;105:13;
106:4;116:4;122:19;
125:18;127:6;130:6;
167:1;185:18
rephrased (2)
105:11;125:3
replaced (1)
65:6
replacement (3)
64:18,19;65:13
replacing (3)
64:24;65:3,8
report (3)
60:24;89:21;118:5
reported (6)
87:14;89:6,15;
91:2;120:10,11
reporter (1)
12:4
reporters (1)
6:1
reporting (4)
87:22;88:7;166:1;
168:18
reports (2)
87:22;88:5
represents (1)
4:13
reps (1)
44:20
request (5)
26:4;74:19;165:13;
172:1;197:22
requested (21)
12:10;20:16;24:21;
26:9;27:12;31:19;
36:18;42:4;47:23;

48:20;64:13;66:10;
73:8;74:16;75:23;
77:11;117:21;
124:18;127:2;
135:16;156:19
requesting (2)
74:20;197:20
required (6)
21:17;88:24,24;
114:4;120:13,15
requires (1)
30:13
resale (1)
30:8
reserved (1)
3:8
resign (1)
81:23
resolution (1)
88:16
resolve (2)
196:12;197:9
resource (1)
38:13
resources (4)
41:7;43:11,17;
86:19
respect (7)
25:1;36:2;38:21;
50:16;51:20;55:23;
174:18
respective (1)
3:2
respond (3)
166:3;171:24;
197:22
responded (4)
172:2,3,3;176:12
response (1)
198:5
responsibilities (5)
60:9,16,17;61:20;
86:10
responsible (3)
50:12,13;56:8
rest (1)
176:17
restaurant (1)
109:7
resulted (1)
34:3
resume (4)
110:10,11,22;
111:10
resumed (1)
138:4
retrieving (1)
33:22
return (1)
89:5
returned (3)
158:6,10;192:10
review (1)

182:23
Revis (1)
174:1
right (112)
6:20,23;8:15;
10:21;11:15;12:6;
14:18;16:1;17:1,19;
22:21;24:15;26:3,23;
28:14;31:1,11;40:24;
42:16;46:13,17;
48:10;51:17;53:5;
58:8;60:5;61:19;
64:5,21;66:3;67:2;
69:20;70:5;71:24;
73:23;74:6,8;77:1,2,
19;80:17;82:11;83:2,
4;84:9;85:10;86:7;
88:4,8,20;89:10;
90:22;100:11;101:1,
8,14;103:5;106:16;
111:9;114:16;115:9,
22;117:5;120:4;
121:5,20;126:4,15;
128:23;131:10;
132:7;134:14,19;
136:20;137:11;
142:1;143:16;144:5;
145:24;153:24;
154:18,22;155:12,19;
156:14;158:10;
159:11,12,20;160:6,
18,21,23;161:20;
163:23;164:13;
165:8;168:9;170:1;
171:1;173:4;175:3;
176:13;178:2;
181:19;185:14;
186:8;188:16,21;
192:17,22;193:1
rights (4)
38:11;40:17;52:22,
22
ring (1)
77:1
roles (1)
51:20
room (13)
62:8;97:22,24;
129:20,22;130:20;
131:6,9;132:6;
140:24;172:19;
173:5,5
rough (2)
110:5;136:1
roughly (2)
79:10;110:8
rules (2)
178:18;195:6
run (4)
8:6,14;32:8;36:24
running (3)
32:20;34:16;37:2

S

Sachs (1)
53:14
salaries (2)
146:20,21
salary (32)
114:23,24;115:2,5;
127:19,21;128:2,8,
14,18,20;130:16,22;
131:1;140:13;
144:17;145:19;
146:2,4,15,20;147:1;
150:21;157:5,7,8,10,
12,13,16;190:15;
191:3
same (23)
3:4,13;7:13;43:16,
16;49:11,14;62:1;
98:2;113:7,9;114:19;
115:19,19;120:1;
129:23;135:7;
140:11,12;149:18;
169:15;183:5;185:22
Samuel (2)
107:13,14
sat (6)
17:12,15,18;119:7;
120:3,9
satellite (5)
24:3;29:19;43:14;
59:8;86:15
saw (2)
103:20;143:3
saying (18)
6:14;17:22;68:17;
85:9;91:20;92:10;
106:5;126:4,6;127:5,
6;128:8;133:14;
135:3;176:7;179:24;
191:19;192:2
scarce (1)
15:14
scene (1)
119:23
schedule (8)
19:12,15,19,21,24;
76:17,19;125:20
scheduled (1)
198:2
schedules (1)
20:13
School (13)
15:22;16:6,16;
17:2,11;28:16,17,18;
32:8;67:13;69:9;
147:24;148:1
screen (2)
55:11;56:19
Screw (19)
78:13,14,15;81:12,
18;82:8,12,19;83:3,7,

9,12;84:1;86:1,9;
87:12;89:12;91:6,11
script (2)
4:19;184:11
se (1)
140:5
sealing (1)
3:3
seamless (1)
52:3
seamlessly (1)
33:24
search (14)
20:12;24:16;27:4,
6;31:12;48:14;66:7;
73:3;74:10;75:4,16;
77:7;83:18;156:15
season (1)
81:21
second (13)
7:17;25:16;28:19;
55:15;57:2;95:19;
109:17;113:11;
135:1;155:10;
177:18;190:5;197:2
seconds (1)
143:24
secret (1)
133:6
secure (1)
88:2
securities (5)
52:20,24;53:8;
69:22;122:2
security (4)
33:19;50:4,5;
159:16
seem (1)
186:18
seemed (1)
170:11
self-employed (1)
8:5
selling (1)
30:15
semester (9)
17:9,10,11,23;18:2,
5,21;19:3,18
send (4)
61:15;131:17;
158:17;187:4
sense (4)
4:20,21;13:9;
186:19
sent (6)
60:24;71:22;72:3,
3;121:16;189:17
sentence (1)
6:12,13
separate (5)
151:23;152:22,24,
24;170:7
separately (2)

112:2,4
**separation (1)**
83:21
**September (8)**
9:1,3,17,24;10:4,
23;14:21;59:24
**Series (3)**
67:9,10,10
**serve (1)**
45:4
**server (8)**
33:13,16;35:8,12;
90:3,4,5;121:9
**servers (1)**
90:5
**service (19)**
21:10;54:6;59:8;
60:11,13,19;61:1,23;
63:2;66:24;78:3,4;
97:23;98:4;100:6;
101:4;104:16;111:3;
163:12
**serviced (1)**
60:14
**services (3)**
83:24;113:22;
174:21
**session (1)**
175:19
**sessions (1)**
76:14
**set (6)**
33:13;40:16,18;
111:18;150:20;198:6
**sets (1)**
116:13
**setting (15)**
33:23;36:20;37:8,
11;40:15;51:4;52:9;
56:8;97:22;109:20;
117:1;118:4;144:14,
15;176:20
**setup (2)**
34:17;36:22
**seven (5)**
86:15;195:5,16,20;
196:20
**seven-hour (1)**
196:8
**several (14)**
13:18,19;14:14;
15:17;38:3;107:9;
111:24;112:1,3;
115:7;135:21,23;
159:2;171:16
**severance (2)**
83:12,21
**shall (3)**
3:8;190:14;191:2
**share (2)**
43:11,17
**shareholder (1)**
11:4

**shareholders (4)**
11:7,10,13,17
**sharing (3)**
33:17,17,19
**sheet (3)**
158:11,14;205:1
**shipping (4)**
21:19,20,22,23
**shook (1)**
140:19
**short (7)**
11:1,5,22;44:21;
141:2;143:23;165:23
**show (6)**
19:12;20:13;74:12;
151:15;177:11;
178:23
**shown (4)**
177:22;179:5,7,18
**shows (2)**
31:8;74:5
**sick (3)**
125:24;126:1;
168:17
**side (5)**
88:23;89:1;121:9,
10;184:5
**sideways (2)**
184:19;185:2
**Sidney (1)**
7:13
**sign (15)**
25:13;26:15;
120:13;155:12,18;
169:22;186:5,6,7;
189:24;191:17,19;
192:3,6,9
**signal (1)**
33:7
**signature (11)**
155:15;181:10;
182:21;184:6,6,15;
185:2,4,12;189:24;
194:15
**signatures (2)**
184:19,22
**signed (21)**
3:11,13;155:16,18;
156:4,5,8;182:17;
183:6;185:16,20;
187:1,2,5;188:17;
189:22;190:5,5,11,
23;194:14
**signing (3)**
70:8;155:22;
186:16
**similar (17)**
27:18;29:22;42:7,
17,21;49:18,21;
50:17,21;51:19;
53:14;66:19;106:11;
158:12;166:12;
178:13;179:11

**simple (1)**
175:19
**simply (6)**
27:6;51:17;75:15;
97:6;172:3;176:10
**single (3)**
181:17,24;183:20
**sit (6)**
58:8;80:18;103:6;
119:24;120:4;155:21
**site (7)**
25:9;29:13;44:20;
94:16;96:14;97:14;
98:11
**sites (3)**
14:14,15;163:15
**sitting (3)**
102:19;112:6;
172:19
**situation (2)**
146:13;175:16
**six (11)**
13:22,23;14:3,5;
162:6;164:23;165:5;
170:18;190:8;
193:11;195:16
**size (1)**
142:14
**skin (1)**
143:6
**slightly (1)**
184:3
**smaller (1)**
33:2
**soaps (1)**
15:13
**social (4)**
106:10;109:9,19;
159:16
**socialize (3)**
108:20,23;109:4
**software (46)**
33:6;34:5,9,15,20,
23;35:3,4;36:2,5,23;
37:6;38:23;42:7,14,
18;43:1,9,24;44:1;
45:2;49:23;50:10,17;
51:1,21;54:12,16;
57:21;60:22;86:20,
23;87:3,6;89:3,4;
92:1,11;93:16;98:20,
21;113:22;114:4,9;
123:16;133:2
**software/hardware (1)**
77:17
**software-related (1)**
89:13
**solicit (1)**
168:13
**solution (1)**
38:18
**somebody (8)**
54:9;100:1;111:23;

149:9;168:5;169:18;
175:22;192:5
**somebody's (1)**
109:6
**somehow (7)**
73:22;94:1;107:2,
2,3;156:7;183:23
**someone (4)**
46:9;54:9;79:5;
109:13
**someplace (1)**
119:7
**sometime (12)**
44:8,9;59:8,21;
68:6,11;71:12;77:24;
110:2,3,3;145:9
**sometimes (21)**
5:23;6:8;12:2;
14:14;26:21;52:7;
53:12,21;76:9;79:3;
85:6;87:1;88:20,21;
90:2;124:5;127:15;
136:22;137:2;
163:16;164:5
**somewhere (20)**
20:8;24:11;31:8;
32:20,22;33:13;38:2;
43:7;45:23;59:2;
72:23;88:2,3;93:21;
116:2;158:8;172:22;
173:6;183:12;189:14
**Sony (5)**
60:16,23;61:5,12;
66:16
**soon (5)**
95:16;133:4;
140:18;144:5;149:11
**sorry (72)**
7:21;9:1;11:24;
15:3;17:3,14;19:14;
22:20;23:9;33:3;
34:13;36:7;39:11;
45:6;47:5,6,7,18;
48:8,9;52:4,13,17;
53:9;54:23;55:3;
61:7;63:12;64:9;
68:17;70:22;72:9,11,
16;79:23;86:3,12;
93:4;95:9;97:3;
98:14;105:6;106:4;
107:21;108:8;116:3;
117:6,18;122:13,19;
130:6;135:9,14;
136:6;138:14;147:3;
151:8;153:18;157:1;
163:5,6;167:1;
174:11;179:3;
182:14;185:19;
187:23;188:5,6;
190:21,22;192:1
**sort (2)**
89:11;109:10
**sound (1)**

22:1
**sounds (3)**
5:24;6:11;97:9
**sources (1)**
55:7
**space (2)**
23:2;26:4
**spanning (1)**
153:2
**speak (6)**
23:10;49:2;71:16;
165:21;182:13;189:5
**speaking (2)**
6:7;142:10
**special (1)**
21:8
**specialization (3)**
18:8;32:10,13
**specialized (1)**
51:1
**specific (18)**
6:2;13:17;50:1;
61:24;66:15;81:21;
91:2;92:22;116:21;
120:20;163:20,21;
165:12;169:12;
171:20;172:21;
185:24;186:3
**specifically (13)**
50:22;64:21;67:11;
101:16;129:21;
134:16,18;136:16;
142:10,13;145:7;
159:10;174:17
**specifics (1)**
143:19
**speculate (5)**
19:5;160:11,13,20;
165:10
**spell (7)**
7:7;8:10;35:15;
107:23;108:5,14;
110:19
**spent (2)**
124:4;196:1
**spill (1)**
195:17
**spoke (16)**
70:16;99:20;100:1,
5,8;102:13;103:8,18;
141:6,10,17,20;
165:22;169:6,18;
170:21
**spoken (3)**
104:17;134:12;
170:22
**sporting (2)**
109:1,10
**spring (2)**
16:23;19:6
**Srini (3)**
110:18,23;111:16,
17;112:12

**S-R-I-N-I (1)**
110:20
**staff (3)**
109:15,15;175:18
**stamp (1)**
180:5
**stamped (6)**
151:8,9;178:24;
184:23;190:13;
193:19
**stamps (2)**
183:17,18
**standard (3)**
26:16;48:4;87:7
**standards (1)**
87:21
**stands (2)**
23:23;196:21
**start (13)**
12:20;19:17;128:4;
132:3,24;133:8;
145:8;146:8;147:17;
148:8;149:1,4;
158:24
**started (35)**
12:22;13:1,4,21;
14:4;16:22;103:21;
120:3,12;125:15;
135:2,10,19;140:10;
142:16;145:3;
148:12,16,19;149:19;
150:22,23;155:6,9,
11;156:2;157:11;
158:20;159:12;
168:17,17;170:13;
179:13;186:23;191:9
**starting (19)**
59:11;68:10;80:4;
121:13;130:22;
132:23;140:18;
142:21;144:18;
148:24;149:11,18,20,
22,23;150:2,7;157:6,
8
**State (5)**
8:21;24:1;26:1;
83:4,5
**stated (2)**
167:12;183:1
**statement (1)**
127:5
**States (5)**
24:4;30:16;51:10;
106:9;182:24
**stating (2)**
4:4;167:5
**station (2)**
62:3,6
**stations (1)**
62:3
**status (4)**
79:17;80:6,19;81:7
**stay (3)**

141:5;148:6;
196:19
**stayed (1)**
144:3
**Steve (1)**
98:13
**stick (1)**
85:12
**still (10)**
31:3,5;41:3;78:18;
91:14;109:2;149:12,
12;156:12;168:20
**stipulate (1)**
183:17
**STIPULATED (3)**
3:1,6,10
**stop (5)**
6:10;37:9;59:15;
75:8,9
**stopped (5)**
10:18,22;59:19;
63:21;138:8
**stopping (1)**
6:9
**STP (1)**
114:1
**straight-through (1)**
114:1
**Streamingedge (138)**
4:13;10:10,19,23;
13:3;15:19;44:16;
45:14,23;48:23;49:9,
16;50:5;52:15;54:7;
55:19;58:16;60:7;
63:11,18,23,24;64:6;
67:16;72:10;73:6;
74:19;75:18;77:15;
89:18;92:21;94:16,
21;95:4,7,17;96:6,14,
24;97:1,14,15,17;
98:8,10,17,24;99:6,
10;101:9,19;102:12;
103:10;104:12;
105:15,21;107:17;
109:22;113:2;114:2;
115:23,24;116:1,8,
12,14,18,19,24;
117:8;118:3,12,18;
119:4;120:19;
122:16,21;123:3,12,
24;125:21;126:2,17,
18;127:11;130:16;
134:9;140:1,10;
144:12;145:4,5;
148:12,16,20;150:18;
154:15;158:21;
159:1,22;161:12,16;
162:8,12,19;164:14,
24;167:15;168:12;
169:15;172:4,7,11,
12;173:6;174:15,22;
175:10;177:15,23;
178:9,12;179:5,7,14,

17;180:23;182:3,18;
187:18;190:1;
191:20;192:4;193:6,
12,16;194:8;205:3
**Street (5)**
4:5;6:24;8:17;83:4,
5
**structure (2)**
96:19;172:14
**structures (1)**
164:4
**student (6)**
16:16;17:2,4;
18:17,19;19:13
**studied (1)**
35:21
**studies (14)**
12:15;13:7,8,13,
21;14:12,19;15:23;
16:19,20;19:18;
28:16;34:3;39:6
**study (1)**
28:17
**stuff (1)**
94:11
**subject (1)**
4:14
**sub-marking (1)**
152:2
**submit (3)**
46:14;74:18;110:8
**substance (14)**
31:2;65:24;70:24;
71:3,7;82:13;100:16;
106:6;111:18;
164:17;165:11;
174:4;182:7;192:3
**successful (2)**
12:17;16:11
**successfully (3)**
65:24;66:14,22
**suggest (2)**
70:18;163:2
**sum (2)**
31:2;164:17
**summarization (1)**
30:19
**summary (1)**
91:20
**summer (2)**
81:22;100:15
**superiors (1)**
94:12
**supervision (2)**
87:13;89:14
**supervisor (3)**
93:11;94:4,5
**supervisory (1)**
96:18
**support (31)**
39:4;42:1;49:13,
15,22;52:1;54:19;
61:23;62:5;63:8;

64:17;65:21;99:19,
19;100:20,21,22;
101:10,18;102:11;
103:9,24;111:2,3;
113:20,21;118:7,11;
123:20;132:15;
145:13
**supported (7)**
44:17;45:3;50:2,9;
51:6;56:24;69:19
**supporting (6)**
40:10,19;41:4;
50:16;93:6,7
**support-type (1)**
63:5
**suppose (1)**
61:14
**supposed (1)**
93:13
**sure (58)**
5:21;9:2;12:2;
14:3;15:6;17:21;
23:3;27:3;28:20;
32:2;34:14;36:14,15;
39:17;40:3,16,18;
44:6;47:20;48:13;
54:5,6;55:16;59:3,
20;64:10;65:20;70:2,
3;71:21,22,23;72:24;
73:13;80:12;89:4;
90:10;95:1;96:7,10;
105:14;106:5,21;
121:7,11;122:21;
124:15;125:7;
126:24;131:4;148:6;
158:4;160:14;167:3;
181:9;185:20;
196:21;197:3
**surrounding (1)**
120:1
**suspect (3)**
110:2;141:13;
149:19
**switch (1)**
165:1
**switched (1)**
165:2
**sworn (4)**
3:11,14;4:3;205:20
**synch (1)**
170:11
**system (26)**
33:10,12;35:9,10,
12;38:5;40:21;49:13,
15;55:19;56:13,16;
64:17,19;65:9;86:24;
88:6,7;90:6,12;
91:23;93:20;99:19;
100:21,22;101:10
**systems (19)**
32:10;35:19;40:12;
41:2,20;65:3;100:20;
101:17;102:11;

103:9,24;113:20,21;
121:7,8,9,17;123:20;
132:15

**T**

**table (1)**
119:24
**tackle (1)**
38:15
**Tai (16)**
23:22;48:6;58:5;
85:11;105:9;124:21;
125:1;144:20;161:4;
162:24;168:1;
182:10,12;187:22;
188:14;191:11
**tailored (1)**
41:21
**tailoring (3)**
87:5,6,7
**TAIWO (10)**
4:2;138:4;140:15;
182:4;184:7,21;
185:10;205:2,3,19
**Taiyo (1)**
7:13
**T-A-I-Y-O (1)**
7:13
**talk (10)**
51:1;85:16;107:16;
128:18;131:5;
143:15;147:8,21;
154:12;163:16
**talked (7)**
132:10,12,22;
133:1;134:4;145:2;
171:15
**talking (8)**
14:15;16:7;53:16;
122:10;127:17;
142:12;159:9;176:16
**tan (1)**
143:7
**tape (1)**
63:6
**tasks (1)**
36:4
**taxes (3)**
138:20,20,21
**team (6)**
50:14;52:1;89:18;
94:11;109:18;145:13
**technical (2)**
39:4;43:23
**technology (4)**
32:7;44:3;63:8;
69:22
**telco (2)**
33:8;43:8
**telecommunications (1)**
33:9
**telephone (1)**

119:18
telling (9)
70:7;92:15;101:5;
106:1;114:12;
132:16;146:22,23;
188:7
tells (2)
172:22;189:11
ten (5)
7:2;64:2;76:16;
183:20;195:14
tend (2)
94:9;122:9
ten-page (3)
181:4;182:23;
183:3
tentatively (1)
198:2
tenure (3)
94:3;127:11;
187:20
term (5)
51:11,14;53:12,17;
190:14
terminal (5)
44:17;54:20,22,23;
56:18
terminated (4)
82:14,15,20,20
termination (1)
83:24
terms (27)
12:16;14:16;15:4;
16:3,4;32:16;33:6,
19;37:19;87:5;96:7;
103:18;105:8;
106:24;132:11,18;
143:19;144:13;
163:24;164:2;165:4;
168:16;170:12;
172:14;186:17,22;
187:14
test (1)
114:5
testified (4)
4:6;72:15;138:4;
176:1
testimony (12)
12:10;36:18;47:23;
64:13;72:14;117:21;
124:18;126:21;
127:2;135:16;
195:11;196:4
testing (1)
37:6
tests (1)
121:12
texted (1)
103:4
thinking (1)
85:10
third (4)
25:17;29:12;

109:18;135:1
three (16)
19:1,3;44:22;
61:14;112:7;131:8;
132:6;134:15,16;
138:7;150:23;153:2;
159:8;166:14;170:9;
172:10
three-month (1)
139:5
threw (2)
187:23;188:2
throughout (15)
24:3,4;29:17,19;
118:6,12,14;159:8;
187:19;188:3,4,5,8,
17;189:2
thumb (1)
56:23
ticket (2)
87:23;88:6
till (1)
6:16
timed (1)
102:24
times (16)
5:12;19:1;64:1;
93:22,23;97:21;
102:18,22;122:5;
125:9;126:5,6;137:1;
163:20;164:9,11
title (8)
27:23;81:12;96:8,
11;98:16;100:19;
174:14;183:10
today (9)
41:2;58:8;103:6,
21;155:22;194:24;
195:1;196:2,7
today's (1)
4:14
together (9)
50:3;53:4,21;90:6;
112:2,3;130:21;
133:16;134:15
told (46)
9:19;10:2;20:23;
27:7,15;34:4;38:20;
47:16;57:7,17;71:6,
10;76:2;77:18;91:21;
94:22,23;99:5,15;
100:12,19;101:8,16,
22;102:1;113:9,17,
18;114:4,7;115:7,11;
130:14;132:9;
133:14;145:20;
146:1,2;147:22;
148:4,10;149:2,3,12;
161:1;192:8
tomorrow (1)
146:9
tone (1)
143:6

took (12)
18:22;19:3,12;
45:13,20;49:7;51:22;
57:14;67:19;77:14;
130:24;149:15
top (2)
181:14;193:11
Toronto (4)
154:15;169:8;
192:10,12
total (2)
90:17;169:23
touch (1)
61:13
toward (7)
68:20;146:11;
159:21;166:20;
167:8,14;178:18
towards (8)
40:13;42:22,23;
59:21;115:12;
125:23;126:2;159:24
town (1)
24:1
township (2)
25:22;59:4
track (1)
148:7
trade (6)
52:21;53:14;54:8,
11;69:14;133:6
traded (2)
122:3,6
trader (1)
52:4
traders (3)
53:2,3;122:11
trades (2)
52:3;53:8
trading (25)
50:2,3,10,17;53:1,
21,22;54:4;113:23,
23;118:7;119:20;
120:5;121:9,18,19,
20,23;122:4,23;
123:5,13,17,21;133:8
Tradition (32)
50:7,8,11;52:12,
15;53:10,20;54:8;
55:6,21;56:7;67:4,6,
12;70:8,14;115:17,
18,20;116:4;122:14;
141:15;162:8;165:1;
166:7;169:16,22;
174:24;178:12,12;
179:20,23
Tradition/Streamingedge (1)
173:7
traditional (1)
109:16
trained (1)
44:12
training (54)

34:5,7,18,22;35:2,
2,13,20;36:3,20;37:3,
4;38:21,22;40:7,9;
41:4,23,23;42:5,6,9,
16,19;43:19,22;
44:14,19,22;57:1,16,
18;58:1,10,15,20;
65:10,20;66:1,12,14,
17,22,23,23;67:2,5,6,
9,24;68:5,14;114:14;
147:24
trains (1)
65:15
transition (2)
84:5;164:22
transitioned (1)
162:8
treasury (1)
122:6
trial (1)
3:9
trick (1)
4:24
tricks (1)
177:18
tried (2)
195:10,22
trimester (3)
17:9;18:22;19:3
Tri-State (3)
21:15;24:3;59:9
trouble (1)
42:13
troubleshooting (4)
42:10,13,18,19
true (9)
8:22;28:13;34:21;
39:24;180:20;
182:15;183:6,9
truthfully (1)
195:23
try (2)
165:24;197:9
trying (13)
23:15;25:14;84:24;
123:8;130:9;132:21;
142:9;149:22;
168:13,15;173:14;
195:12;198:18
turn (2)
61:14;184:5
turning (1)
145:10
two (46)
6:6,8;7:12;12:13;
16:23;18:24;22:22,
24;25:15;44:22;
47:11;53:3,20;56:17;
73:22;78:12;82:23;
99:3;104:18;110:12;
111:11;125:5;134:7;
140:15;144:18;
149:1,3;150:14,22;

153:1;159:7;165:23;
166:14;170:7,9;
172:10;178:16;
195:3;197:11,24;
198:12,13,13,14,21;
199:2
two-and-a-half (1)
76:11
two-hour (2)
76:11;198:10
two-year (2)
39:3,20
type (79)
8:5;9:18;18:4;
19:11;20:21;24:7,12;
29:21;31:7;34:7,16;
35:4;37:12;38:19,22;
39:17;40:7,9;41:11;
46:14,23;48:15;
51:18;52:20,24;54:2;
57:19;64:6,16;65:22;
66:17,21;67:6,19;
72:7,19;73:3;74:11,
18;77:8;82:12,17;
83:7,12,20,22,22;
87:11;89:17;90:24;
91:5,16;92:11,20;
96:15;99:8,15,18;
100:23;101:10;
102:10;105:1,4;
106:19;116:12;
132:2;134:20;
137:10;145:4;150:5;
154:23;158:3,11;
164:17;166:10;
177:22;179:7,18;
192:19
types (11)
9:6,14;15:7,10;
20:23;36:3;37:16;
41:11;51:19;55:23;
89:13;98:21;101:17;
103:8;157:2;161:23;
162:19;163:9
typewritten (1)
184:7
typical (7)
18:21;87:19;
122:23;123:4,17,21;
138:18
typically (9)
19:18;87:19;97:23;
98:5;124:1,8;125:13;
127:14;163:12

U

ultimately (2)
13:14;156:1
unavailable (1)
197:17
uncle (1)
107:11

unclear (1)
80:11
under (4)
78:1;180:5;189:23;
195:6
underneath (3)
184:6,8;193:13
understands (3)
5:15;23:3;124:15
understood (7)
30:19;66:20;123:7;
170:12;191:8,13,15
unfortunately (1)
197:13
Unis (1)
108:10
United (4)
24:4;30:16;51:10;
106:9
University (3)
28:16;32:1;43:22
unless (3)
23:11;126:10;
152:23
unlike (1)
168:11
up (28)
20:11;22:15;27:3;
33:13;36:20;40:16,
18;52:9;56:8;62:7;
65:19;70:9;80:11;
94:11;111:12,18;
114:8;119:19,24;
133:4;147:4,17;
148:3;170:20;
172:17,17,20;173:3
update (3)
71:18,19;89:1
updated (2)
189:17,18
updates (2)
38:4;41:8
upon (13)
54:6,6;117:12;
128:1;130:18,19;
144:18;146:5,16;
147:14;162:2;
166:24;167:16
up-to-date (1)
65:20
urgency (2)
88:14;196:22
USA (1)
174:24
USB (1)
65:2
use (4)
41:2;53:17;92:12;
143:9
used (17)
9:9,23;15:18;21:9,
15;26:21;34:15;35:5;
37:15;45:3;51:12;

53:12;69:4;92:2;
120:4;175:7,8
user (5)
33:8,21;37:18,21;
38:10,12;41:5,18;
52:9;56:7,10,11;
62:13,14,16,18,20,
23;63:1;87:8,20,22;
90:7,18,18,19;91:23;
94:7;121:10
users (7)
37:16;40:10,13;
41:19;43:13;88:15;
118:8
users' (2)
37:18;42:1
user's (1)
40:10
using (8)
5:22;6:3;41:5,9,10;
90:11;121:3,18
usually (18)
65:15;76:4,9,10,10,
12,13;89:18;97:24;
102:17,24;103:1,2;
119:23;122:2,3;
137:2;189:10

V

vacation (1)
157:17
valid (1)
31:6
value (1)
128:3
various (2)
55:7;161:23
vehicles (1)
30:11
vendors (1)
87:1
venture (1)
84:10
verbal (2)
133:10;149:16
verbally (2)
71:15,16
videotaped (1)
176:22
view (2)
36:23,24
virtual (1)
51:13
virtually (3)
40:14;89:23;
107:15
vision (2)
175:4,5
visits (5)
94:24;100:6;
102:23;104:16,16
voice (3)

6:7,15;53:22
voicemail (1)
111:15
void (1)
160:16
volunteering (2)
75:9,9
voucher (1)
74:18
vs (1)
205:3

W

wait (3)
6:16;113:10;
129:18
waived (1)
3:4
walk (5)
88:20;116:12;
140:22;141:3;144:2
walked (3)
140:14,24;144:6
walking (1)
143:21
walls (1)
119:18
wants (1)
53:24
warranted (1)
61:11
warrantees (1)
61:10
warranty (1)
60:20
Water (22)
8:9,16,20;9:4;11:1,
5,21;13:23;14:22;
15:7,11;26:13;27:1,8,
15,20,23;28:2,6;29:9,
22;31:15
way (26)
19:17;33:8;39:15;
41:21;43:12;45:4;
47:14;56:18;62:19;
73:24;89:20;105:16;
115:18;119:19;
120:24;124:11;
125:7;127:8;137:10;
140:23;145:11,17;
166:3;174:22;
176:22;179:6
ways (2)
56:17;161:24
Web (4)
14:14;25:9;29:13;
87:24
wedding (1)
109:9
Wednesday (1)
198:3
week (7)

19:22;82:23;95:19,
20;107:16;128:16;
138:24
weekly (5)
93:9,10,24;138:10,
19
weeks (7)
135:21,23;144:18;
149:1;155:8;172:10;
185:15
weeks' (1)
149:3
welcome (1)
140:19
welcoming (8)
95:24;96:1;160:1,
7,9,24;161:6,9
west (1)
24:5
What's (7)
32:24;38:7;39:18;
84:8;87:23;107:12;
163:19
whenever (2)
52:9,18
wherever (2)
97:24;102:18
whole (8)
43:2,2;69:6;
109:15;117:1;118:3;
132:10;182:5
whose (1)
197:13
wife (5)
11:11,12,17;108:9;
109:17
wife's (1)
7:5
willing (1)
183:16
Wilson (15)
49:3;70:15;77:20;
144:2;147:21;
158:19;169:1,3;
171:6;176:10,17;
187:3;189:8;192:8,9
Wilson's (2)
117:10;118:9
Windows (10)
35:7,8,8,9,9;40:20,
20;90:2,14,15
Windows-related (1)
35:13
withdraw (2)
10:8;72:16
withdrawn (9)
10:5;17:3;49:6;
70:17;73:15;134:2;
178:7;183:15;190:10
withholdings (1)
159:18
within (29)
3:11;33:20;50:5,7,

7,24;51:4,4;54:10;
56:7,7;60:20;81:1,1,
2;94:3;96:16;115:15,
20,21,23;116:2,24;
117:1;118:3;149:1;
164:4;172:4;173:7
without (2)
87:10;183:20
WITNESS (19)
23:15;31:23;48:8;
58:7;75:11;84:24;
85:14,18;91:7;
124:23;125:5;
126:22;143:1;
144:22;157:1;163:5;
168:3;180:24;182:14
woman (5)
141:12;142:14;
143:3,19;144:6
word (16)
34:8;90:16;99:1,
11,13,15;116:13;
125:20;175:8;
178:11,12;183:2,2;
184:21;185:10;
198:18
words (23)
5:22;6:2,3;9:22;
22:5;30:3;53:10;
61:11;65:23;70:24;
71:2,7;82:13;111:18;
128:5;158:15;165:6;
167:4;174:4;175:13;
184:7;189:4;192:5
work (57)
8:5;11:22;20:13;
27:20;33:24;37:12;
38:19;42:1,6;43:15;
51:18;61:2;63:17,23;
64:6,16;65:7;69:3,
12;78:4;79:3;80:13,
21;87:11,18;88:14,
18;89:14,17,20,21;
90:1,21,24;91:5,16;
92:21;96:13,24;
97:14,23;101:4;
118:5;120:13,16,18;
126:19;128:14;
135:10;145:3;
148:12,16,20;158:20;
159:4;168:21;188:23
worked (14)
12:19;49:10;52:15;
59:7,9;61:21;90:23;
91:22;94:15;96:12;
116:5;118:15,17;
159:22
working (42)
7:23;10:18,22;
15:17;40:14;44:15;
56:13;58:13;59:16,
19;63:22;80:13;89:5;
101:24;103:22;

132:13;135:2,19;
137:3;138:8;139:24;
140:10;142:16,21;
145:8,12;146:8;
149:10;155:6,9,11;
156:2,3;161:12,16;
163:13,14;178:9;
179:4,13;186:23;
191:9
**workload (1)**
88:19
**workplace (2)**
178:18,20
**works (1)**
138:11
**workstation (10)**
35:11;54:24,24;
56:5,18;62:24;88:21;
89:1;118:20;119:7
**work-station (2)**
87:23;90:10
**workstations (6)**
32:20,21;33:14;
40:16;44:18;86:20
**worry (3)**
146:19;147:1,16
**writing (13)**
20:11;31:8;72:7,
19;73:4,23;74:3,11,
23;82:12;99:9;
134:21;184:10
**written (10)**
46:23;73:20;77:2;
82:17;101:14;110:8;
134:20;150:6,17,20
**wrong (9)**
10:10;28:15;53:11;
61:16;87:23;125:9;
176:14,16;192:1

## Y

**Yan (1)**
172:6
**year (24)**
8:23,24;60:20;
68:2,7;71:6;80:5;
81:1;84:18;100:8;
125:13;128:1,6,9,19;
129:12;130:17;
132:3;157:13,15,18;
165:17;169:5;171:22
**years (3)**
7:2;16:12;143:13
**York (13)**
4:5,6;6:24;8:17,21;
21:2;45:23;59:7;
67:17,17,18;109:18;
169:13

## Z

**zone (1)**

---

122:7

## 0

**05 (1)**
58:4
**06 (7)**
78:19;79:23,24;
80:24;81:2,16;
100:15
**07 (6)**
59:17;79:24,24,24;
81:19;110:6
**08 (1)**
44:8
**09 (8)**
16:22;44:9;68:10,
10;71:9,12;171:23,23

## 1

**10 (2)**
71:9,12
**10002 (1)**
4:6
**11 (2)**
7:16;145:9
**12 (1)**
145:9
**1200 (2)**
138:23;139:2
**15 (1)**
175:20
**151 (3)**
4:5;6:24;8:17
**16 (1)**
182:17
**16th (3)**
181:11,12;189:24
**17 (1)**
83:5
**179 (1)**
178:5
**185 (1)**
178:24
**1998 (1)**
40:2

## 2

**2:41 (1)**
138:2
**20 (3)**
119:24;120:7;
173:16
**2000 (2)**
35:8;40:20
**2003 (2)**
59:14;79:9
**2004 (1)**
59:14
**2006 (4)**
77:24;100:10,10,

---

12
**2007 (20)**
59:18,24;79:10;
80:1,5;153:3,11,15;
154:2,5,13,18;155:3,
8;180:22;181:23;
182:1,17;189:24;
194:14
**2008 (1)**
153:4
**2009 (2)**
68:20;171:23
**2010 (11)**
10:11,19,22;11:20;
16:23;19:8;68:3,5,8,
21;177:19
**2011 (7)**
9:3,17,24;10:4,23;
14:21,22
**2012 (2)**
205:4,21
**214 (1)**
178:5

## 3

**3 (2)**
4:5;67:10
**30 (4)**
143:23,24;144:8;
205:4
**30-minute (1)**
144:9
**3rd (1)**
197:19

## 4

**4 (5)**
178:16,23;190:12,
20,24
**4.11 (1)**
35:16
**4:41 (1)**
199:7
**40 (3)**
128:15,15;137:2
**401k (1)**
132:12
**45 (1)**
143:12
**48 (2)**
146:3,3
**483 (1)**
151:7
**484 (3)**
151:8,12,23

## 5

**5 (6)**
123:14,22;124:4;
180:22;181:13,15

---

**5.0 (1)**
35:16
**5:00 (2)**
123:18;124:2
**50 (2)**
51:5;143:13
**53 (2)**
147:9,10
**5th (2)**
155:11;198:4

## 6

**6 (16)**
122:9;124:9,10;
125:10,13,21;126:5,
14,19,22;127:4,12,
12,14;153:3;154:5
**6:00 (1)**
123:2
**6:15 (1)**
121:13
**6:30 (2)**
76:9;124:5
**600 (1)**
139:8
**62 (3)**
151:15;152:6,11
**66 (3)**
151:16;152:6,11
**6th (7)**
153:10,15;154:2,
13,18;155:3,8

## 7

**7 (12)**
67:9,10;76:9,10,
12;90:15;124:5,9,10;
125:10,13,21
**7:00 (3)**
120:21,21;121:22
**7:30 (1)**
76:12
**7:45 (1)**
120:21
**70 (2)**
129:12,12
**75 (5)**
67:17;78:4,10;
116:6,9
**77 (1)**
180:6
**78 (2)**
184:23;190:13
**79 (1)**
184:23
**7th (1)**
153:3

## 8

**8 (1)**

---

127:15
**80 (1)**
184:23
**81 (1)**
184:23
**82 (1)**
184:24
**83 (1)**
184:24
**84 (1)**
184:24
**85 (1)**
184:24
**86 (1)**
180:6

## 9

**9 (3)**
7:19;76:12,12
**98 (2)**
40:3,4
**99 (2)**
40:3,4
**9th (1)**
194:14

---